1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

10
11

WILL CO. LTD. a limited liability company
organized under the laws of Japan,

Case No.

12

Plaintiff,

**COMPLAINT FOR DAMAGES AND**
**INJUNCTIVE RELIEF**

13

vs.

14

DOES 1-20, d/b/a AVGLE.COM,

**DEMAND FOR JURY TRIAL**

15

Defendants.

16
17

Plaintiff Will Co. Ltd. (hereinafter referred to as "Plaintiff" or "Will Co.") by and through

18

its counsel of record files this Complaint against Defendants Does 1-20, d/b/a AVGLE.com

19

(collectively hereinafter referred to as "Defendant" or "Defendants").

20

**PRELIMINARY STATEMENT**

21

1.      Will Co. is an award-winning Japan based entertainment company which includes a

22

vast library of full-length adult entertainment movies offered for viewing in a fee-based model.  Will

23

Co. sells access to its content in the United States and has filed for and obtained copyright registrations

24

with the U.S. Copyright Office.  By this lawsuit, Will Co. seeks to protect thousands of its copyrighted

25

audiovisual works from blatant infringement by Defendants in the United States.

26

2.      The conduct that gives rise to this lawsuit is egregious and willful.  Defendants own

and operate websites engaged in the business of copying and distributing infringing audiovisual

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

works.  Under the guise of acting as a distributor of "user-generated content," Defendants in fact are directly and knowingly involved in the trafficking of thousands of pirated works – including many works owned by Will Co.  Moreover, though Defendants are not "service providers," not engaged in the storage of content at the direction of users, and thus are not entitled to any of the safe-harbors afforded under Section 512 of the Digital Millennium Copyright Act ("DMCA") (17 U.S.C. § 512), Defendants do not even attempt to comply with their obligations under the DMCA.  Instead, Defendants systematically refuse to comply with proper and compliant DMCA takedown notices.

3.    Defendants' actions are causing serious harm to Will Co. and its business in the United States and must be put to a stop immediately.  Because Defendants will not do so voluntarily, Will Co. now comes before this Court seeking injunctive relief and substantial damages.

## JURISDICTION AND VENUE

4.    This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

5.    This Court has subject matter jurisdiction over Will Co.'s claims for copyright infringement and violation of the Digital Millennium Copyright Act pursuant to 28 U.S.C. §§ 1331 and 1338.

6.    While based in Japan, Will Co. intentionally targets the United States market for purposes of selling membership to Will Co. paid membership web sites, granting a paying user access to view Will Co.'s content or from DVD sales.

7.    Will Co.'s videos are viewed by a specific niche market in the United States, and is a niche with high demand.

8.    Yearly, Will Co. earns in excess of $1M from U.S. Viewers based upon efforts to target the United States market.

9.    To protects its business and interest in the United States market, Will Co. filed for and obtained copyright registrations for its content with the United States Copyright Office.

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

10.    Defendant Does 1-20 are currently unknown individual(s) and/or entity(ies) that own and operate a website located at the uniform resource locator ("URL") https://avgle.com (the "Avgle Web Site").

11.    Defendant Does 1-20 act in concert with each other in the operation of the Avgle Web Site.

12.    Defendants knowingly and purposefully market to and target the entire United States, including residents of this District, through the Avgle Web Site.

13.    Based on a website analysis overview report prepared by Similarweb.com, an industry trusted web site analytics company, dated July 2020 (the "SimilarWeb Report"), for the three-month period ending June 30, 2020, the Avgle Web Site averaged approximately 35.09 million monthly visitors.  Of these users, visitors from the United States made up 7.32% of Avgle Web Site users. Thus, at least 2.7M United States viewers visit the Avgle Web Site every month.

14.    Based on the SimilarWeb Report, for the three-month period ending June 30, 2020, Internet traffic driven to the Avgle Web Site from social media platforms came predominantly from United States based entities, such as Youtube, LLC, a California based company, which accounted for 15.26% of such traffic, Twitter, a California based company, which accounted for 15.26% of such traffic, Read It Later, Inc. dba GetPocket.com, a California based company, which accounted for 12.15% of such traffic, and Reddit, Inc., a California based company, which accounted for 47.09% of such traffic.

15.    The Avgle Web Site uses histats.com, a website traffic tracking tool software to track its website analytics. Hosted in the United States, the histats website report on avgle.com shows that during the period between January to June 2020, the Avgle Web Site enjoyed 281,124,072-page views from users in the United States.  During this same period, the report shows that 13,005,045 new United States visitors went to the Avgle Web Site for the first time.

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 3

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

16.     Defendants utilize domain name servers for the Avgle Web Site that are located in California and owned by Cloudflare, Inc., a corporation incorporated under the laws of the State of Delaware.

17.     The Avgle Web Site is hosted on ipvolume.net in Seychelles.  However, Defendants utilize a Content Delivery Network ("CDN") with Cloudflare in the United States.  A CDN permits faster more efficient streaming of videos to a user far away from the initial server.  Thus, all videos viewed by United States viewers are delivered from a United States server.

18.     Defendants have attempted to hide their identity as the registrant of the Avgle Web Site by redacting their identification on any public postings through their registrar, Tucows Domain, Inc.

19.     The Avgle Web Site displays geo-targeted advertisements to U.S. users, meaning the operators of the web site have means to determine the general locale of each user and displays advertisements consistent and/or specific to the U.S.

20.     Advertising links on Avgle.com are displayed from Tiger Media, Inc., a service provider hosted in Dallas, Texas at StackPath, LLC., Multi Media LLC based in California, Abudantia LLC based in Nevada, Mile High Glass Pipes based in Colorado, and Google Display Network Ads from US based Google, LLC.

21.     Defendants use of U.S. vendors for domain name servers, privacy services, advertisers, geo-targeted ads and other services illustrate that Defendants are expressly aiming their web site and business at the United States Market.

22.     The Avgle Web Site, owned and/or operated by Defendants, expressly advises a user that the user's IP address is being tracked and upon request by the FBI such information will be provided to the FBI.  Defendants clearly intend and anticipate for U.S. viewers to view the Avgle Web Site.

23.     The Avgle Web Site, owned and/or operated by Defendants, expressly informed a user that may upload content to Avgle that the user is expected to provide 2257 records (referring to 18

1  U.S.C. § 2257) upon request.  Defendants clearly intend and anticipate for U.S. viewers to use the

2  Avgle Web Site.

3      24.    The Terms of Service and Privacy Policy on the Avgle Web Site are written in near

4  perfect English and contains language and concepts consistent with and specific to the United States

5  legal system, including warranties, disclaimers, and limits of liability, among other things.  These

6  documents are clearly geared towards a United States audience.

7      25.    The Avgle Web Site contains a 2017 copyright notice at the bottom of each page,

8  clearly intended to be covered by U.S. Copyright laws.

9      26.    Upon information and belief, the Defendants all transact business in this Judicial

10  District by way of their interactive website and through their interactivity with United States and

11  Washington residents who have been offered the infringing and unlawful content at issue herein and

12  who have, themselves, engaged in acts of infringement in this District and State.  The Court has

13  personal jurisdiction over the Defendants, who have engaged in business activities in and directed to

14  this District and have committed tortious acts within this District or directed at this District. The

15  Defendants are amenable to service of process pursuant to the state Long-Arm Statute, and

16  Fed.R.Civ.P. 4(e).

17      27.    Any alien defendant is subject to jurisdiction in any district. See 28 U.S.C. 1391 ("An

18  alien may be sued in any district.") See also Fed. R. Civ. P. 4(k)(2).

19      28.    This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to

20  17 U.S.C. § 101 et seq., 28 U.S.C. §1331 and 28 U.S.C. §1338.

21      29.    Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) and/or (c).

22      30.    This Court has personal jurisdiction pursuant to 28 U.S.C. §§ 1391(b), (c) and/or

23  (d) and 28 U.S.C. § 1400(a).

24                                **PARTIES**

25      31.    Will Co. is, and at all relevant times was, a private limited liability company organized

26  under the laws of the Japan, and has its head office at Tokyo, Japan.

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 5

32.     Will Co., an award-winning Japanese entertainment company, is comprised of nearly 100 employees who manage over 37 registered trademarks and 50 brands, each of which explore and deliver sensuality and sexuality through artistic photography, video, and erotic stories.

33.     Since 2016, Will Co. has grown its video library to over 50,000 full length adult entertainment movies, featuring over 5000 models shot by over 300 photographer/directors. Its brands have grown into a globally recognized leader of Japanese sensual art garnering numerous industry awards through the use of studios in Japan, exotic locations, high budget productions, engaging storylines, famed photographers and directors coupled with the dedication from its artists and technicians

34.     As Will Co. has expanded its library and expanded its reach to a United States audience, Will Co. is registering copyrights with the U.S. Copyright Office.

35.     Will Co. has registered with the United States Copyright Office the copyrighted works identified in this Complaint.  Will Co. has taken industry standard steps to identify its products. Plaintiff videos and photographs are watermarked with Plaintiff readily identifiable logos and other content management information.

36.     A schedule of the Will Co. copyrighted works at issue in this case thus far, which have been registered with the U.S. Copyright Office, is attached hereto as Schedule A (the "Subject Works").

37.     Will Co. is the producer and exclusive licensor of its own motion pictures/content. Will Co. distributes its content through exclusive digital licensing with Digital Commerce Inc. (Fanza) in the USA.  Fanza solely distributes Will Co.'s content on its paid membership websites for on-demand viewing or DVD sales.  Will Co. earns a revenue share from each transaction.

38.     Will Co. has never authorized or given consent to Defendants to use their copyrighted works in the manner displayed or exploited by Defendants and as complained therein.

39.     Defendants own and operate the Avgle Web Site.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

40.     Upon information and belief, the Avgle Web Site is based and operated outside the United States, with full intention of broadcasting, distributing, or making available content in the United States and earning money from the United States market.  It appears that the Avgle Web Site is hosted by a company based in Netherlands with an IP address that points to a hosting facility in Ashburn, Virginia. It is currently unknown where the owners and operators are located.

41.     Defendants Does 1 through 20 are the owners, operators, shareholder executives, and affiliates of the Avgle Web Site.  Will Co. is unaware of the true names or capacities of Does 1 through 20.  Will Co. is informed and believes, and on that basis alleges, that Does 1 through 20 either (a) directly performed the acts alleged herein, (b) were acting as the agents, principals, alter egos, employees, or representatives of the owners and operators of the web sites, and/or (c) otherwise participated in the acts alleged herein with the owners and operators of the web sites.  Accordingly, Does 1 through 20 each are liable for all the acts alleged herein because they were the cause in fact and proximate cause of all injuries suffered by Will Co. as alleged herein.  Will Co. will amend the complaint to state the true names of Does 1 through 20 when their identities are discovered.

## STATEMENT OF FACTS

42.     The Avgle Web Site is a pirate website, displaying copyrighted adult entertainment content without authorization or license.

43.      In order to gain access to all of the highly interactive web site represented functions, users of the Avgle Web Site must sign up for an account.  Internet users can simply watch videos on the Avgle Web Site for free without an account.

44.     The sign-up process for the Avgle Web Site requires entry of a username, password, email address, gender identity, age certification, agreement to Terms of Use and Privacy Policy, and captcha entry (Completely Automated Public Turing test to tell Computes and Humans Apart).

45.     A user can manually sign up as a member to the Avgle Web Site or use Google Login, a feature from Google LLC to prepopulate user information from a Google profile.

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 7

46.     The entry of an email address during the sign-up process on the Avgle Web Site does not result in an email verification for the user.  Therefore, a user can sign-up as a member without a valid email address, permitting a user to sign up without being tracked.

47.     A user may anonymously upload content onto the Avgle Web Site.

48.     A user may upload content to the Avgle Web Site by linking through California based Facebook, LLC.

49.     A user may upload content onto the Avgle Web Site by linking to a torrent or magnet link.  Torrent and magnet links are commonly (mostly) associated with unlicensed pirated content.

50.     On the Avgle Web Site frequently asked questions (FAQ) page, Defendants state, "you can upload a torrent file or provide the magnet, our servers will do that downloading process for you."

51.     Once an Avgle Web Site user has signed up, the user can, among other things, post videos for display on the site.

52.     Defendants place a custom Avgle branded trailer at the beginning of videos uploaded and/or posted on the Avgle Web Site.  This trailer gives the appearance that the uploaded video is produced by Avgle or that the content producer and Avgle are associated in some manner.

53.     On some videos uploaded to or posted on the Avgle Web Site, Defendants place a custom Avgle branded watermark on the bottom right of the movie, implying an endorsement by or relationship with the actual content producer.

54.     Defendants place or insert a clickable link, denoted by an Avgle logo, on the top right of Will Co.'s movies unlawfully displayed on the Avgle Web Site.  When/if a link to the Will Co. movie on the Avgle Web site is embedded or displayed on another web site or platform, a user that clicks the Avgle logo is redirected to the Avgle Web Site for the sole benefit of Defendants.

55.     Static banner advertisements exist on each page of the Avgle Web Site

56.     When a user attempts to watch a video, the user will be shown pop-up advertisement. A "pop-up" advertisement is just that, an ad that seemingly randomly appears on the user's screen.

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 8

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

1    57.    Pop-up and/or static banner advertisements on the Avgle Web Site are geo-targeted,

2    meaning the operators of the Avgle Web Site have means to determine the general locale of each

3    user and displays advertisements consistent and/or specific to the locale.

4    58.    Defendants earn money from the various advertisement schemes on the Avgle Web

5    Site.  The amount of money earn is directly related to the amount of traffic to the Avgle Web Site

6    and the number of videos watched on the site.  Therefore, the quality of the videos on the Avgle Web

7    Site directly influences the revenue generated by Defendants.

8    59.    Videos on the Avgle Web Site may be shared on other sites, in addition to the user

9    being provided with direct links for posting on or to any social media site including, but not limited

10   to, Facebook, Twitter, Google or via Email to anyone.  Such functionality makes it impossible to

11   know how many times and where an unlicensed copyrighted video has been posted and displayed

12   illegally as a direct result of Defendants unlawful display.

13   60.    The Avgle Web Site fails to fulfill the requisite conditions precedent to qualify for the

14   safe harbor provisions of the DMCA.  Specifically, the Avgle Web Site does not have an appointed

15   registered DMCA Agent.  Further, Defendants fail to honor take-down notices sent to the Avgle Web

16   Site and have failed to implement a reasonable repeat infringer policy.

17   61.    The Avgle Web Site displays a DMCA Notice and a web page inclusive of industry

18   standard language with instructions for notifying Avgle of alleged copyright infringements.

19   However, a copyright holder following such instructions does not result in either removal of the

20   infringing content nor a termination of an infringer if a repeat infringer.

21   62.    Will Co.'s agents routinely police web sites to identify infringement of Will Co.'s

22   copyrighted works.  In the course of doing so, Will Co.'s agents discovered many of Will Co.'s

23   copyrighted works have been made available, in full, to the public on the Avgle Web Site for free and

24   without license or authorization from Will Co.

25   63.    Specifically, between January 2020 and June 2020 it was discovered that the Avgle

26   Web Site displayed 50 of Plaintiff's copyright registered works over 167 separate and distinct URLs

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 9

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

1  - each a part of the Avgle Web Site.  These copyright registered works are listed in Exhibits A with

2  the Avgle.com infringing URLs in Exhibit B, attached hereto.  Defendants have no authority or

3  license to display or distribute any portion of Plaintiffs' copyrighted works in the manner displayed

4  or exploited by Defendants and as complained therein.

5         64.    For some of Will Co's movies unlawfully displayed on the Avgle Web Site, user

6  names purported to identify the poster/uploader of a video changes, thus user "A" is identified as

7  posting the video on one day while user "B" is identified as posting the exact same video on the exact

8  same URL another day.  The alteration of such data shows that the data being displayed is fake.  Based

9  on information and belief, Defendants actually posted the video.

10        65.    For each of the unauthorized videos, Will Co. sent a series of takedown notices to the

11  Avgle Web Site pursuant to 17 U.S.C. § 512(c) and the policy stated on the Avgle Web Site.

12        66.     Receipt of the takedown notices was acknowledged through the Avgle Web Site.

13  However, none of Will Co.'s content was removed.

14        67.    Of the users that posted Will Co.'s copyrighted works on the Avgle Web Site, based

15  upon the number of take-down notices sent, many ought to be properly classified as repeat infringers

16  under any reasonable repeat infringement policy.  Defendants do not have a stated repeat infringer

17  policy and none of the users were terminated by Defendants.

18        68.    Upon information and belief, Defendants have actual knowledge and clear notice of

19  the infringement of Plaintiff's titles.  The infringement is clear and obvious even to the most naïve

20  observer.  Plaintiff's copyrighted works are indexed, displayed and distributed on the Avgle Web Site

21  through Defendants and the Doe Defendants acting in concert.  Plaintiff's and other major producers'

22  trademarks are used to index infringing material along with obfuscation of watermarks and other

23  identifiers which is evidence of knowledge and intent.

24        69.    By virtue of the conduct alleged herein, Defendants knowingly promote, participate

25  in, facilitate, assist, enable, materially contribute to, encourage, and induce copyright infringement,

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 10

1  and thereby have infringed, secondarily infringed, and induced infringement by others, the copyrights

2  in Plaintiffs' copyrighted work.

3      70.     Defendants, either jointly, severally, actually, constructively, and with or without

4  direct concert with one another, deprived Plaintiffs of the lawful monetary rewards that accompany

5  its rights in the copyrighted works.  Defendants disregard for copyright trademark laws threaten

6  Plaintiff's business.

7      71.     Defendants intentionally, knowingly, negligently, or through willful blindness avoided

8  reasonable precautions to deter rampant copyright infringement on their website.

9      72.     Defendants' acts and omissions allow them to profit from their infringement while

10  imposing the burden of monitoring Defendants' website onto copyright holders, without sufficient

11  means to prevent continued and unabated infringement.

12

13                            **FIRST CAUSE OF ACTION**

14           **Copyright Infringement – 17 U.S.C. §§ 101 *et. seq.***
                            **Against All Defendants**

15      73.     Will Co. repeats, re-alleges, and incorporates by reference each preceding allegation

16  set forth herein.

17      74.     Will Co. is the owner of valid and registered copyrights in the Subject Works.

18
        75.     Will Co. registered each copyright with the United States Copyright Office.
19
        76.     Defendants have infringed, and are continuing to infringe, Will Co.'s copyrights by
20
    reproducing, adapting, distributing, publicly performing, and/or publicly displaying and authorizing
21
    others to reproduce, adapt, distribute, publicly perform, and/or publicly display copyrighted portions
22
    and elements of the Subject Works, and/or the Subject Works in their entireties, without authorization,
23
    in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*.
24
        77.     Defendants did not have authority or license to copy and/or display the Subject Works.
25
        78.     Will Co. has never authorized or given consent to Defendants to use the Subject Works
26
    in the manner displayed and exploited by Defendants.

COMPLAINT FOR DAMAGES AND INJUNCTIVE          **FREEMAN LAW FIRM, INC.**
RELIEF- 11                                      1107 ½ Tacoma Avenue South
                                                        **Tacoma, WA 98042**
                                              (253) 383-4500 - (253) 383-4501 (fax)

1    79.    Defendants knew or reasonably should have known they did not have permission to

2  exploit the Subject Works on the Avgle Web Site and further knew or should have known their acts

3  constituted copyright infringement.

4    80.    Defendants' acts of infringement are willful, in disregard of, and with indifference to

5  the manner displayed and exploited by Defendants.

6    81.    Defendants engaged in intentional, knowing, negligent, or willfully blind conduct

7  sufficient to demonstrate they engaged actively in the improper collection and distribution of

8  Plaintiffs' copyrighted works.

9    82.    The quantity and quality of copyright files available to users increased the

10 attractiveness of Defendants' service to its customers, increased its users base, and increased its ad

11 sales revenue.

12   83.    Based on information and belief, Defendants actively uploaded pirated

13 copyrighted files and/or embedded code, enabling users of the Avgle Web Site to view

14 copyrighted videos and images for free.

15   84.    Defendants controlled the files owned by Will Co. and determined which files

16 remained for display and distribution.

17   85.    Defendants never implemented or enforced a "repeat infringer" policy.

18   86.    Defendants either were aware, actually or constructively, should have been aware, or

19 were willfully blind that pirated copyrighted materials comprised the most popular videos on the

20 Defendants websites.

21   87.    Defendants, through the Avgle Web Site and the VShare Web Site, affirmatively

22 and willfully accommodated Internet traffic generated by the illegal acts.

23   88.    Defendants' conduct was willful within the meaning of 17 U.S.C. § 101, *et seq*.  At a

24 minimum, Defendants acted with willful blindness and reckless disregard of Will Co.'s

25 registered copyrights.

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 12

89.   Because of their wrongful conduct, Defendants are liable to Will Co. for copyright infringement. See 17 U.S.C. §501. Plaintiff suffers and will continue to suffer substantial losses, including, but not limited to, damage to its business reputation and goodwill.

90.   The law permits Plaintiff to recover damages, including readily ascertainable direct losses and all profits Defendants made by their wrongful conduct. 17 U.S.C. §504. Alternatively, the law permits Plaintiff to recover statutory damages. 17 U.S.C. §504(c).

91.   Because of Defendants' willful infringement, the law permits enhancement of the allowable statutory damages. 17 U.S.C. §504(c) (2).

92.   The law permits Plaintiff injunctive relief. 17 U.S.C. §502. Further, the law permits a Court Order impounding all infringing materials. 17 U.S.C. §503.

93.   Because of Defendants' acts and conduct, Will Co. has sustained and will continued to sustain substantial, immediate, and irreparable injury, for which there is not adequate remedy at law.  Unless enjoined and restrained by the Court, Defendants will continue to infringe Will Co.'s rights in the Subject Works.  Will Co. is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

**SECOND CAUSE OF ACTION**
**Inducement of Copyright Infringement**
**Against All Defendants**

94.   Will Co. repeats, re-alleges, and incorporates by reference each preceding allegation set forth herein.

95.   Defendants designed and/or distributed technology and/or devices and/or induced individuals to use this technology to promote the use of infringed and copyrighted material. As a direct and proximate result of Defendants' inducement, individuals infringed Will Co.'s copyrighted works. These individuals reproduced, distributed and publicly disseminated Will Co.'s copyrighted works through Defendants' website.

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 13

96.     On information and belief, Defendants have encouraged the illegal uploading and downloading of Will Co.'s copyrighted works, thus inducing the unauthorized reproduction, adaptation, public display and/or distribution of copies of the Will Co.'s copyrighted works, and thus to the direct infringement of Will Co.'s copyrighted works.

97.     Defendants' actions constitute inducing copyright infringement of Will Co.'s copyrights and exclusive rights under copyright in the Will Co.'s copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

98.     The infringement of Will Co.'s rights in and to each of the Will Co.'s copyrighted works constituted a separate and distinct infringement.

99.     The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Will Co.'s rights.

100.     As a direct and proximate result of the infringements by Defendants of Will Co.'s copyrights and exclusive rights under copyright in the Will Co.'s copyrighted works, Will Co. is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

101.     Alternatively, Will Co. is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

102.     Will Co. is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

103.     Because of Defendants' acts and conduct, Will Co. has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Unless enjoined and restrained by the Court, Defendants will continue to infringe Will Co.'s rights in the Subject Works.  Will Co. is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 14

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Will Co. Ltd prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award Will Co. relief including, but not limited to, an Order:

A.      Preliminarily and permanently enjoining  Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons acting in concert or participation with any of them, or under their direction or control, from any of the following activities:

(1)      Hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, publicly performing, communicating to the public, streaming, transmitting, or otherwise exploiting or making any use of any of Will Co.'s copyrighted works, including the Subject Works, or any portion(s) thereof in any form;

(2)      Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing, whether directly or indirectly, any user or other third party (i) to host, link to, distribute, reproduce, copy, download, upload, make available for download, index, display, exhibit, publicly perform, communicate to the public, stream, transmit, or otherwise exploit or make any use of Will Co.'s copyrighted works, including the Subject Works, or portion(s) thereof; or (ii) to make available any of Will Co.'s copyrighted works, including the Subject Works, for hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, publicly performing, communicating to the public, streaming, transmitting, or other exploitation or use;

(3)      Using, operating, maintaining, distributing, or supporting any computer server, website, software, domain name, email address, social media account, bank account, or payment processing system in connection with the hosting, linking to, distributing,

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 15

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, publicly performing, communicating to the public, streaming, transmitting, or other exploitation or use of any of Will Co.'s copyrighted works, including the Subject Works;

(4)     Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing, whether directly or indirectly, any user or other third party to visit any website, including but not limited to any website operated by Defendants, that hosts, links to, distributes, reproduces, copies, downloads, uploads, makes available for download, indexes, displays, exhibits, publicly performs, communicates to the public, streams, transmits, or otherwise exploits or makes any use of Will Co.'s copyrighted works, including the Subject Works, or portion(s) thereof;

(5)     Transferring or performing any function that results in the transfer of the registration of the domain name of the Avgle Website to any other registrant or registrar; and

(6)     Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in this Paragraph.

B.     Requiring Defendants and their officers, servants, employees, agents and any persons who are, or on notice and upon continued provision of services would be, in active concert or participation with them, including but not limited to the domain name registrars and registries administering, holding, listing, or otherwise having control over the domain name https://Avgle.com or any other domain name used in conjunction with Defendant's infringing activities, to transfer such domain name to Will Co.'s ownership and control, including, *inter alia*, by changing the registrar of record to the registrar of Will Co.'s choosing, unless Will Co. requests that such domain name be held and/or released rather than transferred.

C.     Requiring Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

entities, and any or all persons or entity acting in concert or participation with any of them, or under their direction or control, including any internet search engines, web hosting and Internet service providers, domain name registrars, domain name registries and other service or software providers, within five (5) business days from the issuance of this Order:

(1)     To block or attempt to block access by United States users of the Avgle Web Site by blocking or attempting to block access to all domains, subdomains, URLs, and/or IP Addresses that has as its sole or predominant purpose to enable to facilitate access to the Avgle Web Site;

(2)     To re-route all domains, subdomains, URLs, and/or IP Addresses that provides access to each and every URL available from each of the Avgle Web Site and its domains and subdomains.

D.     That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

E.     That Plaintiff be awarded statutory damages in an amount to be determined at trial for all infringing activities, or actual damages including Plaintiff's damages and lost profits, Defendants' profit;

F.     That Defendants be ordered to account to Plaintiff for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiff's copyrighted works;

G.     That Plaintiff be awarded enhanced damages and attorney's fees;

H.     That Plaintiff be awarded pre-judgment and post-judgment interest;

I.     That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

J.     That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 17

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

1

2                          **<u>DEMAND FOR JURY TRIAL</u>**

3         Plaintiff hereby respectfully demands a jury trial as provided by Rule 38(a) of the Federal

4  Rules of Civil Procedure.

5

6  DATED:  July 7, 2020.

7                                      **FREEMAN LAW FIRM, INC.**

8

9                                      By: _*s/ Spencer Freeman*_____
                                          Spencer D. Freeman, WSBA No. 25069
10                                     1107 ½ Tacoma Avenue South
                                       Tacoma, Washington 98042
11                                     253-383-4500
                                       253-383-45101 (fax)
12                                     sfreeman@freemanlawfirm.org
                                       sierra@freemanlawfirm.org
13
                                       *Counsel for Plaintiff Will Co. Ltd*
14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF- 18

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)

**Exhibit A**

50 Registrations

| US Copyright Registration Number | Title |
|---|---|
| PA0002246288 | IPX-113 . |
| PA0002246289 | IPX-222. |
| PA0002246290 | IPX-362. |
| PA0002245467 | IPX-394 . |
| PA0002245468 | IPX-398 . |
| PA0002247282 | MEYD-435 . |
| PA0002246271 | MIAD-963 . |
| PA0002246265 | MIAE-332 . |
| PA0002246273 | MIDE-430 . |
| PA0002246285 | MIDE-677 . |
| PA0002246297 | MIDE-678 . |
| PA0002246298 | MIDE-683 . |
| PA0002247253 | SSNI 054 . |
| PA0002246150 | SSNI 205 . |
| PA0002247254 | SSNI 207 . |
| PA0002247255 | SSNI 214 . |
| PA0002247257 | SSNI 215 . |
| PA0002247258 | SSNI 221 . |
| PA0002247260 | SSNI 236 . |
| PA0002247264 | SSNI 242 . |
| PA0002247266 | SSNI 254 . |
| PA0002247265 | SSNI 266 . |
| PA0002247268 | SSNI 268 . |
| PA0002247270 | SSNI 297 . |
| PA0002247271 | SSNI 573 . |
| PA0002247272 | SSNI 644 . |
| PA0002247273 | SSNI 645 . |
| PA0002247278 | SSNI 646 . |
| PA0002247281 | SSNI 730 . |
| PA0002247283 | SSNI 731 . |
| PA0002247284 | SSNI 737 . |
| PA0002246244 | SSNI-012 . |
| PA0002246234 | SSNI-101 . |
| PA0002246228 | SSNI-117 . |
| PA0002246223 | SSNI-127 . |
| PA0002246213 | SSNI-135 . |
| PA0002246291 | SSNI-143 . |
| PA0002246153 | SSNI-152 . |
| PA0002246152 | SSNI-182 . |
| PA0002246294 | SSNI-192 . |
| PA0002246149 | SSNI-655 . |

**Exhibit B**

167 Links

| Title of Registered Work | Infringing Link |
|---|---|
| IPX-113 | https://avgle.com/video/HG5rmrX5XrH/%E9%9F%B3%E5%B8%82%E7%BE%8E%E9%9F%B3%E3%81%8C%E3%82%A4%E3%82%AF%E3%83%83-%E6%9F%90sns%E3%81%A7%E5%8B%9F%E9%9B%86%E3%81%97%E3%81%9F%E3%82%AC%E3%83%81%E3%83%95%E3%82%A1%E3%83%B3%E3%81%AE%E3%81%8A%E5%AE%85%E3%82%92%E7%AA%81%E6%92%83%E8%A8%AA%E5%95%8F-%E3%81%82%E3%81%AA%E3%81%9F%E3%81%AE%E5%A4%A2%E5%8F%B6%E3%81%88%E3%81%9F%E3%82%8D%E3%81%A3-%E5%A4%A7%E6%84%9F%E8%AC%9Dsex%E7%A5%AD-ipx-113-1 |
| IPX-222 | https://avgle.com/video/QuuHWHNoPHN/%E8%84%B1%E3%81%84%E3%81%A7%E3%82%82%E3%82%B9%E3%83%83%E3%82%B0%E3%82%A4-%E6%B0%B4%E7%9D%80%E3%82%B3%E3%83%B3%E3%83%86%E3%82%B9%E3%83%88%E5%84%AA%E5%8B%9D%E7%8F%BE%E5%BD%B9%E5%A5%B3%E5%AD%90%E5%A4%A7%E7%94%9Fav%E3%83%87%E3%83%93%E3%83%A5%E3%83%BC-%E9%BB%92%E5%B4%8E%E3%81%BF%E3%81%8B-ipx-222 |
| IPX-362 | https://avgle.com/video/12doGovXioz/%E5%A5%A5%E3%81%8C%E6%B0%97%E6%8C%81%E3%81%A1%E3%82%A4%E3%82%A4%E3%81%AE-%E3%81%82%E3%81%AE-%E5%85%83%E3%83%80%E3%83%B3%E3%82%B5%E3%83%BC%E3%82%BA%E3%83%A1%E3%83%B3%E3%83%90%E3%83%BC%E3%81%AE%E3%82%A4%E3%82%AF%E3%82%A4%E3%82%B9230%E5%88%86%E3%82%B9%E3%83%9A%E3%82%B7%E3%83%83%A3%E3%83%AB-%E5%A4%8F%E5%B8%8C%E3%81%BE%E3%82%8D%E3%82%93-ipx-362 |
| IPX-398 | https://avgle.com/video/NGx_7_wOm_1/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ipx-398-%E5%92%8C%E9%BB%91%E4%B8%9D%E5%A5%B3%E4%BA%BA%E5%A6%BBol%E6%9E%AB%E5%8F%AF%E6%80%9C%E5%87%BA%E5%B7%AE%E5%90%8C%E4%BD%8F%E4%B8%80%E5%B1%8B%E5%BC%BA%E4%B8%8A%E4%BA%86%E5%96%9D%E9%86%89%E7%9A%84%E5%A5%B9%E5%B9%B2%E4%BA%86%E4%B8%80%E6%95%B4%E6%99%9A-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |

| MEYD-435 | https://avgle.com/video/TQ8PRPPHWPD/%E7%B9%94%E7%94%B0%E7%9C%9F%E5%AD%90%E3%81%A E%E5%87%84%E3%83%86%E3%82%AF%E3%82%92%E6%88%91%E6%85%A2%E3%81%A7%E3%81%8 D%E3%82%8C%E3%81%B0%E7%94%9F-%E4%B8%AD%E5%87%BA%E3%81%97sex-meyd-435 |
|---|---|
| MIAD-963 | https://avgle.com/video/keoYOYrYQYk/%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-miad-963-%E6%97%A9%E6%B4%A9%E7%8B%82%E6%98%87%E5%A4%A9%E5%AD%B8%E7%94%9F%E5%A6% B9-3-%E9%98%BF%E9%83%A8%E7%BE%8E%E4%BD%B3%E5%AD%90 |
| MIAE-332 | https://avgle.com/video/0frBdB0XkB5/122%E7%99%BA380ml%E3%81%AE%E7%B2%BE%E5%AD%90%E3 %82%92%E5%85%A8%E3%81%A6%E3%81%BE%E3%81%A8%E3%82%81%E3%81%A6%E3%81%94%E3 %81%A3%E3%81%8F%E3%82%93-%E5%AE%AE%E5%B4%8E%E3%82%A3%E3%82%84-miae-332 |
| MIDE-430 | https://avgle.com/video/nlTUVUS67UU/%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-mide-430%E8%BD%AC%E6%A0%A1%E7%94%9F%E5%86%99%E7%9C%9F%E5%81%B6%E5%83%8F%E9%A B%98%E6%A1%A5%E3%81%97%E3%82%87%E3%81%86%E5%AD%90 |
| MIDE-677 | https://avgle.com/video/UCXIKIJEGIz/moodyz%E9%9B%BB%E6%92%83%E7%A7%BB%E7%B1%8D4%E6 %99%82%E9%96%93-4%E6%9C%AC%E7%95%AA8%E3%82%B3%E3%83%BC%E3%83%8A%E3%83%BCspecial-%E7%94%B1%E6%84%9B%E5%8F%AF%E5%A5%88-mide-677 |
| MIDE-678 | https://avgle.com/video/k_sNHNcUGNG/%E6%81%8B%E6%84%9B%E7%A6%81%E6%AD%A2%E3%81%A E%E3%82%B0%E3%83%A9%E3%83%93%E3%82%A2%E3%82%A2%E3%82%A4%E3%83%89%E3%83%A B%E3%81%A8%E5%83%95%E3%81%AE%E7%B5%B6%E5%AF%BE%E3%83%90%E3%83%AC%E3%81 %A1%E3%82%83%E3%81%84%E3%81%91%E3%81%AA%E3%81%84%E3%83%A9%E3%83%96%E3%83 %A9%E3%83%96%E5%90%8C%E6%A3%B2%E7%94%9F%E6%B4%BB-%E9%AB%98%E6%A9%8B%E3%81%97%E3%82%87%E3%81%86%E5%AD%90-mide-678 |
| MIDE-683 | https://avgle.com/video/lnf5o5MNt5Z/j%E3%82%AB%E3%83%83%E3%83%97%E5%AE%A3%E4%BC%9D% E9%83%A8%E5%A5%B3%E5%AD%90%E7%A4%BE%E5%93%A1%E3%81%8Cav%E5%A5%B3%E5%84% AA%E3%81%AB%E8%BB%A2%E8%81%B7-%E7%9C%9F%E9%9D%A2%E7%9B%AE%E3%81%A7%E6%8E%A7%E3%81%88%E7%9B%AE%E3%81% AA%E3%82%AB%E3%83%A9%E3%82%92%E7%A0%B4%E3%82%8B-moodyz%E9%9B%BB%E6%92%83%E7%A7%BB%E7%B1%8D-%E8%A6%9A%E9%86%924%E6%9C%AC%E7%95%AA%E3%82%B9%E3%83%9A%E3%82%B7%E3%83 %A3%E3%83%AB-%E6%97%A5%E4%B8%8B%E9%83%A8%E5%8A%A0%E5%A5%88-mide-683 |
| SSNI-012 | https://avgle.com/video/ZXI8k8TJr8Z/%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-012-%E8%80%81%E5%85%AC%E5%87%BA%E5%B7%AE%E8%80%81%E5%A9%86%E8%A2%AB%E5%85% AC%E5%85%AC%E6%8F%92%E6%88%90%E6%80%A7%E5%A5%B4 |

| SSNI-012 | https://avgle.com/video/ZXI8k8TJr8Z/中文字幕-ssni-012-老公出差老婆被公公插成性奴 |
|---|---|
| SSNI-012 | https://avgle.com/video/Nfx_I_vQx_N/ssni-012-a-week-after-my-husband-s-absence-my-wife-wakazo-aoi-takashi-kept-being-fucked-by-my-stepfather |
| SSNI-054 | https://avgle.com/video/Hp5rirtRfrL/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-054-%E7%AB%BF%E3%82%AB%E3%83%AA%E7%9D%BE%E4%B8%B8%E8%A3%8F%E3%82%B9%E3%82%B8%E4%BA%80%E9%A0%AD%E3%83%81-%E3%83%9D%E4%B8%B8%E8%88%90%E3%82%81%E3%81%8A%E3%81%97%E3%82%83%E3%81%B6%E3%82%8A%E5%B0%BD%E3%81%8F%E3%81%97%E3%82%B9%E3%83%9A%E3%82%B7%E3%83%A3%E3%83%AB-%E3%82%82%E3%81%AE%E5%87%84%E3%81%84%E3%81%8A%E6%8E%83%E9%99%A4%E3%83%95%E3%82%A7%E3%83%A9%E4%BB%98%E3%81%8D-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9C-%E8%88%94%E5%BC%84%E6%95%B4%E6%A0%B9%E8%82%89%E6%A3%92%E6%A6%A8%E7%B2%BE%E5%8F%A3%E7%88%86-%E8%B6%85%E8%AE%9A%E6%8E%83%E9%99%A4%E5%8F%A3%E7%88%86-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9E |
| SSNI-054 | https://avgle.com/video/Hp5rirtRfrL/高清中文字幕-ssni-054-竿カリ睾丸裏スジ亀頭チ-ポ丸舐めおしゃぶり尽くしスペシャル-もの凄いお掃除フェラ付き-三上悠亜-舐弄整根肉棒榨精口爆-超讚掃除口爆-三上悠亞 |
| SSNI-054 | https://avgle.com/video/70t6R6EG467/竿カリ睾丸裏スジ亀頭チ-ポ丸舐めおしゃぶり尽くしスペシャル-もの凄いお掃除フェラ付き-三上悠亜-ssni-054 |
| SSNI-054 | https://avgle.com/video/Hq5rLrkBKrd/9ssni-054　竿カリ睾丸裏スジ亀頭チ-ポ丸舐めおしゃぶり尽くしスペシャル-もの凄いお掃除フェラ付き-三上悠亜 |
| SSNI-101 | https://avgle.com/video/hd4MgMDhAMA/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-101-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9A%E7%9A%84%E7%BE%8E%E4%B9%B3%E6%84%8F%E5%A4%96%E9%9C%B2%E5%87%BA |
| SSNI-101 | https://avgle.com/video/XlUKgKCriKe/ssni-101-美乳がポロリ-国民的アイドルのラッキーおっぱいハプニングsp-三上悠亜 |
| SSNI-101 | https://avgle.com/video/eKScrcnOmce/美乳がポロリ-国民的アイドルのラッキーおっぱいハプニングsp-三上悠亜-ssni-101 |

| SSNI-101 | https://avgle.com/video/hd4MgMDhAMA/高清中文字幕-ssni-101-三上悠亚的美乳意外露出 |
|---|---|
| SSNI-101 | https://avgle.com/video/rRqcDcHfQco/9ssni-101　美乳がポロリ-国民的アイドルのラッキーおっぱいハプニングsp-三上悠亜 |
| SSNI-117 | https://avgle.com/video/gCEDBDul3Dg/%E6%BF%80%E3%82%A4%E3%82%AD117%E5%9B%9E-%E7%97%99%E6%94%A33900%E5%9B%9E-%E3%82%A4%E3%82%AD%E6%BD%AE3600cc-%E5%88%9D%E5%BF%83%E3%81%AA%E7%B4%94%E7%99%BD%E3%82%B9%E3%83%AC%E3%83%B3%E3%83%80%E3%83%BC%E3%83%9C%E3%83%87%E3%82%A3-%E3%82%A8%E3%83%AD%E3%82%B9%E8%A6%9A%E9%86%92-%E3%81%AF%E3%81%98%E3%82%81%E3%81%A6%E3%81%AE%E5%A4%A7-%E7%97%99-%E6%94%A3%E3%82%B9%E3%83%9A%E3%82%B7%E3%83%A3%E3%83%AB-%E6%9E%B6%E4%B9%83%E3%82%86%E3%82%89-ssni-117 |
| SSNI-117 | https://avgle.com/video/_RvrlrObirb/高清中文字幕-ssni-117-超-痴女メイド-側室美女とイチャラブsexレッスン-小島みなみ-同人サークルkenzsoftのヌケる名作を完全実写化 |
| SSNI-117 | https://avgle.com/video/kjsNiNv63NJ/高清中文字幕-ssni-117-超赞女仆小岛南性爱侍奉课程-掉帧修复版 |
| SSNI-117 | https://avgle.com/video/gCEDBDul3Dg/激イキ117回-痙攣3900回-イキ潮3600cc-初心な純白スレンダーボディ-エロス覚醒-はじめての大-痙-攣スペシャル-架乃ゆら-ssni-117 |
| SSNI-117 | https://avgle.com/video/vWZS7Sjs0Sv/ssni-117-中文字幕-超-痴女メイド-側室美女とイチャラブsexレッスン-小島みなみ-同人サークルkenzsoftのヌケる名作を完全実写化 |
| SSNI-124 | https://avgle.com/video/N1YGMG_NiGN/ssni-124-%E5%A5%B3%E5%AD%90%E3%83%9E%E3%83%8D%E3%83%BC%E3%82%B8%E3%83%A3%E3%83%BC%E3%81%AE%E3%81%8F%E3%81%9B%E3%81%97%E3%81%A6%E5%B7%A8%E4%B9%B3%E3%81%A7%E5%90%8D%E5%99%A8%E3%81%A0%E3%81%8B%E3%82%89%E4%BF%BA%E3%81%9F%E3%81%A1%E3%81%AE%E8%82%89%E4%BE%BF%E5%99%A8%E3%81%A1%E3%82%83%E3%82%93%E3%81%AB%E6%B1%BA%E5%AE%9A-%E9%88%B4%E6%9C%A8%E5%BF%83%E6%98%A5 |
| SSNI-124 | https://avgle.com/video/N1YGMG_NiGN/ssni-124-女子マネージャーのくせして巨乳で名器だから俺たちの肉便器ちゃんに決定-鈴木心春 |
| SSNI-124 | https://avgle.com/video/n1TUKULDWUn/bodyi-com-ssni-124-mp4 |
| SSNI-127 | https://avgle.com/video/5Dzx8xKFXx5/ssni-127-%E9%81%82%E3%81%AB%E6%B5%81%E5%87%BA-%E5%9B%BD%E6%B0%91%E7%9A%84%E3%82%A2%E3%82%A4%E3%83%89%E3%83%AB%E3%81%AE%E7%86%B1%E6%84%9B%E3%82%B9%E3%82%AD%E3%83%A3%E3%83%B3%E3%83%80%E3%83%AB%E5%8B%95%E7%94%BB-%E5%AF%86%E7%9D%8032%E6%97%A5- |

| | |
|---|---|
| | %E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9C%E3%81%AE%E7%94%9F%E3%80%85%E3%81%9 7%E3%81%84%E3%82%AD%E3%82%B9-%E3%83%95%E3%82%A7%E3%83%A9-%E3%82%BB%E3%83%83%E3%82%AF%E3%82%B9-%E5%AE%8C%E5%85%A8%E3%83%97%E3%83%A9%E3%82%A4%E3%83%99%E3%83%8 8sex%E6%98%A0%E5%83%8F%E4%B8%80%E9%83%A8%E5%A7%8B%E7%B5%82 |
| SSNI-127 | https://avgle.com/video/5Dzx8xKFXx5/ssni-127-遂に流出-国民的アイドルの熱愛スキャンダル動画-密着32日-三上悠亜の生々しいキス-フェラ-セックス-完全プライベートsex映像一部始終 |
| SSNI-127 | https://avgle.com/video/aeQ1Q1_0716/高清中文字幕-ssni-127-遂に流出-国民的アイドルの熱愛スキャンダル動画-密着32日-三上悠亜の生々しいキス-フェラ-セックス-完全プライベートsex映像一部始終-偸拍型男把妹師侴翻國民偶像三上悠亞 |
| SSNI-127 | https://avgle.com/video/5FzxoxwAcxc/9ssni-127　遂に流出-国民的アイドルの熱愛スキャンダル動画-密着32日-三上悠亜の生々しいキス-フェラ-セックス-完全プライベートsex映像一部始終 |
| SSNI-135 | https://avgle.com/video/grEDzDiBfDg/ssni-135-%E6%95%99%E8%82%B2%E5%AE%9F%E7%BF%92%E7%94%9F-%E9%AC%BC%E7%95%9C%E9%9B%86%E5%9B%A3%E8%BC%AAo-%E7%94%9F%E5%BE%92%E3%81%9F%E3%81%A1%E3%81%AB%E4%BB%95%E7%B5%84%E3%81%B E%E3%82%8C%E3%81%9F%E8%82%89%E4%BE%BF%E5%99%A8%E8%A8%88%E7%94%BB-%E6%97%A5%E8%8F%9C%E3%80%85%E3%81%AF%E3%81%AE%E3%82%93 |
| SSNI-135 | https://avgle.com/video/grEDzDiBfDg/ssni-135-教育実習生-鬼畜集団輪o-生徒たちに仕組まれた肉便器計画-日菜々はのん |
| SSNI-135 | https://avgle.com/video/MSwvHvDhnvM/教育実習生-鬼畜集団輪姦-生徒たちに仕組まれた肉便器計画-日菜々はのん-ssni-135 |
| SSNI-143 | https://avgle.com/video/d7PWxWI_tWQ/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%9 7%E5%B9%95-ssni-143-28%E6%97%A5%E9%96%93%E3%81%9A%E3%81%A3%E3%81%A8%E5%BD%BC%E5%A5%B3%E3%81 %AE%E5%A6%B9%E3%81%8C%E6%8C%91%E7%99%BA%E3%82%92%E3%82%84%E3%82%81%E3%81 %AA%E3%81%84-%E5%A4%A9%E4%BD%BF%E3%82%82%E3%81%88 |
| SSNI-143 | https://avgle.com/video/d7PWxWI_tWQ/高清中文字幕-ssni-143-28日間ずっと彼女の妹が挑発をやめない-天使もえ |
| SSNI-143 | https://avgle.com/video/GopfkfUo1fJ/高清中文字幕-ssni-143-小悪魔妹妹天使萌抢走姐姐的男朋友-掉帧修复版 |

| | |
|---|---|
| SSNI-143 | https://avgle.com/video/WUBabars1aW/28日間ずっと彼女の妹が挑発をやめない-天使もえ-ssni-143 |
| SSNI-143 | https://avgle.com/video/7Kt6l6wjd67/28日間ずっと彼女の妹が挑発をやめない-天使もえ-ssni-143 |
| SSNI-143 | https://avgle.com/video/aYQ1W1vF81a/ssni-143-中文字幕-28日間ずっと彼女の妹が挑発をやめない-天使もえ |
| SSNI-152 | https://avgle.com/video/R71wPwepfw3/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-152-%E7%8A%AF%E3%81%95%E3%82%8C%E3%81%9F%E5%B7%A8%E4%B9%B3%E5%A5%B3%E6%95%99%E5%B8%AB-%E9%9B%86%E5%9B%A3%E8%BC%AA%E5%A7%A6%E3%83%AC-%E3%83%97-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9C |
| SSNI-152 | https://avgle.com/video/k2oYKYRXbYT/ssni-152-犯された巨乳女教師-集団輪姦レープ-三上悠亜 |
| SSNI-152 | https://avgle.com/video/R71wPwepfw3/高清中文字幕-ssni-152-犯された巨乳女教師-集団輪姦レープ-三上悠亜 |
| SSNI-152 | https://avgle.com/video/L2eMuM6MqMi/高清中文字幕-ssni-152-巨乳女教師三上悠亜被轮奸-掉帧修复版 |
| SSNI-152 | https://avgle.com/video/COGlml0nGlC/犯された巨乳女教師-集団輪姦レープ-三上悠亜-ssni-152 |
| SSNI-152 | https://avgle.com/video/5izxBxnm4x5/犯された巨乳女教師-集団輪姦レープ-三上悠亜-ssni-152 |
| SSNI-182 | https://avgle.com/video/EINP5POT4PR/ssni-182 |
| SSNI-182 | https://avgle.com/video/vAZS7SRwPSv/橋本ありなガチイキ大覚醒-人生初-大大大痙攣fuck-ssni-182 |
| SSNI-182 | https://avgle.com/video/EINP5POT4PR/ssni-182 |
| SSNI-192 | https://avgle.com/video/jERrxrlUvrj/ssni-192-%E3%83%87%E3%83%93%E3%83%A5%E3%83%BC10%E5%91%A8%E5%B9%B4%E4%BC%81%E7%94%BB-%E6%98%8E%E6%97%A5%E8%8A%B1%E3%82%AD%E3%83%A9%E3%83%A9%E3%81%AE%E6%BD%9C%E5%9C%A8%E3%82%A8%E3%83%AD%E3%82%B9%E3%82%92120-%E3%81%B2%E3%81%8D%E5%87%BA%E3%81%99%E5%AA%9A%E8%96%AC%E6%BC%AC%E3%81%91%E6%80%A7%E7%8D%A3%E3%82%BB%E3%83%83%E3%82%AF%E3%82%B94%E6%9C%AC%E7%95%AA |
| SSNI-192 | https://avgle.com/video/jERrxrlUvrj/ssni-192-デビュー10周年企画-明日花キララの潜在エロスを120-ひき出す媚薬漬け性獣セックス4本番 |
| SSNI-192 | https://avgle.com/video/_kORQRaXoRd/ssni-192-chơi-thuốc-kích-dục |
| SSNI-192 | https://avgle.com/video/qGl5Z5zYK5q/デビュー10周年企画-明日花キララの潜在エロスを120-ひき出す媚薬漬け性獣セックス4本番-ssni-192 |
| SSNI-192 | https://avgle.com/video/l6f5c5unx5s/高清中文字幕-ssni-192-明日花绮罗出道十周年企划 |

| SSNI-205 | https://avgle.com/video/QgM7m7o8B7K/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-205-%E3%83%8D%E3%83%81%E3%83%8D%E3%83%81%E7%84%A6%E3%82%89%E3%81%95%E3%82%8C%E3%82%BE%E3%82%AF%E3%82%BE%E3%82%AF%E5%BF%AB%E6%84%9F-%E3%83%93%E3%83%83%E3%82%AF%E3%83%B3%E3%83%93%E3%83%83%E3%82%AF%E3%83%B3%E6%80%A7%E6%84%9F%E9%96%8B%E7%99%BA-%E3%82%AA%E3%82%A4%E3%83%AB%E3%83%9E%E3%83%83%E3%82%B5%E3%83%BC%E3%82%B8%E3%82%B5%E3%83%AD%E3%83%B3-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9C-%E7%B7%A9%E6%85%A2%E6%8C%91%E9%80%97%E7%99%BC%E6%83%85%E5%BF%AB%E6%84%9F-%E6%80%A7%E6%84%9F%E5%B8%B6%E9%96%8B%E7%99%BC%E6%8C%89%E6%91%A9-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9E |
| SSNI-205 | https://avgle.com/video/1xdoWoBgYoz/ssni-205-内陷-被烧焦的快感-性感开发-精油按摩沙龙 |
| SSNI-205 | https://avgle.com/video/QgM7m7o8B7K/高清中文字幕-ssni-205-ネチネチ焦らされゾクゾク快感-ビックンビックン性感開発-オイルマッサージサロン-三上悠亜-緩慢挑逗發情快感-性感帶開發按摩-三上悠亞 |
| SSNI-205 | https://avgle.com/video/5yzxOxPzsx5/ネチネチ焦らされゾクゾク快感-ビックンビックン性感開発-オイルマッサージサロン-三上悠亜-ssni-205 |
| SSNI-205 | https://avgle.com/video/vLnCuCfXDCv/ssni-205 |
| SSNI-207 | https://avgle.com/video/WaBaSa0Y3aH/%E8%80%81%E5%A9%86%E6%98%8E%E6%98%8E%E5%B0%B1%E5%9C%A8%E9%99%84%E8%BF%91%E5%8D%BB%E8%B7%A8%E5%9D%90%E5%9C%A8%E6%88%91%E8%BA%AB%E4%B8%8A%E8%AA%98%E6%83%91%E6%88%91%E7%9A%84%E5%A4%A7%E5%A7%8A%E5%A7%8A-%E8%91%B5%E5%8F%B8-ssni207 |
| SSNI-207 | https://avgle.com/video/WaBaSa0Y3aH/老婆明明就在附近卻跨坐在我身上誘惑我的大姊姊-葵司-ssni207 |
| SSNI-207 | https://avgle.com/video/TI8PiPjp9PT/すぐそばに嫁がいるのに僕に跨りヒソヒソ密着誘惑してくるささやき隠語お姉さん-葵つかさ-ssni-207 |
| SSNI-207 | https://avgle.com/video/17kMxMXKvM2/高清中文字幕-ssni-207-老婆在旁边也要勾引我的葵司 |
| SSNI-214 | https://avgle.com/video/_06nQn_Rwn_/ssni-214-%E6%BF%80%E3%82%A4%E3%82%AD131%E5%9B%9E-%E7%97%99%E6%94%A34021%E5%9B%9E-%E3%82%A4%E3%82%AD%E6%BD%AE2900cc-icup-%E8%B6%85%E5%85%E3%82%AF%E3%83%93%E3%83%AC%E3%81%AE%E3%82%B4%E3%83%BC%E3%82%B8%E3%83%A3%E3%82%B9%E3%83%9C%E3%83%87%E3%82%A3-%E3%82%A8%E3%83%AD%E3%82%B9%E8%A6%9A%E9%86%92-%E3%81%AF%E3%81%98%E3%82%81%E3%81%A6%E3%81%AE%E5%A4%A7-%E7%97%99- |

| | |
|---|---|
| | %E6%94%A3%E3%82%B9%E3%83%9A%E3%82%B7%E3%83%A3%E3%83%AB-%E5%87%9B%E9%9F%B3%E3%81%A8%E3%81%86%E3%81%8B |
| SSNI-214 | https://avgle.com/video/_06nQn_Rwn_/ssni-214-激イキ131回-痙攣4021回-イキ潮2900cc-icup-超クビレのゴージャスボディ-エロス覚醒-はじめての大-痙-攣スペシャル-凛音とうか |
| SSNI-214 | https://avgle.com/video/C_gSYSXRXSC/激イキ131回-痙攣4021回-イキ潮2900cc-icup-超クビレのゴージャスボディ-エロス覚醒-はじめての大-痙-攣スペシャル-凛音とうか-ssni-214 |
| SSNI-215 | https://avgle.com/video/ht4MTMwHAMh/ssni-215-%E4%BA%A4%E3%82%8F%E3%82%8B%E4%BD%93%E6%B6%B2-%E6%BF%83%E5%AF%86%E3%82%BB%E3%83%83%E3%82%AF%E3%82%B9-%E5%AE%8C%E5%85%A8%E3%83%8E%E3%83%BC%E3%82%AB%E3%83%83%E3%83%88%E3%82%B9%E3%83%9A%E3%82%B7%E3%83%A3%E3%83%AB-%E6%B0%B4%E5%8E%9F%E4%B9%83%E4%BA%9C |
| SSNI-215 | https://avgle.com/video/ht4MTMwHAMh/ssni-215-交わる体液-濃密セックス-完全ノーカットスペシャル-水原乃亜 |
| SSNI-215 | https://avgle.com/video/kkoYTYI8xYW/ssni-215-交わる体液-濃密セックス-完全ノーカットスペシャル-水原乃亜 |
| SSNI-215 | https://avgle.com/video/EPNP6PLgJPm/高清中文字幕-ssni-215-水原乃亜交換体液浓密做爱 |
| SSNI-215 | https://avgle.com/video/dqPW0WRzoWd/交わる体液-濃密セックス-完全ノーカットスペシャル-水原乃亜-ssni-215 |
| SSNI-221 | https://avgle.com/video/_M6nvn19wng/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-221-%E6%84%9B%E5%A6%BBntr-%E5%8F%96%E5%BC%95%E5%85%88%E3%81%AE%E8%82%89%E5%BC%BE%E6%8E%A5%E5%BE%85%E3%81%AB%E4%BD%BF%E3%82%8F%E3%82%8C%E3%81%9F%E5%B7%A8%E4%B9%B3%E5%A6%BB%E3%81%AE%E5%AF%9D%E3%81%A8%E3%82%89%E3%82%8Cvtr-%E8%91%B5-%E6%84%9B%E5%A6%BBntr-%E8%82%89%E9%AB%94%E6%8E%A5%E5%BE%85%E5%B7%A8%E4%B9%B3%E5%A6%BB%E5%AF%A2%E5%8F%96vtr-%E8%91%B5 |
| SSNI-221 | https://avgle.com/video/_M6nvn19wng/高清中文字幕-ssni-221-愛妻ntr-取引先の肉弾接待に使われた巨乳妻の寝とられvtr-葵-愛妻ntr-肉體接待巨乳妻寝取vtr-葵 |
| SSNI-221 | https://avgle.com/video/rCA2T2PZy2r/愛妻ntr-取引先の肉弾接待に使われた巨乳妻の寝とられvtr-葵-ssni-221 |

| SSNI-236 | https://avgle.com/video/vwnC2C7jXCv/ssni-236-%E3%81%8A%E3%83%81-%E3%83%9D%E5%A4%A7%E5%A5%BD%E3%81%8D%E5%8D%B3%E5%B0%BA-%E3%81%84%E3%81%A4%E3%81%A7%E3%82%82%E5%8D%B3%E3%83%8F%E3%83%A1%E3%81%94%E5%A5%89%E4%BB%95%E3%83%A1%E3%82%A4%E3%83%89-%E6%9E%B6%E4%B9%83%E3%82%86%E3%82%89 |
|---|---|
| SSNI-236 | https://avgle.com/video/vwnC2C7jXCv/ssni-236-おチ-ポ大好き即尺-いつでも即ハメご奉仕メイド-架乃ゆら |
| SSNI-236 | https://avgle.com/video/JfcdxdfiNdJ/おチ-ポ大好き即尺-いつでも即ハメ ご奉仕メイド-架乃ゆら-ssni-236 |
| SSNI-236 | https://avgle.com/video/Z0_g1goS6gf/高清中文字幕-ssni-236-随时听指令的女仆架乃由罗 |
| SSNI-242 | https://avgle.com/video/WwBaLa4b9aH/ssni242%E5%90%89%E6%BE%A4%E6%98%8E%E6%AD%A5-%E8%BC%AA%E5%A7%A6%E4%BA%BA%E5%A6%BBpart5 |
| SSNI-254 | https://avgle.com/video/IhVmwmXJLmv/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-254-%E8%B6%85%E5%BC%BE%E5%8A%9B%E3%81%8A%E3%81%A3%E3%81%B1%E3%81%84%E3%83%96%E3%83%AB%E3%83%B3%E3%83%96%E3%83%AB%E3%83%B3%E6%8F%BA%E3%82%8C%E3%81%BE%E3%81%8F%E3%82%8A%E3%83%8F%E3%83%BC%E3%83%89%E3%83%94%E3%82%B9%E3%83%88%E3%83%B3sex-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9C |
| SSNI-254 | https://avgle.com/video/IhVmwmXJLmv/高清中文字幕-ssni-254-超弾力おっぱいブルンブルン揺れまくりハードピストンsex-三上悠亜 |
| SSNI-254 | https://avgle.com/video/tAm6_6XY16V/高清中文字幕-ssni-254-三上悠亜超弾力胸部柔软揺曳-掉帧修复版 |
| SSNI-254 | https://avgle.com/video/vEnCFCE3MCv/超弾力おっぱいブルンブルン揺れまくりハードピストンsex-三上悠亜-ssni-254 |
| SSNI-254 | https://avgle.com/video/aoQ1y1ksb1a/超弾力おっぱいブルンブルン揺れまくりハードピストンsex-三上悠亜-ssni-254 |
| SSNI-268 | https://avgle.com/video/abQ1k1oLX16/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-268-%E6%9C%80%E9%AB%98%E7%B4%9Aj%E3%82%AB%E3%83%83%E3%83%97%E9%A2%A8%E4%BF%97%E3%83%9E%E3%83%B3%E3%82%B7%E3%83%A7%E3%83%B3%E3%81%B8%E3%82%88%E3%81%86%E3%81%93%E3%81%9D-rion%E3%81%AE%E5%AF%86%E7%9D%80%E6%80%A7%E6%84%9F%E3%83%86%E3%82%AF%E3%83%8B%E3%83%83%E3%82%AF150%E5%88%86%E3%83%95%E3%83%AB%E3%82%B3%E3%83%BC%E3%82%B9- |

| | |
|---|---|
| | rion%E7%9A%84%E6%9C%80%E9%AB%98%E7%BA%A7%E5%AF%86%E7%9D%80%E9%A3%8E%E4%BF%97-rion |
| SSNI-268 | https://avgle.com/video/abQ1k1oLX16/高清中文字幕-ssni-268-最高級jカップ風俗マンションへようこそ-rionの密着性感テクニック150分フルコース-rion的最高級密着风俗-rion |
| SSNI-268 | https://avgle.com/video/J7cdVdT5CdV/ssni-268-fhd-no-watermark |
| SSNI-268 | https://avgle.com/video/N4DTCTBVGTQ/ssni-268-中文字幕-最高級jカップ風俗マンションへようこそ-rionの密着性感テクニック150分フルコース |
| SSNI-268 | https://avgle.com/video/_uWhMh0x9h_/最高級jカップ風俗マンションへようこそ-rionの密着性感テクニック150分フルコース-ssni-268 |
| SSNI-268 | https://avgle.com/video/vVZS2ScNXSv/最高級jカップ風俗マンションへようこそ-rionの密着性感テクニック150分フルコース |
| SSNI-268 | https://avgle.com/video/akQ1q1hnF1a/最高級jカップ風俗マンションへようこそ-rionの密着性感テクニック150分フルコース-ssni-268 |
| SSNI-290 | https://avgle.com/video/sgHRtRA93Rm/ssni290-rion-cosplay%E8%BC%AA%E5%A7%A6 |
| SSNI-290 | https://avgle.com/video/sgHRtRA93Rm/ssni290-rion-cosplay輪姦 |
| SSNI-290 | https://avgle.com/video/nnTUPUy3UU8/ssni-290-中文字幕-粘着キモヲタ集団に輪姦された爆乳コスプレイヤー-rion |
| SSNI-290 | https://avgle.com/video/rbA2n27E22f/粘着キモヲタ集団に輪姦された爆乳コスプレイヤー-rion |
| SSNI-290 | https://avgle.com/video/Ht5rErxvIrL/粘着キモヲタ集団に輪姦された爆乳コスプレイヤー-rion-ssni-290 |
| SSNI-290 | https://avgle.com/video/glEDnDwChDj/ssni-290-中文字幕-粘着キモヲタ集団に輪姦された爆乳コスプレイヤー-rion |
| SSNI-297 | https://avgle.com/video/aYQ1Y1FvG16/%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95-ssni-297-%E3%81%8A%E3%81%98%E3%81%95%E3%82%93%E5%A5%BD%E3%81%8D%E3%81%AA%E7%97%B4%E5%A5%B3%E7%BE%8E%E5%B0%91%E5%A5%B3%E3%81%8C%E4%B8%AD%E5%B9%B4%E3%83%81-%E3%83%9D%E3%82%92%E3%82%82%E3%81%A6%E3%81%82%E3%81%9D%E3%81%B6%E7%84%A6%E3%82%89%E3%81%97%E5%AF%88%E6%AD%A2%E3%82%81%E5%85%A8%E8%BA%AB%E8%88%90%E3%82%81%E5%9B%9E%E3%81%97%E3%82%BB%E3%83%83%E3%82%AF%E3%82%B9-%E6%9C%80%E5%96%9C%E6%AD%A1%E4%B8%AD%E5%B9%B4%E5%A4%A7%E5%8F%94%E7%9A%84%E5%BF%83%E6%98%A5-%E9%88%B4%E6%9C%A8%E5%BF%83%E6%98%A5 |

| SSNI-297 | https://avgle.com/video/aYQ1Y1FvG16/高清中文字幕-ssni-297-おじさん好きな痴女美少女が中年チ-ポをもてあそぶ焦らし寸止め全身舐め回しセックス-最喜歡中年大叔的心春-鈴木心春 |
|---|---|
| SSNI-297 | https://avgle.com/video/55J8U8PZs8I/おじさん好きな痴女美少女が中年チ-ポをもてあそぶ焦らし寸止め全身舐め回しセックス-鈴木心春-ssni-297 |
| SSNI-297 | https://avgle.com/video/ZCI8_8mkx8R/おじさん好きな痴女美少女が中年チ-ポをもてあそぶ焦らし寸止め全身舐め回しセックス-鈴木心春 |
| SSNI-297 | https://avgle.com/video/1hkMZMFliM2/ssni-297-中文字幕-おじさん好きな痴女美少女が中年チ-ポをもてあそぶ焦らし寸止め全身舐め回しセックス-鈴木心春 |
| SSNI-297 | https://avgle.com/video/rRqcUcCFAce/おじさん好きな痴女美少女が中年チ-ポをもてあそぶ焦らし寸止め全身舐め回しセックス-鈴木心春-ssni-297 |
| SSNI-573 | https://avgle.com/video/ooaqjqhzXqx/%E6%A8%99%E7%9A%84%E3%81%AF%E5%88%B6%E6%9C%8D%E5%B0%91%E5%A5%B3%E3%81%BE%E3%81%93%E6%81%A5%E8%BE%B1%E3%81%AE%E9%9B%86%E5%9B%A3%E7%97%B4%E6%BC%A2%E3%82%B9%E3%83%9A%E3%82%B7%E3%83%A3%E3%83%AB-%E4%B8%AD%E5%B9%B4%E6%95%99%E5%B8%AB%E3%81%AE%E6%AD%AA%E3%82%93%E3%81%A0%E6%84%9B%E3%81%AB%E6%B1%9A%E3%81%95%E3%82%8C%E3%81%A6-%E4%BC%8A%E8%B3%80%E3%81%BE%E3%81%93-ssni-573 |
| SSNI-573 | https://avgle.com/video/ooaqjqhzXqx/標的は制服少女まこ恥辱の集団痴漢スペシャル-中年教師の歪んだ愛に汚されて-伊賀まこ-ssni-573 |
| SSNI-644 | https://avgle.com/video/z_KP3PYS5PM/%E7%95%B0%E5%B8%B8%E3%81%AA%E3%82%8B%E5%A4%A7%E7%B5%B6%E9%A0%82-%E3%82%A8%E3%83%AD%E3%82%B9%E6%9C%80%E5%A4%A7%E8%A6%9A%E9%86%92-%E6%80%A7%E6%AC%B2%E3%81%8C%E5%B0%BD%E3%81%8D%E6%9E%9C%E3%81%A6%E3%82%8B%E3%81%BE%E3%81%A7%E6%80%92%E6%B6%9B%E3%81%AE%E3%83%8E%E3%83%B3%E3%82%B9%E3%83%88%E3%83%83%E6%97%E6%C%AC%E6%B0%97%E6%80%A7%E4%BA%A4-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9C-ssni-644 |
| SSNI-644 | https://avgle.com/video/0QrBbBReFBS/ssni-644-三山悠亜释放性欲疯狂做爱 |
| SSNI-644 | https://avgle.com/video/UOXI9INmYIz/ssni-644-异常的大绝顶-爱神最大觉醒-性欲枯竭前汹涌澎湃的不间断真心性交 |
| SSNI-644 | https://avgle.com/video/z_KP3PYS5PM/異常なる大絶頂-エロス最大覚醒-性欲が尽き果てるまで怒涛のノンストップ本気性交-三上悠亜-ssni-644 |

| SSNI-644 | https://avgle.com/video/kYsNZNBYGNG/有码高清-ssni-644-三上悠亚尽情释放性欲认真性交异常大绝顶-高清中文字幕 |
|---|---|
| SSNI-645 | https://avgle.com/video/GupfqfyEUfy/%E3%81%9A%E3%81%A3%E3%81%A8%E6%86%A7%E3%82%8C%E3%81%A0%E3%81%A3%E3%81%9F%E4%B8%8A%E5%8F%B8%E3%81%AE%E5%A6%BB%E3%81%A4%E3%81%8B%E3%81%95%E3%81%95%E3%82%93%E3%81%A8%E5%B8%83%E5%9B%A3%E3%81%AE%E4%B8%AD%E3%81%A7%E3%81%93%E3%81%A3%E3%81%9D%E3%82%8A%E5%AF%86%E7%9D%80%E3%82%BB%E3%83%83%E3%82%AF%E3%82%B9%E3%81%AB%E6%B2%A1%E9%A0%AD%E3%81%97%E3%81%9F%E3%83%9C%E3%82%AF-%E8%91%B5%E3%81%A4%E3%81%8B%E3%81%95-ssni-645 |
| SSNI-645 | https://avgle.com/video/GupfqfyEUfy/ずっと憧れだった上司の妻つかささんと布団の中でこっそり密着セックスに没頭したボク-葵つかさ-ssni-645 |
| SSNI-646 | https://avgle.com/video/kTsNZNiZsNG/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ssni-646-%E7%BB%9D%D%E5%AF%B9%E9%A2%86%E5%9F%9F%E6%B0%B4%E6%89%8B%E8%A2%9C%E5%B7%A8%E4%B9%B3%E5%AD%A6%E7%94%9F%E5%A6%B9%E6%A2%A6%E4%B9%83%E7%88%B1%E5%8D%8E%E7%9A%84%E6%AC%A7%E6%B4%BE%E5%A4%A7%E8%85%BF%E8%AF%B1%E6%83%91-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |
| SSNI-646 | https://avgle.com/video/_hvrRrbsbrK/絶-対-領-域-ハリのあるムチムチ太ももで無意識に誘惑-着衣巨乳ニーハイ美少女-夢乃あいか-ssni-646 |
| SSNI-646 | https://avgle.com/video/kTsNZNiZsNG/有码高清-ssni-646-绝对领域水手袜巨乳学生妹梦乃爱华的欧派大腿诱惑-高清中文字幕 |
| SSNI-655 | https://avgle.com/video/5ZJ838UhY8g/%E4%BA%A4%E3%82%8F%E3%82%8B%E4%BD%93%E6%B6%B2-%E6%BF%83%E5%AF%86%E3%82%BB%E3%83%83%E3%82%AF%E3%82%B9-%E5%AE%8C%E5%85%A8%E3%83%8E%E3%83%BC%E3%82%AB%E3%83%83%E3%83%88%E3%82%B9%E3%83%9A%E3%82%B7%E3%83%A3%E3%83%AB-%E6%96%B0%E5%90%8D%E3%81%82%E3%81%BF%E3%82%93-ssni-655 |
| SSNI-655 | https://avgle.com/video/y6j7_7paj7P/top-100-ssni-655-交わる体液-濃密セックス-完全ノーカットスペシャル-新名あみん |
| SSNI-655 | https://avgle.com/video/5ZJ838UhY8g/交わる体液-濃密セックス-完全ノーカットスペシャル-新名あみん-ssni-655 |
| SSNI-655 | https://avgle.com/video/9z7G1GZ5OG8/有码高清-ssni-655-新名爱明交换体液浓密做爱一镜到底无剪辑-高清中文字幕 |

| SSNI-657 | https://avgle.com/video/vIZSbSgoiSC/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ssni-657-%E5%A4%A9%E7%9C%9F%E6%97%A0%E9%82%AA%E7%9A%8418%E5%B2%81%E7%BE%8E%E5%B0%91%E5%A5%B3av%E5%87%BA%E9%81%93%E4%B8%80%E7%89%87%E9%99%90%E5%AE%9A-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |
| SSNI-657 | https://avgle.com/video/Mowvkvnn7vZ/新人no-1-style-あどけない18才と7ヵ月-堀りほ1本限定-奇跡のav出演-ssni-657 |
| SSNI-657 | https://avgle.com/video/vIZSbSgoiSC/有码高清-ssni-657-天真无邪的18岁美少女av出道一片限定-高清中文字幕 |
| SSNI-663 | https://avgle.com/video/0V3UlU_gVUB/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ssni-663-%E7%A9%B6%E6%9E%81%E6%8A%BD%E6%8F%92%E4%BB%8E%E5%9D%82%E9%81%93%E7%BE%8E%E7%90%89%E5%B0%8F%E7%A9%B4%E9%87%8C%E9%9D%A2%E6%B5%81%E5%87%BA%E7%9A%84%E7%99%BD%E6%B5%8A%E6%B1%81%E6%B6%B2-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |
| SSNI-663 | https://avgle.com/video/0V3UlU_gVUB/有码高清-ssni-663-究极抽插从坂道美琉小穴里面流出的白浊汁液-高清中文字幕 |
| SSNI-674 | https://avgle.com/video/G5pfTfLVpfy/ssni-674 |
| SSNI-674 | https://avgle.com/video/G5pfTfLVpfy/ssni-674 |
| SSNI-674 | https://avgle.com/video/9N7GpGSLzG8/top-100-ssni-674-巨乳上司と童貞部下が出張先の相部屋ホテルで-いたずら誘惑を真に受けた部下が10発射精の絶倫性交-三上悠亜 |
| SSNI-674 | https://avgle.com/video/lvf5N5opw5Z/有码高清-ssni-674-巨乳黑丝ol女上司三上悠亚和处男下属在同一屋檐下10发射精绝伦性交-高清中文字幕 |
| SSNI-674 | https://avgle.com/video/_Y6n2n2cwns/top-100-ssni-674-丰满的老板和处女下属在商务旅行中的一间共享酒店里-真正受到调皮诱惑的下属是无与伦比的10次性交性交 |
| SSNI-675 | https://avgle.com/video/Th8PjPVw1PJ/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ssni-675-%E5%90%8C%E5%AD%A6%E4%BC%9A%E4%B8%8A%E8%A2%AB%E5%89%8D%E7%94%B7%E5%8F%8B%E7%9D%A1%E4%B8%8A%E7%98%BE%E7%9A%84%E9%BB%91%E4%B8%9D%E4%BA%BA%E5%A6%BB%E8%91%B5%E5%8F%B8%E6%8C%82%E4%BA%86%E8%80%81%E5%85%AC%E7%9A%84%E7%94%B5%E8%AF%9D%E7%BB%A7%E7%BB%AD%E5%B9%B2-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |
| SSNI-675 | https://avgle.com/video/Th8PjPVw1PJ/有码高清-ssni-675-同学会上被前男友睡上瘾的黑丝人妻葵司挂了老公的电话继续干-高清中文字幕 |

| SSNI-678 | https://avgle.com/video/EeCOiOBWyOY/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ssni-678-%E4%B8%AD%E9%80%94%E4%B8%8D%E5%81%9C%E9%A1%BF%E5%8D%81%E8%BF%9E%E5%8F%91%E5%B0%84%E7%B2%BE%E7%BB%9D%E4%BC%A6%E7%97%B4%E5%A5%B3%E5%90%89%E9%AB%98%E5%AE%81%E5%AE%81%E7%9A%84%E6%80%A7%E4%BA%A4%E8%AF%B1%E6%83%91-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |
|---|---|
| SSNI-678 | https://avgle.com/video/d4PW7W1r7Wq/ssni-678-from-jav1869-com |
| SSNI-678 | https://avgle.com/video/EeCOiOBWyOY/有码高清-ssni-678-中途不停顿十连发射精绝伦痴女吉高宁宁的性交诱惑-高清中文字幕 |
| SSNI-683 | https://avgle.com/video/QBuH0HKAOHJ/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ssni-683-%E5%B9%B3%E6%97%B6%E5%81%9A%E7%88%B1%E5%BE%88%E9%9A%BE%E9%AB%98%E6%BD%AE%E6%89%8D%E6%8B%8Dav%E7%9A%84%E7%BE%8E%E5%B0%91%E5%A5%B3%E6%97%A5%E5%90%91%E7%9C%9F%E5%87%9B%E4%BB%8A%E5%A4%A9%E6%B4%BE%E7%8C%9B%E7%94%B7%E8%AE%A9%E5%A5%B9%E4%BD%93%E9%AA%8C%E4%B8%AA%E5%A4%9F%E5%BC%A5%E8%A1%A5%E4%B9%8B%E5%89%8D%E6%89%80%E6%9C%89%E7%9A%84%E9%87%8F-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |
| SSNI-683 | https://avgle.com/video/QBuH0HKAOHJ/有码高清-ssni-683-平时做爱很难高潮才拍av的美少女日向真凛今天派猛男让她体验个够弥补之前所有的量-高清中文字幕 |
| SSNI-687 | https://avgle.com/video/1BdoKoenMoz/ssni-687 |
| SSNI-687 | https://avgle.com/video/1BdoKoenMoz/ssni-687 |
| SSNI-687 | https://avgle.com/video/aLQ1L1Zjf12/ssni-687-from-jav1869-com |
| SSNI-687 | https://avgle.com/video/kzsNINe0FNG/有码高清-ssni-687-天然i罩杯的娃娃脸19岁新人av出道男人都想抱着的身体第一次拍摄就连续高潮-高清中文字幕 |
| SSNI-703 | https://avgle.com/video/hR4MUMCD_MR/%E8%B1%8A%E6%BA%80%E3%81%AA%E5%B7%A8%E4%B9%B3%E3%81%AE%E4%B8%8A%E5%8F%B8%E3%81%AE%E5%A6%BB%E3%82%86%E3%81%82%E3%81%95%E3%82%93%E3%81%A8%E5%B8%83%E5%9B%A3%E3%81%AE%E4%B8%AD%E3%81%A7%E3%81%93%E3%81%A3%E3%81%9D%E3%82%8A%E5%AF%86%E7%9D%80%E3%82%B9%E3%83%AD%E3%83%BC%E3%82%BB%E3%83%83%E3%82%AF%E3%83%B9%E3%81%AB%E6%B2%A1%E9%A0%AD%E3%81%97%E3%81%9F%E3%83%9C%E3%82%AF-%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9C-ssni-703 |
| SSNI-703 | https://avgle.com/video/kSsNGNO4iNX/ssni-703-from-jav1869-com |
| SSNI-703 | https://avgle.com/video/QIuHdHawOHJ/ssni-703-三上悠亞-豊満巨乳上司の妻-中文字幕 |

| SSNI-703 | https://avgle.com/video/x5LCMCtHPC_/有码高清-ssni-703-与上司的巨乳妻子三上悠亚在被窝里紧密贴合沉浸在缓慢绵长的做爱中不可自拔-高清中文字幕 |
|---|---|
| SSNI-703 | https://avgle.com/video/hR4MUMCD_MR/豊満な巨乳の上司の妻ゆあさんと布団の中でこっそり密着スローセックスに没頭したボク-三上悠亜-ssni-703 |
| SSNI-703 | https://avgle.com/video/Hk5rnrTX0rd/ssni-703-三上悠亜-豊満巨乳上司妻-布団中密着 |
| SSNI-703 | https://avgle.com/video/1IdoWosFqoz/ssni-703 |
| SSNI-730 | https://avgle.com/video/_c6n2nFcVns/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ssni-730-%E4%B8%8D%E5%8C%8C%E5%BC%83%E6%88%91%E4%BB%AC%E9%83%A8%E5%91%98%E6%B1%97%E8%87%AD%E5%91%B3%E7%9A%84%E5%A5%B3%E7%BB%8F%E7%90%86%E4%B8%89%E4%B8%8A%E6%82%A0%E4%BA%9A%E5%90%88%E5%AE%BF%E4%B8%89%E5%A4%A9%E9%9B%A8%E5%A4%9C%E5%A4%A7%E6%B1%97%E6%B7%8B%E6%BC%93%E7%9A%84%E5%81%9A%E7%88%B1%E5%A0%82%E5%8F%8B%E4%BF%AE%E8%BD%B4%E8%87%AA%E6%94%B9%E7%89%88-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |
| SSNI-730 | https://avgle.com/video/_BORMRJhERO/中文字幕-我們部員全員與不擺臭臉的女經理汗流浹背三天兩夜夏日集訓-三上悠亞-ssni-730 |
| SSNI-730 | https://avgle.com/video/9p7GnGAFBG8/俺たち部員全員むさ苦しいのに嫌な顔しないで汗だくになった女子マネージャーと2泊3日の夏合宿-三上悠亜-ssni-730 |
| SSNI-730 | https://avgle.com/video/ynj7N7Q8u7P/ssni-730-中文字幕-俺たち部員全員むさ苦しいのに嫌な顔しないで汗だくになった女子マネージャーと2泊3日の夏合宿-三上悠亜-ブルーレイディスク |
| SSNI-730 | https://avgle.com/video/qal5s5HVU5f/ssni-730-三上悠亜-俺たち部員全員-2泊3日の夏合宿 |
| SSNI-730 | https://avgle.com/video/_c6n2nFcVns/有码高清-ssni-730-不嫌弃我们部员汗臭味的女经理三上悠亚合宿三天雨夜大汗淋漓的做爱堂友修轴自改版-高清中文字幕 |
| SSNI-731 | https://avgle.com/video/FPhC_CrMfC0/ssni-731-%E8%91%B5%E3%81%A4%E3%81%8B%E3%81%95%E3%81%AE%E6%9C%AC%E6%80%A7%E5%89%9D%E3%81%8D%E5%87%BA%E3%81%97sex |
| SSNI-731 | https://avgle.com/video/tYm6m6xYw6E/台本一切無し-ハメ撮り-すっぴん-何でもアリ-葵つかさのスケベ本性剥き出しsex-ガチで二人きりの温泉旅行でヤリまくった生々しすぎる超レアなエロス200-動画-ssni-731 |
| SSNI-731 | https://avgle.com/video/_2Wh1hddZhT/有码高清-ssni-731-没有台词现场演出在温泉旅行中揭露出女神葵司色情的本性-高清中文字幕 |
| SSNI-731 | https://avgle.com/video/FPhC_CrMfC0/ssni-731-葵つかさの本性剥き出しsex |

| | |
|---|---|
| SSNI-737 | https://avgle.com/video/tim6A6LCn6E/%E6%9C%89%E7%A0%81%E9%AB%98%E6%B8%85-ssni-737-%E7%A9%BF%E7%9D%80%E6%83%85%E8%B6%A3%E4%B8%9D%E8%A2%9C%E7%9A%84%E5%B7%A8%E4%B9%B3%E5%A5%B3%E4%BC%98%E7%AC%95%E7%BA%AF%E6%80%A7%E6%AC%B2%E5%A4%A7%E8%A7%89%E9%86%92%E6%80%92%E6%B6%9B%E6%80%A7%E4%BA%A4%E7%AA%81%E7%A0%B4%E9%AB%98%E6%BD%AE%E6%9E%81%E9%99%90-%E9%AB%98%E6%B8%85%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95 |
| SSNI-737 | https://avgle.com/video/tzm6m6T8a6E/異常なる大絶頂-エロス最大覚醒-性欲が尽き果てるまで怒涛のノンストップ本気性交-筧ジュン-ssni-737 |
| SSNI-737 | https://avgle.com/video/5YzxfxMIIxc/ssni-737-中文字幕-異常なる大絶頂-エロス最大覚醒-性欲が尽き果てるまで怒涛のノンストップ本気性交-筧ジュン |
| SSNI-737 | https://avgle.com/video/LVeM1Mug2Mo/ssni-737-筧ジュン-最大覚醒-性欲が盡き果 |
| SSNI-737 | https://avgle.com/video/tim6A6LCn6E/有码高清-ssni-737-穿着情趣丝袜的巨乳女优笑纯性欲大觉醒怒涛性交突破高潮极限-高清中文字幕 |
| WANZ-562 | https://avgle.com/video/q5l5x5pK25q/wanz-562-%E8%B7%A1%E7%BE%8E%E3%81%97%E3%82%85%E3%82%8A%E3%81%AE%E5%87%84%E3%83%86%E3%82%AF%E3%82%92%E6%88%91%E6%85%A2%E3%81%A7%E3%81%8D%E3%82%8C%E3%81%B0%E7%94%9F%E4%B8%AD%E5%87%BA%E3%81%97sex |

| PA0002246292 | SSNI-657 . |
| PA0002246282 | SSNI-663 . |
| PA0002246278 | SSNI-674 . |
| PA0002246209 | SSNI-675 . |
| PA0002246151 | SSNI-678 . |
| PA0002246148 | SSNI-683 . |
| PA0002246268 | SSNI-687 . |
| PA0002246147 | SSNI-703 . |
| PA0002247287 | WANZ-562 . |