## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.  3:20-cv-05666<br><br>**PLAINTIFF WILL CO. LTD'S FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Will Co. Ltd, by and through its undersigned counsel of record, provides the following corporate disclosure statement.

Plaintiff Will Co. Ltd has no publicly traded corporation owning ten percent (10%) or more of its stock.

DATED:  July 16, 2020.

**FREEMAN LAW FIRM, INC.**

By: _s/ Spencer Freeman_____
    Spencer D. Freeman, WSBA No. 25069
1107 ½ Tacoma Avenue South
Tacoma, Washington 98042
253-383-4500
253-383-45101 (fax)
sfreeman@freemanlawfirm.org
sierra@freemanlawfirm.org
*Counsel for Plaintiff Will Co. Ltd*

PLAINTIFF WILL CO. LTD'S FED.R.CIV.P. 7.1
CORPORATE DISCLOSURE STATEMENT - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
**Tacoma, WA 98042**
(253) 383-4500 - (253) 383-4501 (fax)