UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

WILL CO. LTD. a limited liability company organized under the laws of Japan,

Plaintiff,

vs.

DOES 1-20, d/b/a AVGLE.COM,

Defendants.

Case No.: 3:20-cv-05666-RSL

**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY**

NOTE ON MOTION CALENDAR:
July 17, 2020

I, Jason Tucker, under penalty of perjury, declare and state as follows:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am President of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios.

DECLARATION OF JASON TUCKER ISO PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
[3:20-cv-05666-RSL]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

- 1

3. I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at an executive level for over fifteen (15) years, serving for over six (6) years as President of a company that owns and licenses one of the world's largest libraries of erotic images.

4. I have served as a consultant to Fortune 100 companies including Microsoft Corporation for the rollout of several versions of Windows Media and in the development and roll out of their Digital Rights Management technology and Akamai Technologies among others.

5. As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends.

6. I have been involved in more than fifty (50) federal lawsuits brought against a range of defendants for copyright infringement and have previously served as an expert witness in similar proceedings.

7. Will Co. Ltd. retained Battleship Stance, Inc. to investigate copyright and trademark violations and assist in certain litigation to enforce its intellectual property rights, including violations on Avgle.com.

8. I have inspected, investigated, and researched the domain and web site Avgle.com.

9. The domain Avgle.com is currently registered with Tucows Domains, Inc., located in Canada.

10. Currently, all registrant, administrative contact, and technical contact information is redacted from public view.

DECLARATION OF JASON TUCKER ISO PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
[3:20-cv-05666-RSL]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

- 2

11. From my investigations, using a Internet history search tool, I was able to determine that as recently as 2018, Avgle.com was registered through GoDaddy.com, LLC and used a company names Domains By Proxy as a privacy service.

12. Avgle.com's domain name server is Cloudflare, Inc. located in California. A domain name server connects a typed in domain name with the actual IP address/location of a web site.

13. I was involved in investigations resulting in the application for a DMCA subpoena on CloudFlare issued by a United States District Court regarding infringements on Avgle.com. The issued and served subpoena revealed a payment to Cloudflare via PayPal for services rendered to Avgle.com. These PayPal payments on behalf of Avgle.com were associated with "Kam Keung Fung" and the email address support@avgle.com, adavgle@gmail.com, and avgoraku@gmail.com.

14. Avgle.com is hosted on ipvolume.com located in Seychelles.

15. Avgle.com utilizes Content Delivery Network (CDN) services from Cloudflare, Inc., located in California.

16. Content Delivery Networks are used to ensure more efficient and fast delivery to local viewers when the main server is far away.

17. Multi Media, LLC dba Chaturbate, located in Lake Forrest, California, advertises directly on Avgle.com.

18. Mile High Glass Pipes, located in Denver, Colorado, advertises directly on Avgle.com.

19. Advertising broker Tiger Media, Inc. brokers United States ads on Avgle.com through its U.S servers. The Tiger Media, Inc. domains Juicyads.me are hosted at and serve ads

DECLARATION OF JASON TUCKER ISO PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
[3:20-cv-05666-RSL]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

- 3

through Mojohost in Michigan, Jads.co through Mojohost in Michigan, and Juicyads.com through Stackpath, LLC in Texas.

20.     There is a hard-link, puss148.com, serving various ads to Avgle.com. This link, while serving various ads, is not a known ad network nor associated with a known ad network. By all appearances, Puss148.com is akin to Avgle.com and operated by the same people. Puss148.com utilizes Enom, Inc. as it's registrar.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 17$^h$ day of July, 2020 at Scottsdale, Arizona.

_____
Jason Tucker

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
[3:20-cv-05666-RSL]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

- 4