UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILL CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 - 20, d/b/a AVGLE.COM, <br><br> Defendants. | Case No.  C20-5666RSL <br><br> ORDER GRANTING LEAVE FOR PRELIMINARY DISCOVERY |

This matter comes before the Court on "Plaintiff Will Co Ltd's Ex Parte Motion for Early Discovery." Dkt. # 4. Because plaintiff cannot identify the Doe defendants without taking discovery from website hosting companies, internet service providers, and advertisers associated with Avgle.com and/or the delivery of the content on that site, plaintiff's motion is GRANTED.

Plaintiff may issue subpoenas under Fed. R. Civ. P. 45 on Tucows Domains, Inc.; GoDaddy, LLC; Domains by Proxy, LLC; CloudFlare, Inc.; PayPal, Inc.; Tiger Media, Inc.; Multi Media, LLC; Mile High Glass Pipes, Inc.; and/or Enom, Inc. for the sole purpose of seeking information that would allow the identification of and service on the Doe defendants. Any internet service provider shall have seven (7) days after service of a subpoena to notify the subscriber(s) that their identit(y/ies) have been subpoenaed by plaintiff. Each subscriber whose identity has been subpoenaed shall have twenty- one (21)

calendar days from the date of such notice to file and serve an objection or motion to quash. The objection or motion need not contain the subscriber's identifying information: the subscriber may be identified by his or her IP address.

The ISP shall not disclose defendants' identifying information before or during the 28 day period or if a timely objection/motion is made unless and until the objection/motion is resolved by the Court. If an objection is served, plaintiff has the burden of seeking to compel discovery under Fed. R. Civ. P. 45(d)(2)(B)(i). The ISP shall preserve any material responsive to the subpoena for a period of sixty (90) days from receipt of the objection. If no objection is served, the ISP shall comply with the subpoena within seven (7) days or as soon as possible after termination of the 28-day period.

Plaintiff shall provide a copy of this Order with each subpoena issued pursuant thereto.

DATED this 3rd day of August, 2020.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE FOR
PRELIMINARY DISCOVERY - 2