**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

Will Co. Ltd., a limited liability company organized under thelaws of Japan,
Plaintiff(s),
v.
Kam Kueng Fung; Fellow Shine Group Limited; and Does 1-20, d/b/a AVGLE.com
Defendant(s).

Case No. 3:20-cv-05666-RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue the attached Summons to Defendant Fellow Shine Group Limited, reflecting service to be made via email, in accordance with the Court's 11/16/2020 Order granting Plaintiff's ex parte Motion for Alternative Service (Dkt. #30).

11/16/2020
Dated

s/ Spencer Freeman
Sign or use an "s/" and your name

Spencer D. Freeman, WSBA No. 25069
Freeman Law Firm, Inc.,
1107 1/2 Tacoma Avenue South
Tacoma, WA 98402
253-383-4500

Name, Address, and Phone Number of Counsel or Pro Se