WAWD - Praecipe (Revised 2/13/13)

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

7
8
9

Plaintiff(s),

Case No. _____

10

v.

**PRAECIPE**

11
12

Defendant(s).

13
14

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

15
16
17
18
19
20
21

_____
Dated

_____
Sign or use an "s/" and your name

22
23
24
25

Name, Address, and Phone Number of Counsel or Pro Se

26

**PRAECIPE**