**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

November 17, 2020

**WILL CO LTD V. DOES 1–20**
Case # 3:20–cv–05666–RSL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

    **Summons Form Incomplete**
    Summons(es) as filed did not include complete and/or correct party information as required by FRCP 4(a)(1). Please file the corrected summons(es) with complete party information by using the event "Praecipe for a Summons" located under the "Other Documents" category. All summons(es) should be posted under this one event. Please refer to the Attorneys Guide to Opening a Civil Case for more information.

    **Additional Notes:** Plaintiff Attorney information is incomplete.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file