THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILL CO. LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KAM KEUNG FUNG, FELLOW SHINE GROUP LIMITED, and DOES 1-20 d/b/a AVGLE.COM<br><br>　　　　　　Defendants. | Cause No. 3:20-cv-05666-RSL<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Philip P. Mann hereby appears as attorney of record for Defendants Kam Keung Fung and Fellow Shine Group Limited in the above captioned action. Please serve all further pleadings and papers, exclusive of original process, on Philip P. Mann at the address below.

Dated December 23, 2020　　　　　　Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorneys for Defendants Kam Keung Fung and Fellow Shine Group Limited

NOTICE OF APPEARANCE
Cause No. 20-CV-05666-RSL
Page 1

Mann Law Group PLLC
1420 Firth Avenue, Suite 2200
Seattle, WA  98101
Phone:  206.436.0900

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: December 23, 2020      /s/ *Philip P. Mann*

NOTICE OF APPEARANCE
Cause No. 20-CV-05666-RSL

Page 2

Mann Law Group PLLC
1420 Firth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.0900