HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan, Plaintiff, vs. KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAMKEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM, | Case No. 3:20-cv-05666-RSL<br><br>**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**Note on Motion Calendar: January 15, 2021**<br><br>**Oral Argument Requested** |

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendants Kam Keung Fung ("Mr. Fung"), a resident of Hong Kong and Fellow Shine Group Limited ("FSG"), a British Virgin Islands limited liability company (collectively, Defendants), move for the dismissal of Plaintiffs' Complaint for a lack of personal jurisdiction. In support of this Motion, Defendants rely on their Memorandum of Law filed herewith.

**Respectfully Submitted:**

/s/ Philip Mann
Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
107 Spring Street
Seattle, Washington 98104
Tel: 206-463-0900
Email: phil@mannlawgroup.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice pending*)
Frank Scardino (*pro hac vice pending*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice pending*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

*Attorneys for Defendants*

Dated: December 24, 2020

**CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  December 24, 2020          /s/ *Philip P. Mann*