# EXHIBIT 1

## Case No. 20-CV-05666-RSL

**(Exhibit 1 to Declaration of Ming Chung Wu)**

| PERIOD | COUNTRY | SUM of VISITORS | % of WW VISTORS |
|---|---|---:|---:|
|  |  | 0 |  |
| Total |  | 0 |  |
| 2020-01 |  | 72466 | 0.11% |
|  | Australia | 240710 | 0.38% |
|  | Cambodia | 36137 | 0.06% |
|  | Canada | 220323 | 0.35% |
|  | China | 77468 | 0.12% |
|  | Curacao | 3001 | 0.00% |
|  | Czech Republic | 5758 | 0.01% |
|  | Denmark | 6129 | 0.01% |
|  | Egypt | 4650 | 0.01% |
|  | Europe | 34063 | 0.05% |
|  | Finland | 7238 | 0.01% |
|  | France | 188013 | 0.30% |
|  | Germany | 121925 | 0.19% |
|  | Greece | 57797 | 0.09% |
|  | Hong Kong | 5060768 | 7.98% |
|  | Hungary | 6695 | 0.01% |
|  | India | 91143 | 0.14% |
|  | Indonesia | 35850 | 0.06% |
|  | Italy | 19890 | 0.03% |
|  | Japan | 34530515 | 54.46% |
|  | korea; republic of | 2894326 | 4.56% |
|  | Lao Peoples dem | 6219 | 0.01% |
|  | Macao | 294794 | 0.46% |
|  | Malaysia | 235520 | 0.37% |
|  | Mexico | 6391 | 0.01% |
|  | Mongolia | 1442 | 0.00% |
|  | Myanmar | 3216 | 0.01% |
|  | Nepal | 2727 | 0.00% |
|  | Netherlands | 36473 | 0.06% |
|  | New Zealand | 14944 | 0.02% |
|  | Peru | 4425 | 0.01% |
|  | Philippines | 94064 | 0.15% |
|  | Romania | 49500 | 0.08% |
|  | Russian Federation | 124322 | 0.20% |
|  | Singapore | 1340461 | 2.11% |
|  | Spain | 6329 | 0.01% |
|  | taiwan | 8262857 | 13.03% |
|  | Thailand | 3792399 | 5.98% |
|  | Ukraine | 4943 | 0.01% |
|  | United Kingdom | 283258 | 0.45% |

|  |  |  |  |
|---|---|---:|---:|
|  | United States | 3183416 | 5.02% |
|  | Vietnam | 1944883 | 3.07% |
| 2020-01 Total |  | 63407448 |  |
| 2020-02 |  | 57336 | 0.12% |
|  | Australia | 207878 | 0.42% |
|  | Brazil | 1033 | 0.00% |
|  | Brunei Darussalam | 1642 | 0.00% |
|  | Cambodia | 20618 | 0.04% |
|  | Canada | 245265 | 0.49% |
|  | China | 73623 | 0.15% |
|  | Czech Republic | 9835 | 0.02% |
|  | Denmark | 3869 | 0.01% |
|  | Europe | 37899 | 0.08% |
|  | Finland | 2691 | 0.01% |
|  | France | 146465 | 0.29% |
|  | Germany | 118771 | 0.24% |
|  | Greece | 51518 | 0.10% |
|  | Hong Kong | 4502087 | 9.04% |
|  | Hungary | 2272 | 0.00% |
|  | India | 93053 | 0.19% |
|  | Indonesia | 42680 | 0.09% |
|  | Italy | 14333 | 0.03% |
|  | Japan | 26173770 | 52.56% |
|  | korea; republic of | 2105492 | 4.23% |
|  | Lao Peoples dem | 5804 | 0.01% |
|  | Macao | 265388 | 0.53% |
|  | Malaysia | 228669 | 0.46% |
|  | Mexico | 3409 | 0.01% |
|  | Myanmar | 1755 | 0.00% |
|  | Nepal | 2090 | 0.00% |
|  | Netherlands | 29590 | 0.06% |
|  | New Zealand | 17432 | 0.04% |
|  | Peru | 3113 | 0.01% |
|  | Philippines | 76493 | 0.15% |
|  | Romania | 35003 | 0.07% |
|  | Russian Federation | 56107 | 0.11% |
|  | Singapore | 1166231 | 2.34% |
|  | Spain | 3755 | 0.01% |
|  | Switzerland | 1549 | 0.00% |
|  | taiwan | 6250822 | 12.55% |
|  | Thailand | 2954911 | 5.93% |
|  | Ukraine | 5889 | 0.01% |
|  | United Kingdom | 275896 | 0.55% |

|  |  |  |  |
|---|---|---|---|
|  | United States | 2782454 | 5.59% |
|  | Vietnam | 1715777 | 3.45% |
| 2020-02 Total |  | 49794267 |  |
| 2020-03 |  | 80531 | 0.12% |
|  | Australia | 298645 | 0.46% |
|  | Brazil | 3669 | 0.01% |
|  | Brunei Darussala | 3779 | 0.01% |
|  | Bulgaria | 6856 | 0.01% |
|  | Cambodia | 38129 | 0.06% |
|  | Canada | 414990 | 0.64% |
|  | Chile | 1396 | 0.00% |
|  | China | 96222 | 0.15% |
|  | Curacao | 4156 | 0.01% |
|  | Czech Republic | 8331 | 0.01% |
|  | Denmark | 8137 | 0.01% |
|  | Europe | 39047 | 0.06% |
|  | Finland | 1577 | 0.00% |
|  | France | 174885 | 0.27% |
|  | Germany | 130469 | 0.20% |
|  | Greece | 86824 | 0.13% |
|  | Hong Kong | 5518146 | 8.56% |
|  | Hungary | 10236 | 0.02% |
|  | India | 133327 | 0.21% |
|  | Indonesia | 57314 | 0.09% |
|  | Italy | 42996 | 0.07% |
|  | Japan | 32817160 | 50.93% |
|  | korea; republic o | 2805435 | 4.35% |
|  | Lao Peoples dem | 8432 | 0.01% |
|  | Luxembourg | 1381 | 0.00% |
|  | Macao | 327589 | 0.51% |
|  | Malaysia | 312561 | 0.49% |
|  | Mexico | 7799 | 0.01% |
|  | Myanmar | 9258 | 0.01% |
|  | Nepal | 1282 | 0.00% |
|  | Netherlands | 43793 | 0.07% |
|  | New Zealand | 17136 | 0.03% |
|  | Peru | 5009 | 0.01% |
|  | Philippines | 125130 | 0.19% |
|  | Poland | 1546 | 0.00% |
|  | Romania | 63604 | 0.10% |
|  | Russian Federat | 86839 | 0.13% |
|  | Singapore | 1572371 | 2.44% |
|  | Slovakia | 2786 | 0.00% |

|  |  |  |  |
|---|---|---:|---:|
|  | South Africa | 5779 | 0.01% |
|  | Spain | 7289 | 0.01% |
|  | taiwan | 9236617 | 14.33% |
|  | Thailand | 3503406 | 5.44% |
|  | Ukraine | 5010 | 0.01% |
|  | United Kingdom | 369399 | 0.57% |
|  | United States | 3408319 | 5.29% |
|  | Vietnam | 2534084 | 3.93% |
| 2020-03 Total |  | 64438676 |  |
| 2020-04 |  | 60358 | 0.12% |
|  | Australia | 281102 | 0.54% |
|  | Brazil | 2614 | 0.00% |
|  | Brunei Darussalam | 2791 | 0.01% |
|  | Bulgaria | 3077 | 0.01% |
|  | Cambodia | 44816 | 0.09% |
|  | Canada | 296846 | 0.57% |
|  | China | 116564 | 0.22% |
|  | Curacao | 2881 | 0.01% |
|  | Czech Republic | 5880 | 0.01% |
|  | Denmark | 2408 | 0.00% |
|  | Egypt | 1288 | 0.00% |
|  | Europe | 51899 | 0.10% |
|  | Finland | 4496 | 0.01% |
|  | France | 160284 | 0.31% |
|  | Germany | 114526 | 0.22% |
|  | Greece | 63967 | 0.12% |
|  | Hong Kong | 4543461 | 8.68% |
|  | Hungary | 16826 | 0.03% |
|  | India | 109615 | 0.21% |
|  | Indonesia | 43355 | 0.08% |
|  | Italy | 24833 | 0.05% |
|  | Japan | 25374618 | 48.48% |
|  | korea; republic of | 2251079 | 4.30% |
|  | Lao Peoples dem | 11368 | 0.02% |
|  | Macao | 282565 | 0.54% |
|  | Malaysia | 259571 | 0.50% |
|  | Mexico | 6025 | 0.01% |
|  | Myanmar | 5192 | 0.01% |
|  | Nepal | 1372 | 0.00% |
|  | Netherlands | 30331 | 0.06% |
|  | New Zealand | 30854 | 0.06% |
|  | Peru | 9840 | 0.02% |
|  | Philippines | 132679 | 0.25% |

|  |  |  |  |
|---|---|---|---|
|  | Romania | 53696 | 0.10% |
|  | Russian Federation | 72383 | 0.14% |
|  | Singapore | 1426748 | 2.73% |
|  | Slovakia | 2661 | 0.01% |
|  | South Africa | 3129 | 0.01% |
|  | Spain | 6866 | 0.01% |
|  | Switzerland | 942 | 0.00% |
|  | taiwan | 7596651 | 14.51% |
|  | Thailand | 2845085 | 5.44% |
|  | Ukraine | 6965 | 0.01% |
|  | United Kingdom | 310269 | 0.59% |
|  | United States | 3108563 | 5.94% |
|  | Vietnam | 2561389 | 4.89% |
| 2020-04 Total |  | 52344728 |  |
| 2020-05 |  | 77194 | 0.14% |
|  | Australia | 280377 | 0.50% |
|  | Brazil | 2382 | 0.00% |
|  | Brunei Darussalam | 3251 | 0.01% |
|  | Bulgaria | 1890 | 0.00% |
|  | Cambodia | 43131 | 0.08% |
|  | Canada | 329310 | 0.58% |
|  | Chile | 1278 | 0.00% |
|  | China | 122623 | 0.22% |
|  | Curacao | 3675 | 0.01% |
|  | Czech Republic | 7965 | 0.01% |
|  | Denmark | 9961 | 0.02% |
|  | Egypt | 1186 | 0.00% |
|  | Europe | 56494 | 0.10% |
|  | Finland | 3044 | 0.01% |
|  | France | 158391 | 0.28% |
|  | Germany | 126708 | 0.22% |
|  | Greece | 60731 | 0.11% |
|  | Hong Kong | 4869575 | 8.60% |
|  | Hungary | 13362 | 0.02% |
|  | India | 149285 | 0.26% |
|  | Indonesia | 55420 | 0.10% |
|  | Ireland | 1371 | 0.00% |
|  | Italy | 54115 | 0.10% |
|  | Japan | 28234124 | 49.88% |
|  | korea; republic of | 2273004 | 4.02% |
|  | Lao Peoples democratic republic | 25765 | 0.05% |
|  | Macao | 293559 | 0.52% |
|  | Malaysia | 286409 | 0.51% |

|  |  |  |  |
|---|---|---:|---:|
|  | Mexico | 6230 | 0.01% |
|  | Myanmar | 4246 | 0.01% |
|  | Nepal | 2856 | 0.01% |
|  | Netherlands | 44480 | 0.08% |
|  | New Zealand | 31173 | 0.06% |
|  | Peru | 3620 | 0.01% |
|  | Philippines | 95109 | 0.17% |
|  | Romania | 70810 | 0.13% |
|  | Russian Federation | 71615 | 0.13% |
|  | Singapore | 1563515 | 2.76% |
|  | Slovakia | 3617 | 0.01% |
|  | South Africa | 7105 | 0.01% |
|  | Switzerland | 1674 | 0.00% |
|  | taiwan | 7663930 | 13.54% |
|  | Thailand | 3138258 | 5.54% |
|  | Ukraine | 7998 | 0.01% |
|  | United Kingdom | 370378 | 0.65% |
|  | United States | 3403477 | 6.01% |
|  | Vietnam | 2565018 | 4.53% |
| 2020-05 Total |  | 56600689 |  |
| 2020-06 |  | 40504 | 0.08% |
|  | Asia/Pacific Region | 1450 | 0.00% |
|  | Australia | 253579 | 0.50% |
|  | Brunei Darussalam | 2010 | 0.00% |
|  | Cambodia | 44091 | 0.09% |
|  | Canada | 248728 | 0.49% |
|  | Chile | 1577 | 0.00% |
|  | China | 96182 | 0.19% |
|  | Curacao | 4488 | 0.01% |
|  | Czech Republic | 5772 | 0.01% |
|  | Denmark | 3851 | 0.01% |
|  | Egypt | 1248 | 0.00% |
|  | Europe | 64947 | 0.13% |
|  | Finland | 1838 | 0.00% |
|  | France | 139206 | 0.27% |
|  | Germany | 116849 | 0.23% |
|  | Greece | 62106 | 0.12% |
|  | Hong Kong | 4577591 | 8.99% |
|  | Hungary | 6745 | 0.01% |
|  | India | 109295 | 0.21% |
|  | Indonesia | 45184 | 0.09% |
|  | Italy | 62461 | 0.12% |
|  | Japan | 26000212 | 51.04% |

|  |  |  |  |
|---|---|---:|---:|
|  | korea; republic of | 2177713 | 4.28% |
|  | Lao Peoples dem | 21345 | 0.04% |
|  | Macao | 260970 | 0.51% |
|  | Malaysia | 227363 | 0.45% |
|  | Mexico | 3337 | 0.01% |
|  | Myanmar | 5894 | 0.01% |
|  | Nepal | 2152 | 0.00% |
|  | Netherlands | 33527 | 0.07% |
|  | New Zealand | 14990 | 0.03% |
|  | Peru | 2063 | 0.00% |
|  | Philippines | 106382 | 0.21% |
|  | Romania | 53812 | 0.11% |
|  | Russian Federation | 77596 | 0.15% |
|  | Singapore | 1351014 | 2.65% |
|  | Slovakia | 3598 | 0.01% |
|  | South Africa | 28812 | 0.06% |
|  | Spain | 2446 | 0.00% |
|  | Switzerland | 1479 | 0.00% |
|  | taiwan | 6729853 | 13.21% |
|  | Thailand | 2402561 | 4.72% |
|  | Ukraine | 10383 | 0.02% |
|  | United Kingdom | 337417 | 0.66% |
|  | United States | 3075094 | 6.04% |
|  | Vietnam | 2120281 | 4.16% |
| 2020-06 Total |  | 50939996 |  |
| 2020-07 |  | 49509 | 0.10% |
|  | Anonymous Proxy | 1359 | 0.00% |
|  | Australia | 228993 | 0.45% |
|  | Brazil | 5203 | 0.01% |
|  | Brunei Darussalam | 3746 | 0.01% |
|  | Cambodia | 40916 | 0.08% |
|  | Canada | 238723 | 0.47% |
|  | Chile | 3532 | 0.01% |
|  | China | 63549 | 0.12% |
|  | Curacao | 1842 | 0.00% |
|  | Czech Republic | 8334 | 0.02% |
|  | Denmark | 4351 | 0.01% |
|  | Egypt | 4261 | 0.01% |
|  | Europe | 41591 | 0.08% |
|  | France | 176264 | 0.34% |
|  | Germany | 114653 | 0.22% |
|  | Greece | 70752 | 0.14% |
|  | Hong Kong | 4452344 | 8.71% |

|  |  |  |  |
|---|---|---|---|
|  | Hungary | 6378 | 0.01% |
|  | India | 171744 | 0.34% |
|  | Indonesia | 52584 | 0.10% |
|  | Italy | 74373 | 0.15% |
|  | Japan | 24934355 | 48.80% |
|  | korea; republic of | 2319431 | 4.54% |
|  | Lao Peoples dem | 24381 | 0.05% |
|  | Luxembourg | 2010 | 0.00% |
|  | Macao | 262228 | 0.51% |
|  | Malaysia | 249495 | 0.49% |
|  | Mexico | 7027 | 0.01% |
|  | Myanmar | 5780 | 0.01% |
|  | Nepal | 4529 | 0.01% |
|  | Netherlands | 43702 | 0.09% |
|  | New Zealand | 15619 | 0.03% |
|  | Peru | 3142 | 0.01% |
|  | Philippines | 128858 | 0.25% |
|  | Romania | 88562 | 0.17% |
|  | Russian Federat | 74727 | 0.15% |
|  | Saudi Arabia | 1156 | 0.00% |
|  | Singapore | 1365551 | 2.67% |
|  | Slovakia | 4062 | 0.01% |
|  | South Africa | 37915 | 0.07% |
|  | Spain | 6999 | 0.01% |
|  | taiwan | 7576074 | 14.83% |
|  | Thailand | 2391515 | 4.68% |
|  | Ukraine | 17236 | 0.03% |
|  | United Kingdom | 373028 | 0.73% |
|  | United States | 3206245 | 6.28% |
|  | Vietnam | 2132516 | 4.17% |
| 2020-07 Total |  | 51091144 |  |
| 2020-08 |  | 61311 | 0.11% |
|  | Algeria | 1779 | 0.00% |
|  | Anonymous Pro: | 2129 | 0.00% |
|  | Australia | 253538 | 0.44% |
|  | Brazil | 5874 | 0.01% |
|  | Brunei Darussal: | 6849 | 0.01% |
|  | Cambodia | 62088 | 0.11% |
|  | Canada | 336589 | 0.58% |
|  | Chile | 1778 | 0.00% |
|  | China | 66652 | 0.11% |
|  | Curacao | 11665 | 0.02% |
|  | Czech Republic | 18652 | 0.03% |

|  |  | Denmark | 10848 | 0.02% |
|---|---|---|---|---|
|  |  | Egypt | 6066 | 0.01% |
|  |  | Europe | 54524 | 0.09% |
|  |  | Finland | 5166 | 0.01% |
|  |  | France | 167111 | 0.29% |
|  |  | Germany | 177774 | 0.31% |
|  |  | Greece | 132311 | 0.23% |
|  |  | Hong Kong | 4411001 | 7.59% |
|  |  | Hungary | 8569 | 0.01% |
|  |  | India | 234421 | 0.40% |
|  |  | Indonesia | 88621 | 0.15% |
|  |  | Italy | 55216 | 0.09% |
|  |  | Japan | 27096036 | 46.61% |
|  |  | korea; republic c | 2927121 | 5.04% |
|  |  | Lao Peoples den | 32448 | 0.06% |
|  |  | Macao | 285854 | 0.49% |
|  |  | Malaysia | 256646 | 0.44% |
|  |  | Mexico | 7799 | 0.01% |
|  |  | Myanmar | 7030 | 0.01% |
|  |  | Nepal | 3539 | 0.01% |
|  |  | Netherlands | 49210 | 0.08% |
|  |  | New Zealand | 27964 | 0.05% |
|  |  | Peru | 14888 | 0.03% |
|  |  | Philippines | 161951 | 0.28% |
|  |  | Romania | 99047 | 0.17% |
|  |  | Russian Federat | 84065 | 0.14% |
|  |  | Singapore | 1552703 | 2.67% |
|  |  | Slovakia | 15463 | 0.03% |
|  |  | South Africa | 3490 | 0.01% |
|  |  | Spain | 8903 | 0.02% |
|  |  | taiwan | 9208501 | 15.84% |
|  |  | Thailand | 3349405 | 5.76% |
|  |  | Ukraine | 13080 | 0.02% |
|  |  | United Kingdom | 426247 | 0.73% |
|  |  | United States | 3639043 | 6.26% |
|  |  | Vietnam | 2677129 | 4.61% |
| 2020-08 Total |  |  | 58128094 |  |
|  | 2020-09 |  | 53770 | 0.10% |
|  |  | Algeria | 1487 | 0.00% |
|  |  | Australia | 215535 | 0.39% |
|  |  | Brazil | 3208 | 0.01% |
|  |  | Brunei Darussal | 4065 | 0.01% |
|  |  | Cambodia | 64505 | 0.12% |

| Country | Value | Percent |
|---|---:|---:|
| Canada | 268316 | 0.48% |
| Chile | 3906 | 0.01% |
| China | 88671 | 0.16% |
| Curacao | 15562 | 0.03% |
| Czech Republic | 17455 | 0.03% |
| Denmark | 14457 | 0.03% |
| Egypt | 2034 | 0.00% |
| Europe | 57689 | 0.10% |
| Finland | 6163 | 0.01% |
| France | 132663 | 0.24% |
| Germany | 161435 | 0.29% |
| Greece | 93372 | 0.17% |
| Hong Kong | 4114143 | 7.43% |
| Hungary | 9377 | 0.02% |
| India | 263709 | 0.48% |
| Indonesia | 97246 | 0.18% |
| Ireland | 3620 | 0.01% |
| Italy | 65558 | 0.12% |
| Japan | 26326790 | 47.54% |
| Korea; Republic | 3134259 | 5.66% |
| Lao Peoples dem | 40227 | 0.07% |
| Luxembourg | 1819 | 0.00% |
| Macao | 261977 | 0.47% |
| Malaysia | 264933 | 0.48% |
| Mexico | 12366 | 0.02% |
| Myanmar | 4370 | 0.01% |
| Nepal | 1921 | 0.00% |
| Netherlands | 51387 | 0.09% |
| New Zealand | 17202 | 0.03% |
| Peru | 10822 | 0.02% |
| Philippines | 137681 | 0.25% |
| Romania | 82296 | 0.15% |
| Russian Federat | 90072 | 0.16% |
| Singapore | 1401114 | 2.53% |
| Slovakia | 10146 | 0.02% |
| Slovenia | 2300 | 0.00% |
| South Africa | 2303 | 0.00% |
| Spain | 11669 | 0.02% |
| taiwan | 8238329 | 14.88% |
| Thailand | 3468540 | 6.26% |
| Ukraine | 12242 | 0.02% |
| United Kingdom | 417635 | 0.75% |
| United States | 3301504 | 5.96% |

| | | | |
|---|---|---|---|
| | Vietnam | 2312545 | 4.18% |
| 2020-09 Total | | 55374395 | |
| 2020-10 | | 69492 | 0.11% |
| | Algeria | 1735 | 0.00% |
| | Asia/Pacific Reg | 1872 | 0.00% |
| | Australia | 227325 | 0.37% |
| | Bangladesh | 4711 | 0.01% |
| | Brunei Darussal | 2610 | 0.00% |
| | Cambodia | 76348 | 0.12% |
| | Canada | 278278 | 0.45% |
| | Chile | 3151 | 0.01% |
| | China | 89412 | 0.15% |
| | Curacao | 11878 | 0.02% |
| | Czech Republic | 23200 | 0.04% |
| | Denmark | 8311 | 0.01% |
| | Egypt | 6453 | 0.01% |
| | Europe | 72324 | 0.12% |
| | France | 207862 | 0.34% |
| | Germany | 157643 | 0.26% |
| | Greece | 40090 | 0.07% |
| | Hong Kong | 4121251 | 6.73% |
| | Hungary | 4326 | 0.01% |
| | India | 275120 | 0.45% |
| | Indonesia | 97451 | 0.16% |
| | Italy | 67473 | 0.11% |
| | Japan | 30331773 | 49.51% |
| | Korea; Republic | 3369768 | 5.50% |
| | Lao Peoples den | 30874 | 0.05% |
| | Luxembourg | 2048 | 0.00% |
| | Macao | 268101 | 0.44% |
| | Malaysia | 287273 | 0.47% |
| | Mexico | 12056 | 0.02% |
| | Myanmar | 3669 | 0.01% |
| | Nepal | 8053 | 0.01% |
| | Netherlands | 33893 | 0.06% |
| | New Zealand | 13231 | 0.02% |
| | Peru | 15616 | 0.03% |
| | Philippines | 156768 | 0.26% |
| | Romania | 101645 | 0.17% |
| | Russian Federat | 81473 | 0.13% |
| | Singapore | 1467894 | 2.40% |
| | Slovakia | 5942 | 0.01% |
| | South Africa | 1944 | 0.00% |

|  |  |  |  |
|---|---|---:|---:|
|  | Spain | 12580 | 0.02% |
|  | taiwan | 8398612 | 13.71% |
|  | Thailand | 4526585 | 7.39% |
|  | Ukraine | 27377 | 0.04% |
|  | United Kingdom | 511978 | 0.84% |
|  | United States | 3377900 | 5.51% |
|  | Vietnam | 2374143 | 3.87% |
| 2020-10 Total |  | 61269512 |  |
| 2020-11 |  | 73062 | 0.12% |
|  | Australia | 226335 | 0.36% |
|  | Brunei Darussalam | 2696 | 0.00% |
|  | Cambodia | 64979 | 0.10% |
|  | Canada | 267791 | 0.43% |
|  | China | 84249 | 0.13% |
|  | Curacao | 4258 | 0.01% |
|  | Czech Republic | 22313 | 0.04% |
|  | Egypt | 6001 | 0.01% |
|  | Europe | 57469 | 0.09% |
|  | Finland | 1480 | 0.00% |
|  | France | 220199 | 0.35% |
|  | Germany | 178318 | 0.28% |
|  | Greece | 38750 | 0.06% |
|  | Hong Kong | 3944394 | 6.30% |
|  | Hungary | 6695 | 0.01% |
|  | India | 205659 | 0.33% |
|  | Indonesia | 82160 | 0.13% |
|  | Italy | 61777 | 0.10% |
|  | Japan | 32432960 | 51.79% |
|  | Korea; Republic | 3312108 | 5.29% |
|  | Lao Peoples dem | 42080 | 0.07% |
|  | Macao | 236048 | 0.38% |
|  | Malaysia | 268169 | 0.43% |
|  | Mexico | 9889 | 0.02% |
|  | Myanmar | 10405 | 0.02% |
|  | Nepal | 5049 | 0.01% |
|  | Netherlands | 40880 | 0.07% |
|  | New Zealand | 20607 | 0.03% |
|  | Peru | 11117 | 0.02% |
|  | Philippines | 127556 | 0.20% |
|  | Poland | 1492 | 0.00% |
|  | Romania | 71740 | 0.11% |
|  | Russian Federation | 59293 | 0.09% |
|  | Singapore | 1434844 | 2.29% |

|  | | | |
|---|---|---:|---:|
|  | Slovenia | 1556 | 0.00% |
|  | Spain | 5826 | 0.01% |
|  | taiwan | 7678523 | 12.26% |
|  | Thailand | 4898407 | 7.82% |
|  | Ukraine | 6116 | 0.01% |
|  | United Kingdom | 496541 | 0.79% |
|  | United States | 3285174 | 5.25% |
|  | Vietnam | 2618864 | 4.18% |
| 2020-11 Total | | 62623829 | |
| **Grand Total** | | **626012778** | |