# EXHIBIT 2

## Case No. 20-CV-05666-RSL

**(Exhibit 2 to Declaration of Ming Chung Wu)**

| COUNTRY | PERIOD | State | SUM of VISITORS | % of WW VISTORS | Total  VISTORS |
|---|---|---|---|---|---|
| United States | 2020-01 | - | 585,430 | 0.92% | |
| | | Arizona | 4,799 | 0.01% | |
| | | California | 1,299,003 | 2.05% | |
| | | Colorado | 3,955 | 0.01% | |
| | | Connecticut | 26,802 | 0.04% | |
| | | Delaware | 34,980 | 0.06% | |
| | | Florida | 71,430 | 0.11% | |
| | | Georgia | 72,906 | 0.11% | |
| | | Hawaii | 2,732 | 0.00% | |
| | | Illinois | 11,926 | 0.02% | |
| | | Indiana | 12,955 | 0.02% | |
| | | Maryland | 3,171 | 0.01% | |
| | | Massachusetts | 52,848 | 0.08% | |
| | | Michigan | 12,927 | 0.02% | |
| | | Minnesota | 111,781 | 0.18% | |
| | | Missouri | 26,434 | 0.04% | |
| | | Nevada | 28,176 | 0.04% | |
| | | New Jersey | 287,059 | 0.45% | |
| | | New York | 251,943 | 0.40% | |
| | | North Carolina | 2,123 | 0.00% | |
| | | Oklahoma | 4,615 | 0.01% | |
| | | Oregon | 20,955 | 0.03% | |
| | | Pennsylvania | 3,988 | 0.01% | |
| | | Texas | 165,462 | 0.26% | |
| | | Virginia | 6,662 | 0.01% | |
| | | Washington | 71,106 | 0.11% | |
| | | Wyoming | 7,248 | 0.01% | |
| | 2020-01 Total | | 3,183,416 | 5.02% | 63,407,448 |
| | 2020-02 | - | 540,632 | 1.09% | |
| | | Arizona | 3,685 | 0.01% | |
| | | California | 1,068,242 | 2.15% | |
| | | Colorado | 5,363 | 0.01% | |
| | | Connecticut | 18,947 | 0.04% | |
| | | Delaware | 31,827 | 0.06% | |
| | | Florida | 76,606 | 0.15% | |
| | | Georgia | 53,233 | 0.11% | |
| | | Illinois | 14,486 | 0.03% | |
| | | Indiana | 16,150 | 0.03% | |
| | | Maryland | 1,007 | 0.00% | |
| | | Massachusetts | 43,807 | 0.09% | |
| | | Michigan | 13,297 | 0.03% | |
| | | Minnesota | 86,104 | 0.17% | |

| | | | | |
|---|---|---|---|---|
| | Missouri | 16,928 | 0.03% | |
| | Nevada | 35,096 | 0.07% | |
| | New Hampshire | 1,228 | 0.00% | |
| | New Jersey | 322,544 | 0.65% | |
| | New York | 213,710 | 0.43% | |
| | North Carolina | 3,299 | 0.01% | |
| | Oregon | 9,903 | 0.02% | |
| | Pennsylvania | 2,638 | 0.01% | |
| | Texas | 133,060 | 0.27% | |
| | Virginia | 8,124 | 0.02% | |
| | Washington | 55,168 | 0.11% | |
| | Wyoming | 7,370 | 0.01% | |
| 2020-02 Total | | 2,782,454 | 5.59% | 49,794,267 |
| 2020-03 | - | 724,984 | 1.13% | |
| | Arizona | 6,656 | 0.01% | |
| | California | 1,311,056 | 2.03% | |
| | Colorado | 9,131 | 0.01% | |
| | Connecticut | 23,774 | 0.04% | |
| | Delaware | 31,628 | 0.05% | |
| | Florida | 83,568 | 0.13% | |
| | Georgia | 83,305 | 0.13% | |
| | Illinois | 15,042 | 0.02% | |
| | Indiana | 13,234 | 0.02% | |
| | Maryland | 2,263 | 0.00% | |
| | Massachusetts | 49,350 | 0.08% | |
| | Michigan | 13,225 | 0.02% | |
| | Minnesota | 110,819 | 0.17% | |
| | Missouri | 17,723 | 0.03% | |
| | Nevada | 40,852 | 0.06% | |
| | New Hampshire | 2,272 | 0.00% | |
| | New Jersey | 312,677 | 0.49% | |
| | New York | 280,283 | 0.43% | |
| | North Carolina | 4,337 | 0.01% | |
| | Ohio | 1,904 | 0.00% | |
| | Oregon | 19,700 | 0.03% | |
| | Pennsylvania | 4,565 | 0.01% | |
| | Texas | 158,808 | 0.25% | |
| | Virginia | 11,083 | 0.02% | |
| | Washington | 65,808 | 0.10% | |
| | Wyoming | 10,272 | 0.02% | |
| 2020-03 Total | | 3,408,319 | 5.29% | 64,438,676 |
| 2020-04 | - | 713,811 | 1.36% | |
| | Arizona | 8,972 | 0.02% | |

| | | | | | |
|---|---|---|---:|---:|---:|
| | | California | 1,127,326 | 2.15% | |
| | | Colorado | 11,246 | 0.02% | |
| | | Connecticut | 21,319 | 0.04% | |
| | | Delaware | 30,134 | 0.06% | |
| | | District of Columbia | 2,794 | 0.01% | |
| | | Florida | 119,999 | 0.23% | |
| | | Georgia | 63,256 | 0.12% | |
| | | Illinois | 12,885 | 0.02% | |
| | | Indiana | 11,592 | 0.02% | |
| | | Maryland | 1,242 | 0.00% | |
| | | Massachusetts | 38,967 | 0.07% | |
| | | Michigan | 8,387 | 0.02% | |
| | | Minnesota | 121,312 | 0.23% | |
| | | Missouri | 15,952 | 0.03% | |
| | | Nevada | 34,880 | 0.07% | |
| | | New Hampshire | 6,243 | 0.01% | |
| | | New Jersey | 260,292 | 0.50% | |
| | | New York | 233,808 | 0.45% | |
| | | North Carolina | 3,572 | 0.01% | |
| | | Ohio | 1,569 | 0.00% | |
| | | Oregon | 18,940 | 0.04% | |
| | | Pennsylvania | 4,052 | 0.01% | |
| | | Texas | 160,756 | 0.31% | |
| | | Virginia | 14,769 | 0.03% | |
| | | Washington | 50,602 | 0.10% | |
| | | Wyoming | 9,886 | 0.02% | |
| | 2020-04 Total | | 3,108,563 | 5.94% | 52,344,728 |
| | 2020-05 | - | 749,669 | 1.32% | |
| | | Arizona | 7,608 | 0.01% | |
| | | California | 1,309,214 | 2.31% | |
| | | Colorado | 9,217 | 0.02% | |
| | | Connecticut | 18,598 | 0.03% | |
| | | Delaware | 27,938 | 0.05% | |
| | | Florida | 169,157 | 0.30% | |
| | | Georgia | 66,104 | 0.12% | |
| | | Hawaii | 4,226 | 0.01% | |
| | | Illinois | 17,344 | 0.03% | |
| | | Indiana | 21,375 | 0.04% | |
| | | Massachusetts | 51,455 | 0.09% | |
| | | Michigan | 15,482 | 0.03% | |
| | | Minnesota | 132,134 | 0.23% | |
| | | Missouri | 10,443 | 0.02% | |
| | | Nevada | 38,869 | 0.07% | |

|  |  | | | |
|---|---|---:|---:|---:|
|  |  | New Hampshire | 3,613 | 0.01% |  |
|  |  | New Jersey | 274,010 | 0.48% |  |
|  |  | New York | 204,832 | 0.36% |  |
|  |  | North Carolina | 9,565 | 0.02% |  |
|  |  | Ohio | 2,545 | 0.00% |  |
|  |  | Oregon | 16,938 | 0.03% |  |
|  |  | Pennsylvania | 1,893 | 0.00% |  |
|  |  | Texas | 163,304 | 0.29% |  |
|  |  | Virginia | 7,160 | 0.01% |  |
|  |  | Washington | 65,751 | 0.12% |  |
|  |  | Wyoming | 5,033 | 0.01% |  |
|  | **2020-05 Total** |  | **3,403,477** | **6.01%** | 56,600,689 |
|  | 2020-06 | - | 757,572 | 1.49% |  |
|  |  | Arizona | 8,885 | 0.02% |  |
|  |  | California | 1,127,678 | 2.21% |  |
|  |  | Colorado | 13,005 | 0.03% |  |
|  |  | Connecticut | 24,899 | 0.05% |  |
|  |  | Delaware | 34,148 | 0.07% |  |
|  |  | Florida | 112,306 | 0.22% |  |
|  |  | Georgia | 42,931 | 0.08% |  |
|  |  | Illinois | 3,728 | 0.01% |  |
|  |  | Indiana | 17,542 | 0.03% |  |
|  |  | Maryland | 1,032 | 0.00% |  |
|  |  | Massachusetts | 43,699 | 0.09% |  |
|  |  | Michigan | 8,688 | 0.02% |  |
|  |  | Minnesota | 124,036 | 0.24% |  |
|  |  | Missouri | 19,185 | 0.04% |  |
|  |  | Nevada | 23,165 | 0.05% |  |
|  |  | New Jersey | 245,266 | 0.48% |  |
|  |  | New York | 199,410 | 0.39% |  |
|  |  | North Carolina | 12,197 | 0.02% |  |
|  |  | Ohio | 1,237 | 0.00% |  |
|  |  | Oregon | 15,417 | 0.03% |  |
|  |  | Texas | 151,016 | 0.30% |  |
|  |  | Virginia | 11,464 | 0.02% |  |
|  |  | Washington | 67,240 | 0.13% |  |
|  |  | Wyoming | 9,348 | 0.02% |  |
|  | **2020-06 Total** |  | **3,075,094** | **6.04%** | 50,939,996 |
|  | 2020-07 | - | 884,833 | 1.73% |  |
|  |  | Alabama | 2,206 | 0.00% |  |
|  |  | Arizona | 9,972 | 0.02% |  |
|  |  | California | 1,049,575 | 2.05% |  |
|  |  | Colorado | 13,513 | 0.03% |  |

| | | | | | |
|---|---|---|---:|---:|---:|
| | | Connecticut | 24,094 | 0.05% | |
| | | Delaware | 55,990 | 0.11% | |
| | | District of Columbia | 1,443 | 0.00% | |
| | | Florida | 67,431 | 0.13% | |
| | | Georgia | 63,954 | 0.13% | |
| | | Hawaii | 1,550 | 0.00% | |
| | | Illinois | 13,277 | 0.03% | |
| | | Indiana | 16,840 | 0.03% | |
| | | Louisiana | 1,223 | 0.00% | |
| | | Maryland | 1,363 | 0.00% | |
| | | Massachusetts | 51,569 | 0.10% | |
| | | Michigan | 9,669 | 0.02% | |
| | | Minnesota | 136,122 | 0.27% | |
| | | Missouri | 3,923 | 0.01% | |
| | | Nevada | 17,866 | 0.03% | |
| | | New Hampshire | 1,622 | 0.00% | |
| | | New Jersey | 281,387 | 0.55% | |
| | | New York | 219,447 | 0.43% | |
| | | North Carolina | 8,703 | 0.02% | |
| | | Oregon | 15,126 | 0.03% | |
| | | Pennsylvania | 4,458 | 0.01% | |
| | | Texas | 152,547 | 0.30% | |
| | | Virginia | 14,972 | 0.03% | |
| | | Washington | 72,809 | 0.14% | |
| | | Wyoming | 8,761 | 0.02% | |
| | 2020-07 Total | | 3,206,245 | 6.28% | 51,091,144 |
| | 2020-08 | - | 1,276,945 | 2.20% | |
| | | Arizona | 11,343 | 0.02% | |
| | | California | 846,836 | 1.46% | |
| | | Colorado | 14,860 | 0.03% | |
| | | Connecticut | 22,603 | 0.04% | |
| | | Delaware | 74,213 | 0.13% | |
| | | District of Columbia | 2,631 | 0.00% | |
| | | Florida | 86,478 | 0.15% | |
| | | Georgia | 95,947 | 0.17% | |
| | | Illinois | 18,185 | 0.03% | |
| | | Indiana | 14,665 | 0.03% | |
| | | Massachusetts | 54,803 | 0.09% | |
| | | Michigan | 12,686 | 0.02% | |
| | | Minnesota | 167,298 | 0.29% | |
| | | Missouri | 8,563 | 0.01% | |
| | | Nevada | 23,589 | 0.04% | |
| | | New Jersey | 330,723 | 0.57% | |

| | | | | |
|---|---|---|---:|---:|
| | | New York | 250,949 | 0.43% |
| | | North Carolina | 14,267 | 0.02% |
| | | Ohio | 2,419 | 0.00% |
| | | Oregon | 10,170 | 0.02% |
| | | Pennsylvania | 12,276 | 0.02% |
| | | Texas | 185,059 | 0.32% |
| | | Virginia | 12,300 | 0.02% |
| | | Washington | 74,677 | 0.13% |
| | | Wyoming | 14,558 | 0.03% |
| 2020-08 Total | | | 3,639,043 | 6.26% |
| | 2020-09 | - | 982,398 | 1.77% |
| | | Alabama | 2,105 | 0.00% |
| | | Arizona | 7,201 | 0.01% |
| | | California | 900,044 | 1.63% |
| | | Colorado | 18,946 | 0.03% |
| | | Connecticut | 30,794 | 0.06% |
| | | Delaware | 50,851 | 0.09% |
| | | District of Columbia | 1,354 | 0.00% |
| | | Florida | 66,341 | 0.12% |
| | | Georgia | 77,994 | 0.14% |
| | | Illinois | 19,023 | 0.03% |
| | | Indiana | 9,138 | 0.02% |
| | | Louisiana | 2,011 | 0.00% |
| | | Maryland | 1,326 | 0.00% |
| | | Massachusetts | 51,222 | 0.09% |
| | | Michigan | 11,938 | 0.02% |
| | | Minnesota | 153,038 | 0.28% |
| | | Missouri | 10,298 | 0.02% |
| | | Nevada | 25,252 | 0.05% |
| | | New Hampshire | 2,443 | 0.00% |
| | | New Jersey | 290,609 | 0.52% |
| | | New York | 267,483 | 0.48% |
| | | North Carolina | 12,430 | 0.02% |
| | | Ohio | 3,846 | 0.01% |
| | | Oregon | 25,603 | 0.05% |
| | | Pennsylvania | 15,674 | 0.03% |
| | | Texas | 176,531 | 0.32% |
| | | Virginia | 17,269 | 0.03% |
| | | Washington | 62,063 | 0.11% |
| | | Wyoming | 6,279 | 0.01% |
| 2020-09 Total | | | 3,301,504 | 5.96% |
| | 2020-10 | - | 981,157 | 1.60% |
| | | Alabama | 2,483 | 0.00% |

Note: "2020-08 Total" row also shows 58,128,094; "2020-09 Total" row also shows 55,374,395.

| | | | | | |
|---|---|---|---|---|---|
| | | Arizona | 5,638 | 0.01% | |
| | | California | 968,374 | 1.58% | |
| | | Colorado | 18,046 | 0.03% | |
| | | Connecticut | 39,200 | 0.06% | |
| | | Delaware | 43,838 | 0.07% | |
| | | District of Columbia | 2,077 | 0.00% | |
| | | Florida | 74,737 | 0.12% | |
| | | Georgia | 166,005 | 0.27% | |
| | | Hawaii | 1,897 | 0.00% | |
| | | Illinois | 12,971 | 0.02% | |
| | | Indiana | 11,582 | 0.02% | |
| | | Louisiana | 2,488 | 0.00% | |
| | | Massachusetts | 71,026 | 0.12% | |
| | | Michigan | 13,043 | 0.02% | |
| | | Minnesota | 166,325 | 0.27% | |
| | | Missouri | 13,868 | 0.02% | |
| | | Nevada | 17,807 | 0.03% | |
| | | New Hampshire | 3,583 | 0.01% | |
| | | New Jersey | 235,859 | 0.38% | |
| | | New York | 212,877 | 0.35% | |
| | | North Carolina | 17,710 | 0.03% | |
| | | Ohio | 3,198 | 0.01% | |
| | | Oregon | 17,203 | 0.03% | |
| | | Pennsylvania | 10,178 | 0.02% | |
| | | Texas | 180,628 | 0.29% | |
| | | Virginia | 22,997 | 0.04% | |
| | | Washington | 47,899 | 0.08% | |
| | | Wyoming | 13,206 | 0.02% | |
| | 2020-10 Total | | 3,377,900 | 5.51% | 61,269,512 |
| | 2020-11 | - | 948,569 | 1.51% | |
| | | Arizona | 11,797 | 0.02% | |
| | | California | 902,853 | 1.44% | |
| | | Colorado | 24,103 | 0.04% | |
| | | Connecticut | 62,455 | 0.10% | |
| | | Delaware | 43,261 | 0.07% | |
| | | Florida | 121,611 | 0.19% | |
| | | Georgia | 116,353 | 0.19% | |
| | | Illinois | 9,696 | 0.02% | |
| | | Indiana | 13,785 | 0.02% | |
| | | Massachusetts | 69,834 | 0.11% | |
| | | Michigan | 14,540 | 0.02% | |
| | | Minnesota | 164,023 | 0.26% | |
| | | Missouri | 8,952 | 0.01% | |

| | | | | | |
|---|---|---|---:|---:|---:|
| | | Nevada | 32,027 | 0.05% | |
| | | New Jersey | 231,937 | 0.37% | |
| | | New York | 200,751 | 0.32% | |
| | | North Carolina | 11,272 | 0.02% | |
| | | Oregon | 7,875 | 0.01% | |
| | | Pennsylvania | 9,454 | 0.02% | |
| | | Tennessee | 2,790 | 0.00% | |
| | | Texas | 202,722 | 0.32% | |
| | | Virginia | 28,275 | 0.05% | |
| | | Washington | 43,091 | 0.07% | |
| | | Wyoming | 3,148 | 0.01% | |
| | 2020-11 Total | | 3,285,174 | 5.25% | 62,623,829 |
| United States Total | | | 35,771,189 | 5.71% | 626,012,778 |
| **Grand Total** | | | **35,771,189** | 5.71% | 626,012,778 |
| Worldwide Total(2020) | | | 626,012,778 | | |
| Washington Total(2020) | | | 676,214 | 0.11% | 626,012,778 |