**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION**

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan, Plaintiff, vs. KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAMKEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM | **Case No. 3:20-cv-05666-RSL** **DECLARATION OF FRANK SCARDINO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

**DECLARATION OF FRANK SCARDINO IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Frank Scardino, declare and state as follows:

1.My name is Frank Scardino. I am over the age of 18 years. I am an associate attorney at Boston Law Group, PC, which is counsel to the Defendants with pending *pro hac vice* applications in the above captioned case. I am licensed to practice law in the Commonwealth of Massachusetts, and my bar number is 703911 in Massachusetts. I make this declaration based upon personal knowledge. All statements contained in this declaration are true and correct to the

1  best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in
2  this declaration.

3      2.    On December 23, 2020, I visited a section of Cloudflare.com's website. The
4  specific URL I visited was: https://www.cloudflare.com/about-overview/. A true and correct
5  screenshot of a portion of this page is attached hereto as Exhibit A. This portion of Cloudflare's
6  website reads, in part, "Anytime we push code, it automatically affects approximately 25 million
7  Internet properties" and "We serve data from 200 cities in over 100 countries around the world."

8      3.    On December 23, 2020, I visited a section of Cloudflare.com's website. The
9  specific URL I visited was: https://www.cloudflare.com/network/. A true and correct PDF copy
10 of this page is attached hereto as Exhibit B. This portion of Cloudflare's website list the cities in
11 which Cloudflare operates a network site (*i.e.* a server). According to this page, Cloudflare has
12 servers in the following Asian cities (without limitation) Tokyo, Hong Kong, Osaka, Taipei,
13 Shanghai, and Guangzhou.

14     4.    On December 23, 2020, I visited a section of histats.com's website. The specific
15 URL I visited was: https://www.histats.com/?act=2. A true and correct PDF copy of this page is
16 attached hereto as Exhibit C. This portion of histats.com's website describes histats' website
17 features which include free tracking of website visitors. For instance, this page references the
18 following features of histats: "Full Real time statistics," "IP tracking, visitors path, maximum
19 detail on each single event on the site, advanced segmentation (IP, COUNTRY, CITY,
20 REFERER, SEARCH ENGINE KEYWORD , ENTRY PAGE, VISITED PAGE, BOUNCED
21 VISITORS, VISITORS HARDWARE, LANGUAGE, ... ), segmentation filters can also be saved
22 and loaded," and "100% FREE , No service limitations (up to 10 MILLIONS hits/day)."

23     5.    On December 23, 2020, I visited histats.com's privacy policy page located at
24 https://www.histats.com/?act=102. A true and correct screenshot PDF copy of this page is

attached hereto as <u>Exhibit D</u>. This page contains the following statement: "Histats.com website is a part of Wisecode SRL, via cremasca 96, azzano san paolo, BG, Italy."

6. On December 23, 2020, I visited a Wikipedia page that provides a list of countries in which English is the primary natively spoken language. The URL of this website is: https://en.wikipedia.org/wiki/English-speaking_world and a true and correct PDF copy of this page is attached hereto as <u>Exhibit E</u>.  Countries included on this list are: Canada, Australia, New Zealand, Ireland, Jamaica, Trinidad and Tobago, Guyana, The Bahamas, Belize, Grenada, Barbados, the United States Virgin Islands, the Channel Islands, Antigua and Barbuda, Dominica, Bermuda, Saint Vincent and the Grenadines, the Isle of Man, the Turks and Caicos Islands, Saint Kitts and Nevis, the Cayman Islands, Guam, Gibraltar, the British Virgin Islands, Anguilla, the Falkland Islands, Montserrat, Saint Helena, Ascension and Tristan da Cunha, the British Indian Ocean Territory, the Pitcairn Islands, and South Georgia and the South Sandwich Islands.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on December 23, 2020

/s/ Frank Scardino
Frank Scardino