# EXHIBIT A

## Case No. 20-CV-05666-RSL

**(Exhibit A to Declaration of Frank Scardino)**

