# EXHIBIT B

## Case No. 20-CV-05666-RSL

**(Exhibit B to Declaration of Frank Scardino)**



# The Cloudflare Global Anycast Network

The Cloudflare network spans over 200 cities in more than 100 countries. View system status ›



The larger the network, the better performance and security we can deliver to our customers.

Each location improves the performance, security and reliability of millions of Internet properties, as we expand our surface area to fight growing attacks and serve web requests even closer to the Internet user.

Read about the latest network news >



Atlanta, US

Boston, US

Buffalo, US

Calgary, CA

Charlotte, US

Chicago, US

Columbus, US

Dallas, US

Denver, US

Detroit, US

Honolulu, US

Houston, US

Indianapolis, US

Jacksonville, US

Kansas City, US

Las Vegas, US

Los Angeles, US

Mcallen, US

Memphis, US

Miami, US

Minneapolis, US

Montgomery, US

Montréal, CA

Nashville, US

Newark, US

Norfolk, US

Omaha, US

Ottawa, CA

Philadelphia, US

Phoenix, US

Pittsburgh, US

Portland, US

Richmond, US



San Diego, US

San Jose, US

Saskatoon, CA

Seattle, US

St. Louis, US

Tallahassee, US

Tampa, US

Toronto, CA

Vancouver, CA

Winnipeg, CA

Latin America & the Caribbean

Arica, CL

Asuncion, PY

Bogota, CO

Buenos Aires, AR

Cordoba, AR

Curitiba, BR

Fortaleza, BR

Guatemala City, GT

Lima, PE

Medellín, CO

Mexico City, MX

Neuquen, AR

Panama City, PA

Paramaribo, SR

Port-Au-Prince, HT

Porto Alegre, BR

Queretaro, MX

Quito, EC



Valparaíso, CL

Willemstad, CW

Oceania

Adelaide, AU

Auckland, NZ

Brisbane, AU

Melbourne, AU

Noumea, NC

Perth, AU

Sydney, AU

Middle East

Amman, JO

Baghdad, IQ

Baku, AZ

Beirut, LB

Doha, QA

Dubai, AE

Kuwait City, KW

Manama, BH

Muscat, OM

Ramallah

Riyadh, SA

Tel Aviv, IL

Europe



| | |
|---|---|
| Belgrade, RS | Milan, IT |
| Berlin, DE | Moscow, RU |
| Brussels, BE | Munich, DE |
| Bucharest, RO | Nicosia, CY |
| Budapest, HU | Oslo, NO |
| Chișinău, MD | Paris, FR |
| Copenhagen, DK | Prague, CZ |
| Cork, IE | Reykjavík, IS |
| Dublin, IE | Riga, LV |
| Düsseldorf, DE | Rome, IT |
| Edinburgh, GB | Sofia, BG |
| Frankfurt, DE | St. Petersburg, RU |
| Geneva, CH | Stockholm, SE |
| Gothenburg, SE | Tallinn, EE |
| Hamburg, DE | Thessaloniki, GR |
| Helsinki, FI | Vienna, AT |
| Istanbul, TR | Vilnius, LT |
| Kyiv, UA | Warsaw, PL |
| Lisbon, PT | Zagreb, HR |
| London, GB | Zürich, CH |
| Luxembourg City, LU | |

## Africa

Antananarivo, MG

Cape Town, ZA

Casablanca, MA

Dakar, SN

Dar Es Salaam, TZ

Djibouti, DJ

Durban, ZA

Johannesburg, ZA

12/23/2020　　　　Case 3:20-cv-05666-DGE　Document 23-8　Filed 12/24/20　Page 7 of 8



Maputo, MZ

Mombasa, KE

Monrovia, LR

Port Louis, MU

Reunion, FR

# Asia

| | |
|---|---|
| Bandar Seri Begawan, BN | Kuala Lumpur, MY |
| Bangkok, TH | Lahore, PK |
| Bengaluru, IN | Macau |
| Cebu City, PH | Male, MV |
| Chennai, IN | Manila, PH |
| Chittagong, BD | Mumbai, IN |
| Colombo, LK | Nagpur, IN |
| Dhaka, BD | New Delhi, IN |
| Hanoi, VN | Osaka, JP |
| Ho Chi Minh City, VN | Phnom Penh, KH |
| Hong Kong | Seoul, KR |
| Hyderabad, IN | Singapore, SG |
| Islamabad, PK | Taipei |
| Jakarta, ID | Thimphu, BT |
| Johor Bahru, MY | Tokyo, JP |
| Karachi, PK | Ulaanbaatar, MN |
| Kathmandu, NP | Vientiane, LA |
| Kolkata, IN | Yerevan, AM |

# Mainland China

| | |
|---|---|
| Chongqing, CN | Suzhou, CN |
| Dongguan, CN | Tianjin, CN |



| | |
|---|---|
| Ningbo, CN | Xian, CN |
| Shanghai, CN | Zhengzhou, CN |
| Shenyang, CN | Zhuzhou, CN |
| Shijiazhuang, CN | |

**Sales**

Contact Sales:

+1 (888) 99 FLARE

**Getting Started**

**Community**

**Developers**

**Support**

**Company**

© 2020 Cloudflare, Inc.

Privacy Policy | Terms of Use | Disclosure | Trust & Safety | Cookie Preferences | Trademark