# EXHIBIT C

## Case No. 20-CV-05666-RSL

**(Exhibit C to Declaration of Frank Scardino)**



| | |
|---|---|
| Mail: | |
| Password: | |

English - USA  Login  LOST PASSWORD

**HOME** | **FEATURES** | **COUNTERS** | **REGISTER** | **FORUM/HELP** | **CHART** | **live DEMO**




## Histats features

- ☑ 100% FREE , No service limitations (up to 10 MILLIONS hits/day)
- ☑ Fast and solid network 99.99% uptime with more than 1.500.000.0000 hits tracked monthly
- ☑ Full Real time statistics
- ☑ Online visitors ( recent visits, most active visitors, pupular pages, popular referer, geolocation )
- ☑ Unlimited traffic stats retention ( 10+ years )
- ☑ Geolocation, Browser, Toolbars , Languages , Hardware info - stats & trends
- ☑ Referer sites , Search engine , Social networks - stats & trends
- ☑ Visited urls , Visited page titles/tags , customized events/variables , downloads/clicks - stats & trends

- ☑ 2 levels of analysis included : LOG Analyzer (last 20.000 hits , soon will be available a version with 1.000.0000 hits) and Unlimited hourly/daily/monthly analytics
- ☑ LOG features: IP tags, IP tracking, visitors path , maximum detail on each single event on the site, advanced segmentation ( IP, COUNTRY, CITY, REFERER, SEARCH ENGINE KEYWORD , ENTRY PAGE, VISITED PAGE, BOUNCED VISITORS, VISITORS HARDWARE, LANGUAGE, ... ), segmentation filters can also be saved and loaded
- ☑ IP exclusion
- ☑ Control panel with stats , up to 300 sites per account.
- ☑ User Access Management and full privacy control for each site
- ☑ Support via Forum or Facebook
- ☑ Invisible or visible (gif or flash) counter
- ☑ Configurable counter options & starting values

## How to start



📗 **Create new account**

## Traffic stats


**Summary**


**Users online**


**Traffic**


**Referring Sites**


**Search Engines**


**browsers / os / lang**


**Geolocation**


**Log Analyzer**


**Traffic by Url**


**Traffic by Title**



Our website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.  Accept
Read More

12/23/2020
Histats.com © Counter, free web stats and stat counter, hit counter, free web tracker and tracking tools, professional and free!!

Case 3:20-cv-05666-DGE Document 23-9 Filed 12/24/20 Page 3 of 3

**Practice Management Platform**

The industry's only end-to-end solution w/ everything needed to manage & grow your firm.

Clio    OPEN

Histats.com © 2005-2020 - **GDPR:** tracker policy -Integrate your policy - this website PRIVACY POLICY - Check/do opt-out

Our website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.    Accept
Read More

https://www.histats.com/?act=2    2/2