# EXHIBIT D

## Case No. 20-CV-05666-RSL

**(Exhibit D to Declaration of Frank Scardino)**

Case 3:20-cv-05666-DGE Document 23-10 Filed 12/24/20 Page 2 of 3

 **REALTIME STATS**

Mail: [                    ]
Password: [                    ]

English - USA

Login

LOST PASSWORD

| HOME | FEATURES | COUNTERS | REGISTER | FORUM/HELP | CHART | live DEMO |

Get more online reviews — Try it free →

Start Texting Your Customers for Free — Get Started Now →

# How we collect , use and process your personal information:

**( while use navigate on www.histats.com website )**

Histats collects personal information about its members and other customers.
With a few exceptions, this information is limited to the those required by the website service functionality such email and password required for login , cookies to keep the session and the user logged in . We may use those informations to provide members and customers with membership services, statistics report in their email address, contact them directly regarding our services and proposal, problem submission, and the like. We do not sell personal information to anyone and do not share it with third parties.

**Use of the histats.com website**
As is true of most other websites, histats.com website collects certain information automatically and stores it in log files. The information may include internet protocol (IP) addresses, the region or general location where your computer or device is accessing the internet, browser type, operating system and other usage information about the use of the histats.com website, including a history of the pages you view. We use this information to help us design our site to better suit our users' needs. We may also use your IP address to help diagnose problems with our server and to administer our website, analyze trends, track visitor movements, and gather broad demographic information that assists us in identifying visitor preferences.

**Children's Online Privacy**
The website is not meant for use by children under the age of sixteen and children under that age are prohibited from creating an account or otherwise providing their personal information.. If we become aware that a person under the age of 16 has provided us with Personal Information, we will discontinue the use of such information and remove it from our active systems. To our knowledge, we are in full compliance with all children's online privacy guidelines and practices.

**Why do we collect this information?**
We use the information that we collect about you for the following purposes:
• authentication to your dashboards, control panel and other services we provide,
• maintain, improve, and administer our website,
• inform you about products and services that might be of interest to you,
• provide co-branded offers with our partners,
• improve or personalize your online experience, our services, and our communications with you,
• identify and prevent fraud,
• enhance the security of our network and information systems,
• better understand how visitors use our website, and to determine the effectiveness of promotional campaigns and advertising.

**Who has access to your information?**
We limit access to your information to employees who have a need to use the information and are obligated to protect that information and keep it confidential. We do not share your information with other companies.
We may transfer your information to countries outside of the European Union to the United States in some server we operate on those datacenter under our full control. To the extent we transfer your information outside of the European Union , that transfer is governed by an agreement incorporating the standard contractual clauses in accordance with Article 46 of Regulation (EU) 2016/679 of the European Parliament and of the Council of 27 April 2016 (the "GDPR") , we are anyway working to remove the operative systems we have on other countries out of EU in order to further semplify our duties.

We may also share the information as required or permitted by law, such as when we believe such disclosure is appropriate to cooperate with an investigation of activities claimed to be unlawful, to enforce our Terms of Use, or to protect our rights or property or those of others.
Finally, we may provide your information to one or more third parties in the event of a merger, acquisition, or corporate reorganization involving us.

**How long do we keep your information?**
We only retain your personal information for as long as is necessary for the purpose for which it is provided or because we are legally required to do so.

**What rights do you have to access and control the use of your information?**
You have the right to
• access your personal information
• unsubscribe from marketing or withdraw any specific consents you gave us
• request a copy of the personal information that is being processed by us
• have errors in your personal information corrected
• have your personal information deleted (or altered so that you are not identifiable) or to restrict the ways in which we use your information – but in either case, only under specific circumstances prescribed by law
• lodge a complaint with your local data protection authority

**How you can exercise these rights?**
You can contact us to exercise any of the rights listed above by going to the the bottom of this page and using the listed email address.
You may also exercise some of those rights on your own by going to My Account, selecting "Update Account", and updating your personal information and preferences.

**How do we protect your information?**
We maintain physical, electronic, and procedural safeguards designed to help us protect your personal information. You should select a strong password and keep it safe. You may change the password as often as you wish by going to My Account and selecting "Account Update."

**What are Cookies and why do we use them on our website?**
Cookies are small data files which often include a unique identifier that are stored on your device when you visit certain web pages. Cookies are useful because they allow a website to recognise a user's device. Like most websites, our website uses cookies that, among other things, let you navigate between pages efficiently, remember your preferences, and generally improve your experience on our website.
They can also help to ensure that advertising you see online are relevant to you and your interests.
To ensure you get the most enjoyable experience out of using our website, as well as the full use of personalised features, your computer, tablet or mobile device ("device") will need to accept cookies.
We also work with selected companies who may also set cookies on your device during your visit to our website. They use the information collected from their cookies to serve ads to you on different products and services. They may also use cookies to track your response to their advertisements, to measure the effectiveness of their advertising or to award incentives or points to their members who respond to their ads.
If you don't accept cookies, some functions on our website will not work. However, if you'd prefer to control or delete cookies from our website or any other website, see the explanation of how to manage cookies below.

**What kinds of cookies do we use on our website?**

12/23/2020 Histats.com Counter, the free web stats and Stat Counter, hit counter, free web tracker and tracking tools , professional and free!!

Case 3:20-cv-05666-DGE Document 23-10 Filed 12/24/20 Page 3 of 3

Our website uses the following types of cookies:

*Strictly necessary cookies*
These cookies provide the services that you have specifically asked for on our website and are essential to enable you to move around our website and use its features, such as check-out and session storing.

*Performance cookies*
These cookies collect anonymous information on the pages visited. They collect information about how visitors use the website, for instance which pages visitors go to most often, and if they get error messages from web pages. They don't collect information that identifies a visitor and are only used to improve how the website works.

*Functionality cookies*
These cookies allow our website to remember choices you make (such as your user name, language or the region you are in) and provide enhanced, more personal features, including access to your portfolio of products you have designed or order through us. These cookies can also be used to remember changes you have made to text size, fonts and other parts of web pages that you can customise.

*Advertising cookies*
These cookies are used to deliver advertisements that are more relevant to you and your interests. They are also used to limit the number of times you see an advertisement and help measure the effectiveness of an advertising campaign. These cookies are usually from third parties.
This type of service allows User Data to be utilized for advertising communication purposes displayed in the form of banners and other advertisements on iDownloadBlog, possibly based on User interests. This does not mean that all Personal Data are used for this purpose. Information and conditions of use are shown below. Some of the services listed below may use Cookies to identify Users or they may use the behavioral retargeting technique, i.e. displaying ads tailored to the User's interests and behavior, including those detected outside iDownloadBlog. For more information, please check the privacy policies of the relevant services. In addition to any opt out offered by any of the services below, the User may opt out of a third-party service's use of cookies by visiting the Network Advertising Initiative opt-out page. *Google AdSense (Google Inc.)* Google AdSense is an advertising service provided by Google Inc. This service uses the "Doubleclick" Cookie, which tracks use of iDownloadBlog and User behavior concerning ads, products and services offered. Users may decide to disable all the Doubleclick Cookies by clicking on: google.com/settings/ads/onweb/optout. Personal Data collected: Cookies and Usage Data. Place of processing: United States – Privacy Policy – Opt Out. Privacy Shield participant. *BuySellAds (BuySellAds.com Inc.)* BuySellAds is an advertising service provided by BuySellAds.com Inc. Personal Data collected: Cookies and Usage Data. Place of processing: United States – Privacy Policy.

*Third Party Cookies*
When you use our website, you may notice content provided by a company other than us, i.e. buysellads.com ( https://www.buysellads.com/about/privacy ) advertising platform which help us to cover our fees displaying advertising on this website. Also, if you 'share' Histats.com content with friends through social networks, such as Facebook and Twitter, you may be sent cookies from these social networks. *Google Analytics (Google Inc.)* Google Analytics is a web analysis service provided by Google Inc. ("Google"). Google utilizes the Data collected to track and examine the use of iDownloadBlog, to prepare reports on its activities and share them with other Google services. Google may use the Data collected to contextualize and personalize the ads of its own advertising network. Personal Data collected: Cookies and Usage Data. Place of processing: US – Privacy Policy. - Opt Out.

We have no access to or control over cookies used by these companies or third-party websites. We suggest you check the third-party websites for more information about their cookies and how to manage them.

**How can you manage which cookies are placed on your device?**
Cookies allow you to take advantage of some of our website's essential features and we recommend you leave them turned on. Please be aware that if you disable or delete certain cookies our website will not work properly.

If you want to know more about Third Party Cookies and to opt out of them if you wish – see www.allaboutcookies.org and www.youronlinechoices.eu .

**Changes to this Privacy and Cookie Policy**
Wisecode SRL/Histats.com may revise this Privacy and Cookie Policy from time to time by posting a revised Privacy and Cookie Policy on our website. We reserve the right to modify this policy at any time, so please review it frequently.

**Links to Other Websites**
Our website contains links to other sites that are not owned or controlled by Us. Please be aware that we are not responsible for the privacy practices of such third party websites and this Policy does not govern such other websites or your use of them. This Policy applies only to information collected by our website.

Histats.com website is a part of
Wisecode SRL , via cremasca 96 , azzano san paolo, BG ,Italy
further information about us, or our privacy policy can be requested to :
histats.support1@gmail.com

**Please be gentle and try to understand that we are a very small company which run a free service that require a lot of work ,sometimes we receive more requests ( mostly technical ) than we can handle, anyway we will respect your legal rights and will follow all your requests in this matter.**

Steam Sanitizer Sterilizer & Dryer... **$99.99**

Fast-Action Descaling Powder Steam... **$9.99**

Touch-Panel Dual-Function UV Sanitizer... **$279.99**