Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAMKEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM, | Cause No. 3:20-cv-05666-RSL<br><br>REQUEST TO RENOTE DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

## **AGREED REQUEST TO RENOTE MOTION**

Subject to approval of this Court, Defendants Kam Keung Fung ("Mr. Fung") and Fellow Shine Group Limited ("FSG") hereby agree and request that their Motion To Dismiss For Lack Of Personal Jurisdiction (Docket No. 23) be re-noted from January 15, 2021 to January 29, 2021.

Dated this 6th day of January, 2021.

//

//

//

REQUEST TO RENOTE MOTION - 1

Respectfully Submitted:

/s/ Philip Mann
Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206-463-0900
Email: phil@mannlawgroup.com

/s/ Valentin Gurvits
Valentin D. Gurvits (pro hac vice)
Frank Scardino (pro hac vice)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (pro hac vice)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Attorneys for Defendants

CERTIFICATE OF SERVICE

I, Philip P. Mann, hereby certify that on January 6, 2021, I caused a true and correct copy of the foregoing REQUEST TO RENOTE DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION to be filed in this Court's CM/ECF system which will send notice of such filing to all parties who have appeared in this matter.

DATED: January 6, 2021.

*s/ Philip P. Mann*
Philip P. Mann, WSBA No. 28860
Mann Law Group pllc