UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILL CO. LTD.,

       Plaintiff,

  v.

DOES 1 - 20, d/b/a AVGLE.COM,

       Defendants.

Case No. C20-5666RSL

ORDER

    This matter comes before the Court *sua sponte*. On December 24, 2020, defendants filed a motion to dismiss, which they subsequently renoted on the Court's calendar for consideration on Friday, January 29, 2021. Plaintiff timely filed its response. The day before their reply was due, defendants requested leave to renote the motion to give themselves an extra week to respond. No justification was provided. The request is DENIED.

    Dated this 29th day of January, 2021.

                                                           /s/ Robert S. Lasnik
                                                         Robert S. Lasnik
                                                         United States District Judge

ORDER - 1