Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAMKEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM, | Cause No. 3:20-cv-05666-RSL<br><br>CORRECTED REQUEST TO RENOTE DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

## AGREED REQUEST TO RENOTE MOTION

Subject to approval of this Court, Defendants Kam Keung Fung ("Mr. Fung") and Fellow Shine Group Limited ("FSG"), and Plaintiff Will Co. Ltd. hereby agree and request that defendants' Motion To Dismiss For Lack Of Personal Jurisdiction (Docket No. 23) be re-noted from January 29, 2021 to February 5, 2021. The purpose of this extension is based on the following:

1. Defendants had previously granted an extension of time for Plaintiff to respond to the motion as a courtesy to Plaintiff's counsel (see Dkt. # 25).

REQUEST TO RENOTE MOTION - 1

2. Plaintiff in this case had apparently requested and received documents from a variety of third parties, some of which Plaintiffs utilized in their Opposition to Defendants' Motion. These documents were not previously provided to Defendants.

3. Because Defendants had not seen or received any of the documents that had been produced to Plaintiff prior to the filing of Plaintiff's Opposition, Defendants requested that Plaintiff produce said documents and provide Defendants with a one-week courtesy extension of time in order to permit Defendants time to review the materials and prepare an adequate response to the same.

4. Counsel for Plaintiff has graciously agreed to Defendants' request that the motion be re-noted to February 5, 2021.

5. This request to re-note the motion is made in accordance with such agreement among Defendants' and Plaintiff's counsel and is not made for purposes of delay or any other improper purpose.

Dated this 29th day of January, 2021.

Respectfully Submitted:

/s/ *Philip Mann*
Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206-463-0900
Email: phil@mannlawgroup.com

/s/ *Valentin Gurvits*
Valentin D. Gurvits (pro hac vice)
Frank Scardino (pro hac vice)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

1 | /s/ *Evan Fray-Witzer*
Evan Fray-Witzer (pro hac vice)
2 | CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
3 | Boston, Massachusetts 02116
Telephone: 617-426-0000
4 | Facsimile: 617-423-4855
5 | Evan@CFWLegal.com

6 | Attorneys for Defendants

7 |

8 | /s/ *Spencer Freeman*
Spencer D. Freeman, WSBA No. 25069
9 | 1107 1⁄2 Tacoma Avenue South
Tacoma, Washington 98042
10 | Telephone: 253-383-4500
Facsimile: 253-383-4501
11 | sfreeman@freemanlawfirm.org
12 | sierra@freemanlawfirm.org

13 | Attorneys for Plaintiff

14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |

STIPULATION TO RENOTE MOTION - 3

CERTIFICATE OF SERVICE

I, Philip P. Mann, hereby certify that on January 29, 2021, I caused a true and correct copy of the foregoing REQUEST TO RENOTE DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION to be filed in this Court's CM/ECF system which will send notice of such filing to all parties who have appeared in this matter.

DATED:  January 29, 2021.

*s/ Philip P. Mann*
Philip P. Mann, WSBA No. 28860
Mann Law Group pllc