UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILL CO. LTD.,

       Plaintiff,

  v.

KAM KEUNG FUNG, *et al.*,

       Defendants.

Case No.  C20-5666RSL

ORDER

      The parties' agreed request to renote defendants' motion to dismiss is GRANTED. The Clerk of Court is directed to renote Dkt. # 23 on the Court's calendar for Friday, February 5, 2021.

      Dated this 29th day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1