To Whom It May Concern:

Please be aware Cloudflare is a network provider offering a reverse proxy, pass-through security service. We are not a hosting provider. Cloudflare does not control the content of our customers. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare.

The responsive information you have received from Cloudflare is explicitly regarding the user accessing their Cloudflare dashboard to manage their zone file information and account contact information.

**If you are looking for information pertaining to the website itself such as visitor traffic and user activity logs for a particular website, you will need to contact the underlying host for that information. Cloudflare does not have this information.**

**Audit Log Events:**

- **API_TKN_GEN**: equivalent to creating a password, done through the Cloudflare dashboard, used for automating changes at the admin level.
- **Initial NS Names**: name servers at the time the domain began the sign up process with
- Cloudflare
- **LOGIN**: user logged in successfully, username and password match.
- **AUTO_LOGIN**: system looks up previous stored login credentials.
- **USER_SIGNUP**: system generates verification email to the email account provided by user.
- **USER_CONFIRM**: user email verification, user clicks on link in email to confirm account.
- **ZONE_INIT**: Zone has been initialized by user but signup incomplete. Partial sign up.
- **ZONE_PENDING**: Zone is in process of being validated. Cloudflare may serve zone, partial features.
- **ZONE_AUTH**: Zone is fully validated. Full Cloudflare features enabled.
- **ZONE_PURGE**: admin or system purges zone. The zone/domain/website will no longer be resolved by Cloudflare's DNS.
- **ZONE_DELETE**: Zone has been deleted. The zone/domain/website is in the process of being removed from Cloudflare's platform. As in, if the zone/domain/website was still pointing at Cloudflare's name servers the domain would still resolve. A "deleted" zone/domain/website often is in the process of leaving Cloudflare's service, and as such it continues to resolve DNS for the domain to ensure the website can move off the platform without an outage.
- **REC_ADD**: user adds DNS record.
- **REC_DEL**: user remove DNS record.
- **REC_SET**: user changes/ sets DNS record.
- **REC_AUDIT_CHANGE**: user inputs change
- **REC_AUDIT_ARCHIVE**: system event has been logged.

- **BILLING_SET**: user sets billing address.
- **PREP_LOSTPASS**: put user in a state where the user can reset the password (sends link to user). *
- **CHANGE_LOSTPASS**: user enters new password.
- **USER_REND**: cookie expires and user must re-enter password (also occurs when user clicks "forgot password").
- **SUB_NEW**: user changes Cloudflare subscription.
- **TWOFACTOR_UTICKET**: user enables two factor authentication.

**Status values:**
- INI = Initialized
- P = Pending
- V = Active
- MV = Moved
- D = Deleted
- PRG = Purged

**Cloudflare's previous third party credit card processor was Recurly. This changed on May 24, 2016. For more details regarding the transactions, please contact Recurly. Recurly's Agent for Service of Process is Isaac Hall, 300 Brannan Street, Suite 608, San Francisco, CA 94107.**

**Cloudflare's current third party credit card processor is Braintree. This changed on May 24, 2016. Below are transaction details from the Cloudflare's billing interface that connects to Braintree. For more details regarding the transactions (including the full credit card number), please contact Braintree(PayPal) - https://www.paypal.com/us/webapps/mpp/law-enforcement**