

10/05/2020

Spencer D. Freeman
1107 ½ Tacoma Ave. South
Tacoma, WA 98402
1.2533834500
Sfreeman@freemanlawfirm.org

To Whom It May Concern:

Please find enclosed Cloudflare's response to the subpoena with Case No. **[3:20-cv-05666-RSL]**.  All time stamps are UTC.

Session times, connection time, connection date, and other connection information is included in the document folder(s) named:

**zone_info_avgle.csv**

The current IP addresses for the domain(s) in question are:

**avgle.com is hosted at 93.174.90.30 (AS202425)**

Subscriber information including name, address, email address, and any other user-provided information are included in the document named:

**subpoena_resp_docs_320-cv-05666-RSL.pdf**

Any and all billing information is included in the document named:

**There is no billing information for this free user**

**Please see the document "Zone_info Key.docx" for more information.**

The information returned in the documents mentioned above are representative of all readily accessible data in Cloudflare's possession. In some cases, additional and similar usage data related to newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the search we have conducted. If you have a need for that specific information or have any other questions or concerns, please feel free to contact Justin Paine, Head of Trust & Safety, at (415) 713-9307 or abuse+law@cloudflare.com.

Regards,

Son Lam
Trust and Safety
Cloudflare, Inc.