

2211 North First Street
San Jose, CA 95131

September 29, 2020

VIA EMAIL (sfreeman@freemanlawfirm.org)

Spencer Freeman
Freeman Law Firm
1107 1/2 Tacoma Avenue South
Tacoma, WA 98402

Re: Will Co LTD v Does 1-20 et al; Case No. 320CV05666RSL; Our Reference PT-9726387

Dear Spencer Freeman:

Thank you for contacting PayPal, Inc. ("PayPal"). We are in receipt of your Subpoena in the above-referenced case. However, the identifying information provided in the Subpoena lacks sufficient particularity for PayPal to differentiate which accounts belong to the named party.

If you have additional information that would allow PayPal to identify the relevant accounts, please provide additional information regarding the named party. Examples of helpful information include:

For PayPal accounts:
TIN/EIN          E-mail
Full SSN         Phone Number          Street/PO Box Address

For Venmo accounts:
Email            Phone Number          Bank account Number

Please submit any additional information to PayPal in writing at the email address below.

Should you have any further questions or need any additional information, please feel free to contact me directly by email at EEOmaLegalSpecialist@PayPal.com.

Sincerely,

Brandi Knutzen
Legal Specialist
PayPal, Inc.