**sfreeman@freemanlawfirm.org**

| | |
|---|---|
| **From:** | Sol O (Compliance) <compliance@tucows.com> |
| **Sent:** | Tuesday, September 15, 2020 7:43 PM |
| **To:** | Spencer Freeman |
| **Subject:** | [Tucows Inc - Compliance] Re: Subpoena - Subpoena to Tucows |

## When replying, please ensure your reply is above this line ##

Your request (466223) has been updated. To add additional comments, reply to this email.



**Sol O** (Tucows Inc – Compliance)

Sep 15, 2020, 22:42 EDT

Hello

By way of background, Tucows runs a wholesale model and we provide the registrar tag and accreditation through ICANN for our resellers. The registrants register and manage their domain names through our resellers.

Tucows/OpenSRS has no control or ownership over this domain. We are just the Registrar. We do not host any content or provide bandwidth. Essentially, we are an administrative body. However, I can refer you to our reseller who would be able to disclose the information you are requesting as the domain is being hosted by them. They would have billing, contact information, IP logs and possibly email content. Please see their contact details below

Registration Service Provider:

For support regarding avgle.com, please contact your reseller, 1337 Services LLC at email address info@njal.la

WHOIS INFORMATION:

1

| Organization Information | |
|---|---|
| First Name: | Host |
| Last Name: | Master |
| Organization Name: | 1337 Services LLC |
| Street Address: | P.O. Box 590 |
| City: | Charlestown |
| State: | Charlestown |
| 2 Letter ISO Country Code: | KN |
| Postal Code: | N/A |
| Phone: | +883.510008346319 |
| Fax: | |
| Email: | whois+avgle.com@njal.la |
| Status: | active |
| Source: | nazca_identity |
| Admin Information | |
| First Name: | Host |
| Last Name: | Master |
| Organization Name: | 1337 Services LLC |
| Street Address: | P.O. Box 590 |
| City: | Charlestown |
| State: | Charlestown |
| 2 Letter ISO Country Code: | KN |
| Postal Code: | N/A |
| Phone: | +883.510008346319 |
| Fax: | |

| | |
|---|---|
| Email: | admin+avgle.com@njal.la |
| Status: | active |
| Source: | nazca_identity |
| Billing Information | |
| First Name: | Host |
| Last Name: | Master |
| Organization Name: | 1337 Services LLC |
| Street Address: | P.O. Box 590 |
| City: | Charlestown |
| State: | Charlestown |
| 2 Letter ISO Country Code: | KN |
| Postal Code: | N/A |
| Phone: | +883.510008346319 |
| Fax: | |
| Email: | billing+avgle.com@njal.la |
| Status: | active |
| Source: | nazca_identity |
| Technical Contact Information | |
| First Name: | Host |
| Last Name: | Master |
| Organization Name: | 1337 Services LLC |
| Street Address: | P.O. Box 590 |
| City: | Charlestown |
| State: | Charlestown |
| 2 Letter ISO Country Code: | KN |

| | |
|---|---|
| Postal Code: | N/A |
| Phone: | +883.510008346319 |
| Fax: | |
| Email: | tech+avgle.com@njal.la |

Regards
* Compliance Officer * Tucows Inc
https://www.tucowsdomains.com/compliance-form/
https://tucowsdomains.com/report-abuse/



### Spencer Freeman

Sep 15, 2020, 16:05 EDT

See attached Subpoena and Order.

Please contact me with any questions

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/85.0.4183.102 Safari/537.36

Attachment(s)
SDT to Tucows.pdf



This email is a service from Tucows Inc - Compliance.