UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
WILL CO. LTD.,

                Plaintiff,

     v.

DOES 1-20, d/b/a AVGLE.COM,

                Defendants.
_____

Case No. C20-5666RSL

ORDER TO SHOW CAUSE

On January 8, 2021, the Court issued an order requiring the parties to file a Joint Status Report by February 5, 2021. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, March 25, 2021, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of January 8, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for Friday, March 26, 2021.

DATED this 8th day of March, 2021.

                          _____
                          Robert S. Lasnik
                          United States District Judge