The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-RSL<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION FOR RELIEF OF DEADLINES AND STAY CIVL PROCEEDINGS PENDING MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: March 12, 2021 |

THIS MATTER having come before the Court on the Parties' Joint Motion for Relief of Deadlines and Stay Civil Proceedings Pending Motion to Dismiss, and the Court having considered all relevant filings:

IT IS HEREBY ORDERED the Parties' Joint Motion for Relief of Deadlines and Stay Civil Proceedings Pending Motion to Dismiss is GRANTED.

DATED: _____ ____, 2021,

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR RELIEF OF DEADLINE AND STAY
PROCEEDINGS - 2   [NO. 3:20-cv-05666 RSL]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)