# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-RSL<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR RELIEF OF DEADLINES AND STAY** |

THIS MATTER having come before the Court on the "Parties' Joint Motion for Relief of Deadlines and Stay [] Pending Motion to Dismiss." Dkt. # 37. IT IS HEREBY ORDERED that the motion is GRANTED. The above-captioned matter is hereby STAYED pending resolution of defendants' motion to dismiss for lack of personal jurisdiction. The deadlines set in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 26) are hereby extended to restart two weeks after the Court issues its ruling on the motion to dismiss.

Dated this 15th day of March, 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE