The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>    Plaintiff,<br><br>    vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>    Defendants. | Case No.:  3:20-cv-05666-RSL<br><br>**PRAECIPE** |

To the Clerk of the above-entitled court:
You will please:

    Remove Docket No. 39 from the Joint Motion for Relief from Deadline, Docket No. 37. Docket No. 39 should be filed as a separate response to Docket No. 36, Order to Show Cause

    DATED this 25th day of March 2021.

    FREEMAN LAW FIRM, INC.

    _____*s/ Spencer D. Freeman*_____
    Spencer D. Freeman, WSBA # 25069
    FREEMAN LAW FIRM, INC.

PRAECIPE  - 1   [NO. 3:20-cv-05666 RSL]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1107 ½ Tacoma Avenue South
Tacoma, Washington 98402
sfreeman@freemanlawfirm.org
sierra@freemanlawfirm.org

Attorney for Plaintiff Will Co

PRAECIPE  - 2   [NO. 3:20-cv-05666 RSL]             **FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)