1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  WILL CO. LTD.,

10              Plaintiff,

11      vs.                                      NO.  C20-5666RSL

12
                                                 ORDER VACATING ORDER TO
13  KAM KEUNG FUNG, *et al.*,                    SHOW CAUSE

14              Defendants.

15

16      On January 8, 2021, this Court issued an Order requiring the parties to file a Joint Status

17  Report by February 5, 2021, Dkt. # 26.  On March 8, 2021, this Court issued an Order to Show

18  Cause for failure to file a Joint Status Report, Dkt. # 36.  On March 15, 2021 this Court granted

19  the parties Joint Motion for Relief of Deadlines and Stay of Civil Proceedings, Dkt. # 38.  On

20  March 25, 2021, the parties filed a response to the Order to Show Cause, Dkt. #39.

21      Therefore, the Court's Order to Show Cause entered on March 8, 2021, in the above

22  captioned case, is hereby VACATED.

23
        Dated this 26th day of March, 2021.
24

25                                               *Mht S Lasnik*

26
                                                 Robert S. Lasnik
27                                               United States District Judge

28  ORDER VACATING ORDER TO SHOW CAUSE