The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.:  3:20-cv-05666-DGE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: October 29, 2021 |

THIS MATTER having come before the Court on Plaintiff's Motion for Relief of Deadline To File Amended Response to Motion to Dismiss, and the Court having considered all relevant filings:

IT IS HEREBY ORDERED Plaintiff's Parties' Motion for Relief of Deadline To File Amended Response to Motion to Dismiss is GRANTED.

Deadline for Plaintiff to file an amended response to Defendants' motion to dismiss is extended to December 19, 2021.

---

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR RELIEF OF DEADLINE AND STAY
PROCEEDINGS - 1   [NO. 3:20-cv-05666 RSL]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

DATED: _____ \_\_\_\_, 2021.

_____
HONORABLE DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR RELIEF OF DEADLINE AND STAY
PROCEEDINGS - 2   [NO. 3:20-cv-05666 RSL]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)