UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-DGE<br><br>**DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: October 29, 2021 |

I, Spencer D. Freeman, declare:

    1.    I am an attorney at law licensed to practice before the Courts of the State of Washington and the United States District Court Western District of Washington, Eastern District of Washington, District of Colorado, Southern District of Illinois, Ninth Circuit Court of Appeals, and United States Supreme Court. I am the principal attorney with the law firm of

DECLARATION OF S. FREEMAN ISO PLAINTIFF'S MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS [NO. 3:20-cv-05666-DGE] - 1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1  Freeman Law Firm, Inc., attorneys for Will Co. Ltd.  Unless otherwise stated, I have personal
2  knowledge of the facts contained herein this declaration and, if called and sworn as a witness,
3  could and would competently testify thereto.

4       2. On August 11, 2021, this office served Defendant Kam Keung Fung and
5  Defendant Fellow Shine Group with discovery requests, including interrogatories and requests
6  for production for each.

7       3. Defendants requested a short extension of the deadline, which was agreed to, and
8  timely provided responses to the discovery requests on September 14, 2021.

9       4. On September 24, 2021, after review of the discovery responses, I requested a CR
10  37 conference with Defendants' counsel regarding aspects of the production which I deemed
11  deficient.

12       5. I conferred with Defendants' counsel on the discovery responses on September
13  30, 2021.

14       6. The result of the discovery conference was that a motion to compel would need to
15  be filed.  However, it was also agreed that one aspect of the responses needed to be clarified in
16  order to ensure proper issues relayed to the Court in a motion to compel.

17       7. As of the date of this filing, Defendants' counsel is still working with Defendants
18  on this clarification.

19       8. Plaintiff cannot draft an amended response to the motion to dismiss absent a
20  ruling on a motion to compel specific to responses to jurisdictional discovery.

21       9. We are waiting for clarification on the responses to the discovery requests in
22  order to file an accurate and specific motion to compel.

23       10. As a result, Plaintiff cannot now meet the current deadline of October 19, 2021 to
24  file an amended response.

DECLARATION OF S. FREEMAN ISO PLAINTIFF'S
MOTION FOR RELIEF OF DEADLINE TO FILE
AMENDED RESPONSE TO MOTION TO DISMISS
[NO. 3:20-cv-05666-DGE]
- 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

11. Plaintiff's counsel has conferred on the issue of continuing the October 19, 2021 deadline with Defendants' counsel. Defendants' counsel has not yet been able to respond to this request.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 18th day of October 2021 at Tacoma, Washington.

        /s/ Spencer D. Freeman
        Spencer D. Freeman

DECLARATION OF S. FREEMAN ISO PLAINTIFF'S MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS [NO. 3:20-cv-05666-DGE] - 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)