UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-DGE<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: October 29, 2021 |

THIS MATTER having come before the Court on Plaintiff's Motion for Relief of Deadline To File Amended Response to Motion to Dismiss, and the Court having considered all relevant filings:

IT IS HEREBY ORDERED Plaintiff's Parties' Motion for Relief of Deadline To File Amended Response to Motion to Dismiss is GRANTED.  Deadline for Plaintiff to file an amended response to Defendants' motion to dismiss is extended to January 20, 2022.  Plaintiff's motion to compel, if any, is due by December 20, 2021.

Dated this 22nd day of November 2021.

_David G. Estudillo_
United States District Judge