The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-DGE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT FUNG** |

THIS MATTER having come before the Court on Plaintiffs' Motion to Compel Discovery and this Court having considered all filings related,

IT IS HEREBY ORDERED Plaintiffs' Motion to Compel Discovery is GRANTED, and Defendant Fung shall produce all requested documents, without limiting by those with United States entities or only expressing referencing or concerning the United States.

FURTHER, IT IS HEREBY ORDERED that Fung shall pay Will Co. attorneys' fees incurred in filing the motion to compel in an amount to be determined after application by Will Co., which is to be filed within 20 days of entry of this Order.

[PROPOSED] ORDER GRANTING MOTION TO
COMPEL DISCOVERY - 1
 [NO. 3:20-cv-05666 DGE]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1

2  DATED: _____ \_\_\_\_, 2021.

3

4
                                          HONORABLE DAVID G. ESTUDIO

5                                         UNITED STATES DISTRICT JUDGE

6

7

8  Presented By:

9

10       *s/ Spencer Freeman*
   Spencer D. Freeman, WSBA No. 25069

11  Freeman Law Firm, Inc.
   1107 ½ Tacoma Avenue South

12  Tacoma, WA 98402

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY - 2
 [NO. 3:20-cv-05666 DGE]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)