The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-DGE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT FELLOW SHINE GROUP LIMITED** |

THIS MATTER having come before the Court on Plaintiffs' Motion to Compel Discovery and this Court having considered all filings related,

IT IS HEREBY ORDERED Plaintiffs' Motion to Compel Discovery is GRANTED, and Defendant Fellow Shine Group Limited shall produce all requested documents, without limiting by those with United States entities or only expressing referencing or concerning the United States.

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY - 1
 [NO. 3:20-cv-05666 DGE]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

FURTHER, IT IS HEREBY ORDERED that Fellow Shine Group Limited shall pay Will Co. attorneys' fees incurred in filing the motion to compel in an amount to be determined after application by Will Co., which is to be filed within 20 days of entry of this Order.

DATED: _____ \_\_\_\_, 2021.

                                     HONORABLE DAVID G. ESTUDIO
                                     UNITED STATES DISTRICT JUDGE

Presented By:


      *s/ Spencer Freeman*
Spencer D. Freeman, WSBA No. 25069
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402

---

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY - 2
 [NO. 3:20-cv-05666 DGE]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)