| | |
|---|---|
| **From:** | evan@cfwlegal.com |
| **To:** | "sfreeman@freemanlawfirm.org" |
| **Subject:** | RE: Discovery follow up |
| **Date:** | Friday, October 29, 2021 11:11:00 AM |

Hi Spencer –

Following up, there are no other written contracts regarding ad brokers (other than Tiger Media).

And, confirming, the modified answer does apply to all of the responses.  Where we say there are no documents with US entities, it also extends to no (related) documents that reference the United States.

Evan


Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** sfreeman@freemanlawfirm.org <sfreeman@freemanlawfirm.org>
**Sent:** Friday, October 8, 2021 4:00 PM
**To:** evan@cfwlegal.com
**Subject:** Discovery follow up

Evan,

I wanted to follow up on our recent conference regarding discovery issues.  From my notes, regarding FSG discovery requests you were going to check on whether there were any other written contracts regarding ad brokers (other than Tiger Media).  Additionally, you were going to check on a more widespread issue for both FSG and Fung responses.  A lot (if not most) of the responses stated that there were no such requested documents with U.S. entities.  There were a few that said that there were no documents that referenced the United States.  In talking with you, you commented that such modified applied to all responses – including all that stated there were no documents with U.S. entities but were going to double check.

Have you had a chance to follow up yet?  Also, any movement on settlement discussions?

As we discussed, I will need to file a motion to continue the current deadline of 10/19, with anticipation of filing a discovery motion.  If the motion to continue is an agreed motion, I can file it for hearing on same day of filing.

Regards,

Spencer

**Spencer D. Freeman** | Attorney at Law
**FREEMAN LAW FIRM, INC**

TACOMA Office 253.383.4500 Phone | 253.383.4501 Fax | 1107 ½ Tacoma Ave S, Tacoma, WA 98402
OLYMPIA Office 360.338.6886 Phone | 400 Union Ave SE, Suite 200, Olympia, WA 98501

*This transmission, and subsequent responses, are: (1) subject to the Attorney-Client Privilege, (2) attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy, or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.*