The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-DGE<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR: January 28, 2022 |

THIS MATTER having come before the Court on Plaintiff's Motion for Relief of Deadline To File Amended Response to Motion to Dismiss, and the Court having considered all relevant filings:

IT IS HEREBY ORDERED Plaintiff's Second Motion for Relief of Deadline To File Amended Response to Motion to Dismiss is GRANTED.

Deadline for Plaintiff to file an amended response to Defendants' motion to dismiss is extended to 60 days after the Court's ruling on the pending motions to compel discovery.

ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS - 1   [NO. 3:20-cv-05666 DGE]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1  DATED: February, 11, 2022.

David G. Estudillo
United States District Judge

ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS - 2   [NO. 3:20-cv-05666 DGE]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)