The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.:  3:20-cv-05666-DGE<br><br>**PLAINTIFF'S STIPULATED THIRD MOTION FOR RELIEF OF DEADLINES RE: PLAINTIFF'S AMENDED RESPONSE TO MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: April 18, 2022 |

COME NOW, Plaintiff Will Co. Ltd ("Will Co") by and through its undersigned counsel, file this Third Motion to for Relief from Deadline Re: Plaintiff's Amended Response to Motion to Dismiss.  Defendants by signature hereto stipulate to this motion.

## I.     INTRODUCTION AND FACTS

On or about July 8, 2020, Plaintiff filed this action as a John Doe lawsuit, alleging copyright infringement on the web site avgle.com, with the owners and operators of the

PLAINTIFF'S STIPULATED THIRD MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS - 1  [NO. 3:20-cv-05666 DGE]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

website then unknown. Dkt. No. 1. After early discovery, Plaintiff filed a First Amended Complaint and served with leave for alternative service. See Dkt. Nos. 4, 7, 8, 9, 13, and 19.

As a result of briefing on a motion to dismiss for lack of personal jurisdiction, on July 19, 2021, the Court granted jurisdictional discovery and permitting supplemental briefing on the jurisdictional issues. See Dkt. Nos. 23, 28, 35, and 43. Discovery issues arose, which required a motion to compel discovery and the court granting an extension for supplemental briefing. See Dkt. Nos. 44, 47, 49, 52, and 53. While the discovery motions were pending, the Court granted a second extension of the deadline for supplemental briefing. This extension establishes a deadline for supplemental briefing to be 60 days after the Court enters a ruling on the Motions to Compel Discovery. See Dkt. No. 55.

On March 21, 2022, the Court entered an Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Discovery. Dkt. No. 57. Based upon the date of filing of the discovery Order (Dkt. No. 57) and the Court's previous Order (Dkt. No. 55), deadline for Plaintiff's supplemental briefing on the Motion to Dismiss for Lack of Personal Jurisdiction is May 20, 2022.

On May 20, 2022, Plaintiff's counsel has oral arguments in the Ninth Circuit Court of Appeals case *Will Co. v. Lee,* Cause No. 21-35617. Also, in *Rickner v. Allstate,* Western District of Washington Cause No. 3:19-cv-05857, Plaintiff's counsel has motions in limine due on May 12, 2022, Trial Brief, PreTrial Order, and jury instructions due on May 23, 2022 in preparation for a June 21 trial. In a state case, *Armed Citizen's Legal Defense Network v. Office of Insurance Commissioner,* Lewis County Superior Court Cause No. 20-2-00723-21, Plaintiff's counsel has a petition for judicial review reply brief due on May 9, 2022 and oral argument on May 13, 2022.

In short, it is virtually impossible for Plaintiff's counsel to meet the deadline in this case to file supplemental briefing on May 20, 2022. On April 4, 2022 Plaintiff's counsel regarding the need to file a motion for an extension of the supplemental briefing deadline. Plaintiff's

PLAINTIFF'S STIPULATED THIRD MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS - 2  [NO. 3:20-cv-05666 DGE]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

counsel proposed a ten (10) day extension of the deadline and also provide Defendant's a ten (10) day extension of the deadline for them to produce discovery as required by the Court. Defendant's counsel agreed to the proposed extensions.

## II. RELIEF REQUESTED

Plaintiff seeks relief of the current deadline of May 20, 2022 to file an amended response to the motion to dismiss. Specifically, Plaintiff requests the new deadline to be May 30, 2022. As Plaintiff's deadline would be extended, it is requested Defendant's deadline to produce discovery also be extended ten days, to April 30, 2022. Defendants have stipulated to these proposed extensions.

## III. ARGUMENT

The Court granted an extension for Plaintiff to file an amended response to Defendant's motion to dismiss to May 20, 2022, 60 days after the Court's Order Granting in Part and Denying in Part Motions to Compel Discovery. Due to the aforementioned other litigation deadlines Plaintiff's counsel has in May 2022, Plaintiff's counsel cannot meet this deadline.

Therefore, it is requested the Court grant a ten-day extension to the May 30, 2022 deadline. In addition, it is requested that Defendant's deadline to produce discovery also be extended ten days, to April 30, 2022. Defendants stipulate to these extensions.

Until the Court determines whether further discovery should be compelled, Plaintiff

## IV. CONCLUSION

For the reasons stated herein, Plaintiff requests relief from the current deadline of May 20, 2022 to May 30, 2022, and extend Defendants deadline to serve discovery responses by ten days to April 30, 2022.

PLAINTIFF'S STIPULATED THIRD MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS - 3  [NO. 3:20-cv-05666 DGE]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

DATED this 18th day of April 2022.

        FREEMAN LAW FIRM, INC.

        *s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA # 25069
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, Washington 98402
sfreeman@freemanlawfirm.org

Attorney for Plaintiff Will Co

        */s/ Evan Fray-Witzer*
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

*Attorneys for Defendant*

---

PLAINTIFF'S STIPULATED THIRD MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS - 4  [NO. 3:20-cv-05666 DGE]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)