UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-DGE<br><br>AMENDED ORDER GRANTING PLAINTIFF'S STIPULATED THIRD MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>April 18, 2022 |

THIS MATTER having come before the Court on Plaintiff's Stipulated Motion for Relief of Deadline To File Amended Response to Motion to Dismiss, and the Court having considered all relevant filings:

IT IS HEREBY ORDERED Plaintiff's Third Motion for Relief of Deadline To File Amended Response to Motion to Dismiss is GRANTED.

Deadline for Plaintiff to file an amended response to Defendants' motion to dismiss is **May 30, 2022**. In addition, deadline for Defendants to serve required discovery responses is also extended, to April 30, 2022.

Dated this 25th day of April 2022.

*/s/ David G. Estudillo*
David G. Estudillo
United States District Judge

ORDER GRANTING PLAINTIFF'S STIPULATED THIRD MOTION FOR RELIEF OF DEADLINE TO FILE AMENDED RESPONSE TO MOTION TO DISMISS - 1   [NO. 3:20-cv-05666 DGE]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)