# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILL CO LTD.,

      Plaintiff,

  v.

DOES 1-20, FELLOW SHINE GROUP LIMITED,
KAM KEUNG FUNG,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   3:20-CV-5666-DGE

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved. Defendants' Motion to Dismiss (Dkt. 23) is GRANTED and the Doe Defendants are dismissed. This case is closed.

    Dated this _____ day of Pick date..

 

RAVI SUBRAMANIAN
Clerk

 

Deputy Clerk