The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.:  **3:20-cv-05666-DGE**<br><br>**AGREED REQUEST TO RENOTE PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION DKT. NO. 66**<br><br>NOTE ON MOTION CALENDAR: September 30, 2022 |

## AGREED REQUEST TO RENOTE MOTION

Subject to approval of this Court, Plaintiff Will Co. Ltd. and Defendants hereby agree and request that Plaintiff's Objections to Report and Recommendations (Dkt. No. 66) be re-noted from September 30, 2022 to October 14, 2022.

This matter was continued once before, from September 16, 2022 to September 30, 2022 (See Dkt. No. 69).  This prior re-note sets Plaintiff's reply to Defendants' response due September 30, 2022.  Unfortunately, an unforeseen and unexpected family emergency

AGREED REQUEST TO RENOTE PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION DKT. NO. 66- 1  [NO. 3:20-cv-05666 DGE]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1   (disclosed to defendants' counsel) kept Plaintiff's counsel out of the office for two days this

2   week.  Re-noting to October 14, 2022 is requested as next week is Yom Kippur, a holiday for

3   Plaintiff's counsel's family.

4         The request for re-note the motion is made by agreement among Plaintiff's and

5   Defendants' counsel to accommodate Plaintiff's counsel family emergency and is not made for

6   purposes of delay or any other improper purpose.

7

8

9         DATED this 30th day of September 2022.

10                                    FREEMAN LAW FIRM, INC.

11                            _____s/ Spencer D. Freeman_____

12                            Spencer D. Freeman, WSBA # 25069
                              FREEMAN LAW FIRM, INC.

13                            1107 ½ Tacoma Avenue South
                              Tacoma, Washington 98402

14                            sfreeman@freemanlawfirm.org

15                            Attorney for Plaintiff Will Co

16

17

18                            _____/s/ Evan Fray-Witzer_____

19                            Evan Fray-Witzer (*pro hac vice*)
                              CIAMPA FRAY-WITZER, LLP

20                            20 Park Plaza, Suite 505
                              Boston, Massachusetts 02116

21                            Telephone: 617-426-0000
                              Facsimile: 617-423-4855

22                            Evan@CFWLegal.com

23

24                            *Attorneys for Defendant*

25

26

AGREED REQUEST TO RENOTE PLAINTIFF'S
OBJECTIONS TO REPORT AND
RECOMMENDATION DKT. NO. 66- 2  [NO. 3:20-cv-
05666 DGE]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)