UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO LTD, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20 et al., <br><br> Defendants. | CASE NO. 3:20-cv-05666-DGE <br><br> ORDER DENYING STIPULATED MOTION TO RE-NOTE PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION |

This matter comes before the Court on the parties' agreed request to re-note Plaintiff's objections to the Report and Recommendation. (Dkt. No. 70.) The parties request the re-noting to provide Plaintiff additional time to file a reply to Defendants' response (Dkt. No. 68) to Plaintiff's objections (Dkt. No. 66) to the Report and Recommendation (Dkt. No. 65). Pursuant to Local Civil Rule 72(b), no reply to a response to objections to a report and recommendation will be considered by the Court. Therefore, the parties' motion to re-note Plaintiff's objections to the Report and Recommendation (Dkt. No. 70) is DENIED.

ORDER DENYING STIPULATED MOTION TO RE-NOTE PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION - 1

Dated this 3rd day of October 2022.

David G. Estudillo
United States District Judge

ORDER DENYING STIPULATED MOTION TO RE-NOTE PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION - 2