UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO LTD,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DOES 1-20 et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:20-cv-05666-DGE<br><br>MINUTE ORDER ON REPORT AND RECOMMENDATION (DKT. NO. 65) |

　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　On August 17, 2022, Magistrate Judge David W. Christel prepared a Report and Recommendation ("R&R") granting Defendants' Motion to Dismiss (Dkt. No. 23). On August 31, 2022, the Ninth Circuit Court of Appeals issued its decision in *Will Co., Ltd. v. Lee*, 2022 WL 3906205 (9th Cir. Aug. 31, 2022), which may impact the precedent relied on by Judge Christel in the R&R.

MINUTE ORDER ON REPORT AND RECCOMENDATION (DKT. NO. 65) - 1

Therefore, the Court DECLINES to adopt the R&R (Dkt. No. 65) and refers the matter back to Magistrate Judge David W. Christel for further review in light of *Will Co., Ltd. v. Lee*, 2022 WL 3906205 (9th Cir. Aug. 31, 2022).

Dated this October 3, 2022.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.