The Honorable David G Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAMKEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM, | Case No. 3:20-cv-05666-DGE |

## PARTIES' JOINT STATUS REPORT

In accordance with this Court's Order of October 11, 2022, the Parties provide the following status report.

The Parties are in agreement that the briefing previously provided to the Court – specifically Plaintiff's Objections to the Report and Recommendation and Defendants' Response to Objections (Docket Entries 66 and 68) – sufficiently present the Parties' respective arguments and the case is therefore ready for determination based on those filings.

**Respectfully submitted,**

/s/ Spencer D. Freeman
Spencer D. Freeman, WSBA # 25069
FREEMAN LAW FIRM, INC.
107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 –
(253) 383-4501 (fax)
sfreeman@freemanlawfirm.org

**Attorney for Plaintiff Will Co.**

/s/ Philip Mann
Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
403 Madison Ave. N, Ste. 240
Bainbridge Island, WA 98110
Tel: 206-463-0900
Email: phil@mannlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Frank Scardino (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

**Attorneys for Defendants**


Dated: October 12, 2022

2

**CERTIFICATE OF SERVICE**

      I hereby certify on October 12, 2022, I served the foregoing document on counsel of record through the ECF filing system.

      /s/ Evan Fray-Witzer