UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-20, FELLOW SHINE GROUP LIMITED, KAM KEUNG FUNG, <br><br> Defendant. | CASE NO. 3:20-CV-5666-DGE <br><br> ORDER RE-NOTING MOTION TO DISMISS |

    This matter comes before the Court on "Defendants' Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction." Dkt. 23-1 ("Motion to Dismiss"). On October 11, 2022, the undersigned directed the parties to file a joint status report on or before October 28, 2022, regarding their positions on whether additional briefing on the Motion to Dismiss is necessary. Dkt. 73. The parties filed a Joint Status Report stating they agree that the briefing previously provided to the Court – specifically Plaintiff's Objections to the Report and Recommendation and Defendants' Response to Objections – sufficiently presents the parties' respective arguments and the Motion to Dismiss is ready for determination. Dkt. 74. Therefore,

1  the Court finds no additional briefing is necessary and directs the Clerk of Court to re-note the

2  Motion to Dismiss (Dkt. 23) for November 4, 2022.

3        The Court will not accept additional briefing on this matter and will not set oral argument

4  at this time.

5        Dated this 1st day of November, 2022.

                                              David W. Christel
                                              United States Magistrate Judge