UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILL CO LTD.,

                Plaintiff,

v.

DOES 1-20, FELLOW SHINE GROUP LIMITED, KAM KEUNG FUNG,

                Defendants.

No. 3:20-CV-5666-DGE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' Motion to Dismiss (Dkt. 23) is granted as the Court lacks personal jurisdiction over Defendants. The Doe defendants are also dismissed. This case is closed.

(3)     The Clerk is directed to send copies of this Order to counsel for the parties and to the Hon. David W. Christel.

**DATED** this ____ day of enter a date..

_____
David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1