The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.: 3:20-cv-05666-DGE<br><br>**AGREED REQUEST TO RENOTE PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION DKT. NO. 76**<br><br>NOTE ON MOTION CALENDAR:<br>December 22, 2022 |

## AGREED REQUEST TO RENOTE MOTION

Subject to approval of this Court, Plaintiff Will Co. Ltd. and Defendants hereby agree and request that Plaintiff's Objections to Report and Recommendations (Dkt. No. 76) be re-noted from January 2, 2023 to January 9, 2023, and thus the hearing for consideration from January 6, 2023 to January 13, 2023.

The current date was set by the Report and Recommendation service on December 19, 2022. (See Dkt. No. 76). Plaintiff's counsel is schedule to be out of town December 25, 2022 to

1  December 31, 2022 for a family vacation.  The prescheduled vacation will not permit Plaintff's
2  counsel sufficient time to draft anticipated Objections.
3       The request for re-note the motion is made by agreement among Plaintiff's and
4  Defendants' counsel to accommodate Plaintiff's counsel schedule and is not made for purposes
5  of delay or any other improper purpose.

8       DATED this 22nd day of December 2022.

FREEMAN LAW FIRM, INC.

       *s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA # 25069
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, Washington 98402
sfreeman@freemanlawfirm.org

Attorney for Plaintiff Will Co


       */s/ Evan Fray-Witzer*
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com


*Attorneys for Defendant*