UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILL CO LTD,

                Plaintiff,

    v.

DOES 1-20, et al.,

                Defendants.

CASE NO. 3:20-cv-05666-DGE

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On December 19, 2022, Judge David W. Christel issued a Report and Recommendation regarding Defendants' Motion to Dismiss.  (Dkt. No. 76.)  The Court grants the parties' agreed request to extend the noting dates.  Plaintiff's Objections to the Report and Recommendation are due January 9, 2023 and Defendant's Response to Plaintiff's Objections is due January 13, 2023.

Dated this 29th day of December, 2022..

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1