The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAMKEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM, | Cause No. 3:20-cv-05666-RSL<br><br>AGREED REQUEST TO RENOTE PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATIONS |

## **AGREED REQUEST TO RENOTE OBJECTIONS**

Subject to approval of this Court, Defendants Kam Keung Fung ("Mr. Fung") and Fellow Shine Group Limited ("FSG"), and Plaintiff Will Co. Ltd. hereby agree and request that Plaintiff's Objections To Magistrate's Report and Recommendations (DKT#79) be re-noted from January 13, 2023 to January 23, 2023. The purpose of this request is based on the following:

1.      Defendants had previously granted an extension of time for Plaintiff to file its objections to the Magistrate's Report and Recommendations as a courtesy to Plaintiff's counsel  (see Dkt. # 77).

2. While agreeing to extend the date for Plaintiff to file its objections, the extension of time inadvertently failed also to extend the notice date for two weeks as required by Local Rule 72 and, thus, provided Defendants with only 4 days to respond rather than the 14 days specified by Local Rule 72.

3. The purpose of this extension is to provide Defendants with appropriate time to respond to Plaintiff's Objections.

4. This request to re-note the motion is made in accordance with such agreement among Defendants' and Plaintiff's counsel and is not made for purposes of delay or any other improper purpose.

Dated this 11th day of January, 2023.

Respectfully Submitted:

/s/ *Philip Mann*
Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
403 Madison Ave. Ste.240
Bainbridge Island, Washington 98110
Tel: 206-463-0900
Email: phil@mannlawgroup.com

/s/ *Valentin Gurvits*
Valentin D. Gurvits (pro hac vice)
Frank Scardino (pro hac vice)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

/s/ *Evan Fray-Witzer*
Evan Fray-Witzer (pro hac vice)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000

| | |
|---|---|
| 1 | Facsimile: 617-423-4855<br>Evan@CFWLegal.com |
| 2 | |
| 3 | Attorneys for Defendants |
| 4 | |
|  | /s/ *Spencer Freeman* |
| 5 | Spencer D. Freeman, WSBA No. 25069<br>1107 1⁄2 Tacoma Avenue South |
| 6 | Tacoma, Washington 98042<br>Telephone: 253-383-4500 |
| 7 | Facsimile: 253-383-4501 |
| 8 | sfreeman@freemanlawfirm.org<br>sierra@freemanlawfirm.org |
| 9 | |
|  | Attorneys for Plaintiff |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

STIPULATION TO RENOTE OBJECTIONS - 3