UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO LTD,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>DOES 1-20, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:20-cv-05666-DGE<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　On December 19, 2022, Judge David W. Christel issued a Report and Recommendation regarding Defendants' Motion to Dismiss.  (Dkt. No. 76.)  The Court granted the parties' agreed request to extend the noting dates.  Plaintiff's Objections to the Report and Recommendation was due January 9, 2023.

MINUTE ORDER - 1

The parties submitted an agreed request to extend the deadline for Defendant's Response to Plaintiff's Objections.  The Court GRANTS the parties' request and Defendant's Response to Plaintiff's Objections is due January 23, 2023.

Dated this 13th day of January, 2023.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2