**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

January 23, 2023

**WILL CO LTD V. DOES 1–20**
Case # 3:20–cv–05666–DGE

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

>   **Improper Signature**
>   The document as filed was not properly signed by Evan Fray–Witzer. Signatures must be in
>   accordance with Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2, and must
>   comply with Section III(L) of the Electronic Filing Procedures. **Please file a corrected**
>   **signature page as soon as practicable** by going to **Other Documents** and selecting
>   **Praecipe to Attach Document** and relating it back to the original filing.

***Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.***

Thank you.

cc: file