UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>                Plaintiff,<br>   v.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAM☐KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>              Defendants. | CASE NO. 3:20-cv-05666-DGE<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

      The Court in reviewing United States Magistrate Judge David W. Christel's Report and Recommendation (Dkt. No. 76), Plaintiff's objections thereto (Dkt. No. 79), and Defendants' response (Dkt. No. 82), seeks additional briefing from the parties on the issue of whether the exercise of specific jurisdiction over the Defendants would comport with fair play and

ORDER REQUESTING SUPPLEMENTAL BRIEFING - 1

substantial justice.  *See Core-Vent Corp. v. Nobel Indus. AB*, 11 F.3d 1482, 1487–88 (9th Cir. 1993).

Plaintiff is DIRECTED to file a brief of no more than ten pages responding to the arguments raised on the above issue in Defendants' response to Plaintiff's objections to the Report and Recommendation.  (Dkt. No. 82 at 8–19.)  Plaintiff's brief shall be filed within 21 days of the issuance of this order.  Defendants are permitted to submit a reply brief of no more than five pages within seven days of the date on which Plaintiff files their supplemental brief.

Dated this 17th day of March, 2023.

David G. Estudillo
United States District Judge