THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮錦強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants | Case No. 3:20-cv-05666- DGE<br><br>AGREED REQUEST TO EXTEND DEADLINE FOR FILING DEFENDANTS' BRIEF IN REPLY<br><br>Noted for Consideration:<br>April 13, 2023 |

## **AGREED REQUEST TO EXTEND DEADLINE**

Subject to approval of this Court, Defendants and Plaintiff, Will Co. Ltd., hereby agree and request that Defendants' deadline for filing their Reply Brief to Plaintiff's April 7, 2023 Memorandum (Dkt#85) be extended from April 14, 2023 to April 21, 2023.

This request to extend the deadline is made by agreement among Defendants' and Plaintiff's counsel to accommodate conflicts in their schedules and is not made for purposes of delay or any other improper purpose.

REQUEST TO EXTEND DEADLINE
20-CV-05666-DGE - 1

**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
TELEPHONE: 206.436-0900

Such action by the Court is respectfully requested.

Dated this 13th day of April, 2023.

Respectfully Submitted:

/s/ *Philip Mann*
Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington 98110
Tel: 206-463-0900
Email: phil@mannlawgroup.com


/s/ *Valentin Gurvits*
Valentin D. Gurvits (pro hac vice)
Frank Scardino (pro hac vice)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

/s/ *Evan Fray-Witzer*
Evan Fray-Witzer (pro hac vice)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Attorneys for Defendants


/s/ *Spencer Freeman*
Spencer D. Freeman, WSBA No. 25069
1107 1⁄2 Tacoma Avenue South
Tacoma, Washington 98042
Telephone: 253-383-4500
Facsimile: 253-383-4501
sfreeman@freemanlawfirm.org
sierra@freemanlawfirm.org

Attorneys for Plaintiff

STIPULATION TO EXTEND DEADLINE
20-CV-05666-BHS - 2

**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
TELEPHONE:  206.436.0900