THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants | Case No. 3:20-cv-05666- DGE<br><br>[PROPOSED] ORDER GRANTING AGREED REQUEST TO EXTEND DEADLINE FOR FILING DEFENDANTS' BRIEF IN REPLY |

Good cause being shown:

IT IS HEREBY ORDERED THAT THE PARTIES' AGREED REQUEST TO RESET DEFENDANTS' DEADLINE FOR FILING THEIR REPLY BRIEF IS GRANTED, AND DEFENDANTS' REPLY BRIEF SHALL BE FILED ON OR BEFORE APRIL 21, 2023.

_____
Hon. David G. Estudillo

PROPOSED ORDER
20-CV-05666-DGE - 1

**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
TELEPHONE:  206.436-0900

1
2
3  Presented By:

   */s/ Philip P. Mann*
4  Philip P. Mann, WSBA No: 28860
   **Mann Law Group PLLC**
5  403 Madison Ave. N. Suite 240
   Bainbridge Island, Washington  98110
6  Phone (206) 436-0900
7  Fax (866) 341-5140
   phil@mannlawgroup.com
8
   Attorneys for Defendants
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION TO EXTEND DEADLINE
20-CV-05666-BHS - 2

**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
TELEPHONE:  206.436.0900