## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| WILL CO LTD, a limited liability company organized under the laws of Japan,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>KAM KEUNG FUNG et al,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:20-cv-5666-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　The Report and Recommendation is adopted and approved (Dkt. No. 76). The Court separately finds the exercise of personal jurisdiction over Defendants would not comply with notions of fair play and substantial justice. Defendants' Motion to Dismiss (Dkt. 23) is GRANTED. All Defendants are dismissed. This case is closed.

　　Dated May 17, 2023.

Ravi Subramanian<br>
Clerk of Court

s/Michael Williams<br>
Deputy Clerk
