The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILL CO. LTD. a limited liability company organized under the laws of Japan,<br><br>Plaintiff,<br><br>vs.<br><br>KAM KEUNG FUNG, aka 馮 錦 強, aka FUNG KAM KEUNG, aka FUNG KAM-KEUNG, aka KUENG FUNG, aka KEUNG KAM FUNG, aka KAM-KEUNG FUNG, aka KEVIN FUNG, an individual; FELLOW SHINE GROUP LIMITED, a foreign company, and DOES 1-20, d/b/a AVGLE.COM,<br><br>Defendants. | Case No.:  3:20-cv-05666-DGE<br><br>NOTICE OF APPEAL |

NOTICE is hereby given that Plaintiff Will Co. Ltd. in the above-entitled action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case (Dkt. No. 90) that was entered on May 17, 2023; Order Adopting Report and Recommendation (Dkt. No. 89) that was entered on May 17, 2023, and Report and Recommendation (Dkt. No. 76) that was entered on December 18, 2022. This Notice is timely filed pursuant to Rule 4, Federal Rules of Appellate Procedure.

Dated this 15th day of June 2023.

                                      **FREEMAN LAW FIRM, INC.**

                                      *s/ Spencer Freeman*
Spencer D. Freeman, WSBA No. 25069
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff Will Co, Ltd.*