UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILL CO. LTD., a limited liability company organized under the laws of Japan,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>DOES, 1-20, DBA avgle.com; FELLOW SHINE GROUP LIMITED, a foreign company; KAM KEUNG FUNG, an individual, AKA Kam-Keung Fung, AKA Keung Fung, AKA Keung Kam Fung, AKA Kevin Fung, AKA Fung Kam-Keung, AKA Fung Kam Keung,<br><br>   Defendants - Appellees. | No. 23-35413<br><br>D.C. No. 3:20-cv-05666-DGE<br>U.S. District Court for Western Washington, Tacoma<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Fri., June 23, 2023**  Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

**Mon., August 14, 2023**  Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Wed., September 13, 2023**   Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT