

| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 25 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

WILL CO. LTD., a limited liability company organized under the laws of Japan,

    Plaintiff-Appellant,

 v.

DOES, DBA avgle.com, 1-20; et al.,

    Defendants-Appellees.

No.   23-35413

D.C. No. 3:20-cv-05666-DGE
Western District of Washington, Tacoma

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 13) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator

Mediation